**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MobiTV, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3352422** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Powell Street** **Emeryville, CA 94608** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.mobitv.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | MobiTV, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5112

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [ ] No
- [x] Yes.

| Debtor | MobiTV Service Corporation | Relationship | Affiliate |
|---|---|---|---|
| District | Delaware | When | Case number, if known |

---

Debtor   **MobiTV, Inc.**

Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | MobiTV, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/01/2021
MM / DD / YYYY

X _____          **Terri Stevens**
Signature of authorized representative of debtor          Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

X _____          Date    03/01/2021
Signature of attorney for debtor          MM / DD / YYYY

**Mary Caloway**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899**
Number, Street, City, State & ZIP Code

Contact phone    **302-652-4100**          Email address    **mcaloway@pszjlaw.com**

**3059 DE**
Bar number and State

# SECRETARY'S CERTIFICATE

## OF

## MOBITV, INC.

February 26, 2021

The undersigned hereby certifies that he is the duly elected and qualified acting Secretary of the MobiTV, Inc., a Delaware corporation (the "***Company***"), and further certifies in such capacity that attached hereto as **Exhibit A** is a true, complete and correct copy of resolutions of the board of directors of the Company.  Such resolutions have not been amended, modified or rescinded since their adoption and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate as of the date first set forth above.

DocuSigned by:

*Jay Komas*

793F765DFEE84AF...

Jay Komas
Secretary

# EXHIBIT A

## Resolutions of Board of Directors of

## MobiTV, Inc.

**February 26, 2021**

**Chapter 11 Bankruptcy Authorization and Related Matters**

      **WHEREAS**, the Board, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

      **WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

      **WHEREAS**, the Board has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company; and

      **WHEREAS**, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders;

      **NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***");

      **RESOLVED**, that the officers of the Company (each, an "***Authorized Officer***") be, and each of them hereby is, authorized on behalf of the Company to execute, verify, and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, which include, but is not limited to, selling all or substantially all of the Company's assets or prosecuting a chapter 11 plan, with a view to the successful prosecution of such case;

      **RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized and empowered to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("***PSZJ***") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZJ;

      **RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain FTI Consulting, Inc. ("***FTI***") to provide certain financial advisory and transaction advisory services to the Company, effective as of the date the bankruptcy petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute

appropriate retention agreement, attached hereto as Exhibit A, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of FTI;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, on behalf of the Company, to retain the services of Bankruptcy Management Solutions, Inc. d/b/a Stretto ("*Stretto*") as the Company's claims, noticing, and solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Stretto;

RESOLVED, that the Authorized Officers be, and hereby are, authorized and empowered to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable, and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case;

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, on behalf of the Company, to obtain postpetition financing and obtain permission to use existing cash collateral according to terms which may be negotiated by the management of the Company, including a debtor-in-possession credit facility with T-Mobile USA, Inc. or its affiliates on substantially the terms set forth in the draft credit agreement and related documentation heretofore presented to the Board; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such postpetition financing or cash collateral agreement; and to open any bank accounts in accordance with the terms of such postpetition financing or cash collateral agreement; and in connection with the foregoing, the Authorized Officers shall be, and each of them hereby is, authorized, empowered, and directed, on behalf of the Company, to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents;

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED, that all acts previously done and performed (or caused to be done and performed) in the name and on behalf of the Company prior to the date hereof in furtherance of any of the foregoing resolutions and the actions contemplated therein be, and the same are, ratified, confirmed and approved.

**Fill in this information to identify the case:**

Debtor name **MobiTV, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rackspace**<br>P.O. Box 730759<br>Dallas, TX 75373 | **Jeff Conrad**<br>210-452-2876<br>jconrad@rackspace.com | **Convertible Note** | | | | **$4,000,000.00** |
| **Silicon Valley Bank**<br>3003 Tasman Drive<br>Santa Clara, CA 95054 | **Jayne Tang**<br>Phone: 408-654-8741<br>jtang@svb.com | **PPP Loan** | | | | **$3,060,894.00** |
| **MPEGLA**<br>8101 E. Prentice Avenue<br>Suite 900<br>Englewood, CO 80111 | **303-331-1880**<br>licensing-web@mpegla.com | **Licensing Fees** | | | | **$2,905,000.00** |
| **Cybage Software Private Limited**<br>Survey No. 13A/1+2+3/1<br>Vadgaon Sheri<br>Pune 411014<br>Maharshtra INDIA | **Sai Balaji**<br>91-20-66041700<br>saiv@cybage.com | **Contractor Fees** | | | | **$1,355,207.50** |
| **ATEME, INC.**<br>750 W. Hampden Avenue<br>Suite 290<br>Englewood, CO 80110 | **Alexis Phienboupha**<br>786-630-9037<br>a.phienboupha@ateme.com | **Trade Payable** | | | | **$1,090,094.75** |
| **BEAR Cloud Technologies, Inc.**<br>Attn:  Finance<br>P.O. Box 378<br>Bakersfield, CA 93302 | **Don James**<br>415-720-5050<br>dj@bearcloudtech.com | **Trade Payable** | | | | **$1,049,410.19** |
| **Elemental Technologies LLC**<br>1320 SW Broadway<br>Suite 400<br>Portland, OR 97201 | **Charles Brau**<br>503-222-3212<br>charbrau@elemental.com | **Trade Payable** | | | | **$558,186.93** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **MobiTV, Inc.**

Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rovi Guides, Inc. P.O. Box 202624 Dallas, TX 75320 | Karen Bullock 918-488-4706 karen.bullock@tivo.com | Trade Payable | | | | $512,149.94 |
| ABC Cable Networks Group P.O. Box 732550 Dallas, TX 75373 | Sal Vasquez | Video Streaming Content | | | | $362,230.88 |
| Fox News Network, LLC 1211 Avenue of the Americas 2nd Floor New York, NY 10036 | Indira Kunhegyesi 212-556-2500 indira.kunhegyesi@foxnews.com | Video Streaming Content | | | | $349,800.00 |
| Kovarus P.O. Box 396039 San Francisco, CA 94139 | Michelle Gomez 650-763-0649 mgomez@kovarus.com | Trade Payable | | | | $343,980.52 |
| Persistent Systems, Inc. 2055 Laurel Wood Road Suite 210 Santa Clara, CA 95054 | Ninad Sarwate 91 20 669 65130 ninad_sarwate@persistent.com | Trade Payable | | | | $341,961.00 |
| Kwan Intellectual Property Law 2000 Hearst Avenue Suite 305 Berkeley, CA 94709 | Audrey Kwan 408-883-5025 akwan@kwanlp.com | Professional Services | | | | $255,368.53 |
| Globecast America, Inc. 10525 West Washington Boulevard Culver City, CA 90232 | Kathryn Chittenden 805-208-4818 kathryn.chittenden@globecastna.com | Trade Payable | | | | $161,100.00 |
| Tringapps Inc. 551 5th Avenue Suite 630 New York, NY 10176 | Karthik Kumaraswar 732-692-4016 karthik.kumaraswamy@tringapps.com | Contractors | | | | $150,400.00 |
| EPB Fiber Optics 10 West ML King Boulevard Chattanooga, TN 37402 | Katie Espeseth 423-648-1372 espesethkg@epb.net | Trade Payable | | | | $150,206.45 |
| NTT Global Data Centers Americas dba RagingWire P.O. Box 348060 Sacramento, CA 95834 | Isabel Ebner 916-286-4051 iebner@ragingwire.com | Trade Payable | | | | $105,202.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **MobiTV, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Telia Carrier U.S. Inc. Lock Box #49664966 Paysphere Circle Chicago, IL 60674** | **Michelle Pritchett 703-546-4042 michelle.pritchett@teliacompany.com** | **Trade Payable** | | | | **$96,705.34** |
| **GuidePoint Security LLC P.O. Box 742788 Atlanta, GA 30374-2788** | **Bryan Orme 877-889-0132, x7012 bryan.orme@guidepointsecurity.com** | **Trade Payable** | | | | **$89,750.00** |
| **A&E Television Networks, LLC 1118th Avenue New York, NY 10011** | **Nicole Muzzio 310-556-7562 nicole.muzzio@aenetworks.com** | **Video Streaming Content** | | | | **$89,726.92** |
| **Level 3 Communications, LLC dba CenturyLink P.O. Box 910182 Denver, CO 80291-0182** | **billing@centurylink.com** | **Trade Payable** | | | | **$89,287.42** |
| **Comcast Cable Communications, LLC P.O. Box 37601 Philadelphia, PA 19101-0601** | **800-741-4141** | **Trade Payable** | | | | **$85,856.61** |
| **Digital Realty Trust, LP dba Telx Atlanta 2, LLC P.O. Box 419729 Boston, MA 02241** | **Jeff Goode jgoode@digitalrealty.com** | **Trade Payable** | | | | **$85,785.33** |
| **MTV Networks 70619 Networks Place CHicago, IL 60673** | **Matthew Borkowsky 212-654-8062 Matthew.Borkowsky@viacom.com** | **Video Streaming Content** | | | | **$84,000.00** |
| **Discovery Communications, Inc. P.O. Box 79971 Baltimore, MD 21279** | **Ryan Hammonds ryan_hammonds@discovery.com** | **Video Streaming Content** | | | | **$82,735.13** |
| **RPX Corporation One Market Plaza, Steuart Tower Suite 1100 San Francisco, CA 94105** | **Anne Abramowitz 415-852-3182 aabramowitz@rpxcorp.com** | **Trade Payable** | | | | **$79,246.00** |
| **KPMG, LLP P.O. Box 120922 Dept. 0922 Dallas, TX 75312** | **Sarah North 408-367-2209 snorth@kpmg.com** | **Professional Services** | | | | **$76,981.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **MobiTV, Inc.**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ValueLabs, Inc. 460 Park Avenue 2nd Floor New York, NY 10022** | **Pavan Madiraja 408-832-3036 pavan.madiraja@valuelabs. com** | **Contractors** | | | | $75,053.63 |
| **Amino Technologies (US) LLC 20823 Stevens Creek Boulevard Suite 400C Cupertino, CA 95014** | **Jonny McKee 44-7748-667-763 jonathan.mckee@amino.tv** | **Trade Payable** | | | | $75,000.00 |
| **Oracle America, Inc. 500 Oracle Parkway Redwood City, CA 94065** | **650-506-7000** | **Trade Payable** | | | | $71,719.74 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-_____ (___) |
| Debtors. | |

## LIST OF EQUITY SECURITY HOLDERS[2]

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Aaron Cooley Address on File | 176 | | 0.02% | Common Stock |
| Adam Wolfensohn Address on File | 200 | | 0.03% | Common Stock |
| Akhil Gada Address on File | 7 | | 0.00% | Common Stock |
| Akshay Dave Address on File | 10 | | 0.00% | Common Stock |
| Alan Saichek Address on File | 70 | | 0.01% | Common Stock |
| Alexander Hwang Address on File | 65 | | 0.01% | Common Stock |
| Alexander Mitman Address on File | 10 | | 0.00% | Common Stock |
| Alexandra Davis Address on File | 121 | | 0.02% | Common Stock |
| Alvelda Associates, L.L.C. Address on File | 4,315 | | 0.55% | Common Stock |
| Amberbrook IV LLC Willowridge Partners, Inc. 122 East 42nd St., 37th Floor New York, NY 10017 | 5,405 | | 0.68% | Common Stock |
| Amrita Paul Address on File | 57 | | 0.01% | Common Stock |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

[2] Outstanding warrants and stock options are not reflected in ownership.

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Ana Recio<br>Address on File | 3 | | 0.00% | Common Stock |
| Andy Simon<br>Address on File | 100 | | 0.01% | Common Stock |
| April S. Ferrara Separate Property Trust dated March 4, 2010<br>Address on File | 100 | | 0.01% | Common Stock |
| Ardavon Falls<br>Address on File | 65 | | 0.01% | Common Stock |
| Arlene Laborde<br>Address on File | 1,650 | | 0.21% | Common Stock |
| Artem Chubaryan<br>Address on File | 1,189 | | 0.15% | Common Stock |
| Assyvo Capital Corp<br>3839 Bee Cave Rd., #203<br>Austin, TX 78746 | 380 | | 0.05% | Common Stock |
| Bernice W. Henig<br>Address on File | 682 | | 0.09% | Common Stock |
| Betty Kerpen<br>Address on File | 50 | | 0.01% | Common Stock |
| Big Sky Venture Capital III, LLC<br>Attn: Christina Byron, 1 Gate Six Rd, Bldg. B, Ste 203<br>Sausalito, CA 94965 | 2,318 | | 0.29% | Common Stock |
| Bobby R. Inman<br>Address on File | 5,272 | | 0.67% | Common Stock |
| Brenda Quan<br>Address on File | 853 | | 0.11% | Common Stock |
| Brian Seth Hurst<br>Address on File | 500 | | 0.06% | Common Stock |
| Brian Yuen<br>Address on File | 428 | | 0.05% | Common Stock |
| Bruce Falbaum<br>Address on File | 172 | | 0.02% | Common Stock |
| BVC Investment Partners I<br>2030 Addison St., Suite 650<br>Berkeley, CA 94704 | 192 | | 0.02% | Common Stock |
| Cara Travis<br>Address on File | 40 | | 0.01% | Common Stock |
| Carter Sanders<br>Address on File | 95 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Charles Parrish<br>Address on File | 500 | | 0.06% | Common Stock |
| Charlotte Bax<br>Address on File | 240 | | 0.03% | Common Stock |
| Chris Wood<br>Address on File | 150 | | 0.02% | Common Stock |
| Christopher Chan<br>Address on File | 76 | | 0.01% | Common Stock |
| Christopher F. Davis<br>Address on File | 1,909 | | 0.24% | Common Stock |
| Claudia Yang<br>Address on File | 34 | | 0.00% | Common Stock |
| Committed Advisors<br>Secondary Fund<br>9 Rue Daru<br>75008<br>Paris, FRANCE | 293 | | 0.04% | Common Stock |
| Constance Riedinger<br>Address on File | 50 | | 0.01% | Common Stock |
| Crosby, Heafey, Roach & May P.C.<br>Attn.: Jack Nelson<br>c/o Reed Smith LP<br><br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105 | 1,443 | | 0.18% | Common Stock |
| Cynthia Davis<br>Address on File | 668 | | 0.08% | Common Stock |
| Daniel Mason<br>Address on File | 110 | | 0.01% | Common Stock |
| Daniel Vieira<br>Address on File | 24 | | 0.00% | Common Stock |
| Danny Au<br>Address on File | 134 | | 0.02% | Common Stock |
| David Brubeck<br>Address on File | 8,000 | | 1.01% | Common Stock |
| David Casey<br>Address on File | 245 | | 0.03% | Common Stock |
| David Cohen<br>Address on File | 100 | | 0.01% | Common Stock |
| David Epstein<br>Address on File | 100 | | 0.01% | Common Stock |
| David Lowell<br>Address on File | 385 | | 0.05% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| David Triebwasser Address on File | 92 | | 0.01% | Common Stock |
| Deepak Bhatnagar Address on File | 15 | | 0.00% | Common Stock |
| Deepali Khuller Address on File | 129 | | 0.02% | Common Stock |
| Dickon Wong Address on File | 85 | | 0.01% | Common Stock |
| Dileep Vasthare Address on File | 16 | | 0.00% | Common Stock |
| Direct Investors Partners, LLC c/o Roger Royce 1717 Embarcadero Rd. Palo Alto, CA 94303 | 30 | | 0.00% | Common Stock |
| Domingo Mihovilovic Address on File | 83 | | 0.01% | Common Stock |
| Driftwood Investments, LLC 1574 Coburg Rd., #403 Eugene, OR 97401 | 1496 | | 0.19% | Common Stock |
| E. C. Grayson Address on File | 998 | | 0.13% | Common Stock |
| Edwin Sturman Address on File | 250 | | 0.03% | Common Stock |
| Elizabeth Schapira Address on File | 48 | | 0.01% | Common Stock |
| Ellen Seebold Address on File | 50 | | 0.01% | Common Stock |
| Eric Hassman | 1,200 | | 0.15% | Common Stock |
| Eric Maundu Address on File | 60 | | 0.01% | Common Stock |
| Eric Robert Scalera Address on File | 50 | | 0.01% | Common Stock |
| Erica Lynn Berg Revocable Trust Address on File | 50 | | 0.01% | Common Stock |
| Erica Winkelman Address on File | 21 | | 0.00% | Common Stock |
| Erik Davis Address on File | 607 | | 0.08% | Common Stock |
| Eva Hildum Address on File | 58 | | 0.01% | Common Stock |
| F. Davis Terry Address on File | 800 | | 0.10% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Farzaneh Nourmohammadi Address on File | 127 | | 0.02% | Common Stock |
| Fidel Zawde Address on File | 1,316 | | 0.17% | Common Stock |
| Financial Investments Corp. Ltd. c/o United Group Consultants, Ltd. 6 Avenue Jules Corsnier 1206 Geneva, SWITZERLAND | 62 | | 0.01% | Common Stock |
| Forest Wilkinson Address on File | 250 | | 0.03% | Common Stock |
| Fred Winkel Address on File | 50 | | 0.01% | Common Stock |
| Frederick Mulfeld Address on File | 150 | | 0.02% | Common Stock |
| Gabriel Littman Address on File | 65 | | 0.01% | Common Stock |
| Gef Acquisition I, LLC 2700 Westchester Ave., Ste. 303 Purchase, NY 10577 | 37 | | 0.00% | Common Stock |
| Gefinor (USA) Inc. 375 Park Ave., Ste. 3607 New York, NY 10152 | 3,865 | | 0.49% | Common Stock |
| Gefinor Capital Management Inc. 2700 Westchester Ave., Ste. 303 Purchase, NY 10577 | 19 | | 0.00% | Common Stock |
| Gefinor Private Equity Limited 30 Quai Gustave-Ador Geneva,  01207 Switzerland | 12,199 | | 1.54% | Common Stock |
| Gefus Capital Partners II, L.P. 375 Park Avenue, Suite 3607 New York, NY 10152 | 1,473 | | 0.19% | Common Stock |
| George Koenigsaecker Address on File | 9 | | 0.00% | Common Stock |
| Gloria Guenther Address on File | 87 | | 0.01% | Common Stock |
| Gowtham Yemme | 116 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Address on File | | | | |
| Gray Cary, LLP Attn.:  Fred Hensley, Project Manager c/o DLA Piper LLP (US) The Marbury Building 6225 Smith Avenue Baltimore, MD 21209-3600 | 2,886 | | 0.36% | Common Stock |
| Gregory L. Beattie Address on File | 154 | | 0.02% | Common Stock |
| Gregory Lacommare Address on File | 50 | | 0.01% | Common Stock |
| Hanqing (Henry) Liao Address on File | 1,429 | | 0.18% | Common Stock |
| Harry Kubetz Address on File | 50 | | 0.01% | Common Stock |
| Harvest Growth Capital, LLC 600 Montgomery, Suite 1700 San Francisco, CA 94111 | 9,000 | | 1.14% | Common Stock |
| Hearst Communications, Inc. Attn:  Kenneth A. Bronfin 300 W. 57th St. New York, NY 10019 | 38,538 | | 4.87% | Common Stock |
| Heather Dawe Address on File | 60 | | 0.01% | Common Stock |
| Helen Schwab Address on File | 100 | | 0.01% | Common Stock |
| Hsiang-Ai Yu Address on File | 122 | | 0.02% | Common Stock |
| Hunter and Lisa Smith Address on File | 150 | | 0.02% | Common Stock |
| Ian Farmer Address on File | 153 | | 0.02% | Common Stock |
| Ibrahim M. Al Najran Establishment P.O. Box 175 Al Khobar 31952 KINGDOM OF SAUDI ARABIA | 62 | | 0.01% | Common Stock |
| J. Haden Werhan Address on File | 57 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Jack Holton and Ashley Smith<br>Address on File | 50 | | 0.01% | Common Stock |
| Jacqueline Robison<br>Address on File | 238 | | 0.03% | Common Stock |
| James Collette<br>Address on File | 70 | | 0.01% | Common Stock |
| James Felbinger<br>Address on File | 39 | | 0.00% | Common Stock |
| James Roseborough<br>Address on File | 1,119 | | 0.14% | Common Stock |
| Jarl Mohn<br>Address on File | 21,925 | | 2.77% | Common Stock |
| Jeanette Crow<br>Address on File | 62 | | 0.01% | Common Stock |
| Jeff Annison<br>Address on File | 15,195 | | 1.92% | Common Stock |
| Jeff Blaize<br>Address on File | 242 | | 0.03% | Common Stock |
| Jeffrey Bartee<br>Address on File | 380 | | 0.05% | Common Stock |
| Jennifer Conway<br>Address on File | 63 | | 0.01% | Common Stock |
| Jennifer Crawford<br>Address on File | 97 | | 0.01% | Common Stock |
| Jeremy deBonet<br>Address on File | 389 | | 0.05% | Common Stock |
| Jin Han<br>Address on File | 27 | | 0.00% | Common Stock |
| Jiyun Xu<br>Address on File | 100 | | 0.01% | Common Stock |
| Joe Wocjik<br>Address on File | 50 | | 0.01% | Common Stock |
| John Liatos<br>Address on File | 106 | | 0.01% | Common Stock |
| John Marino<br>Address on File | 20 | | 0.00% | Common Stock |
| John O'Halloran<br>Address on File | 50 | | 0.01% | Common Stock |
| John Purdy<br>Address on File | 100 | | 0.01% | Common Stock |
| Joseph Gambs<br>Address on File | 25 | | 0.00% | Common Stock |
| Joseph Hammerman<br>Address on File | 40 | | 0.01% | Common Stock |
| Joseph Kalinowski | 279 | | 0.04% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Address on File | | | | |
| Joseph M. Moran Address on File | 550 | | 0.07% | Common Stock |
| Joseph Rothrock Address on File | 87 | | 0.01% | Common Stock |
| Joshua Davis Address on File | 231 | | 0.03% | Common Stock |
| Judith Balkan Epstein Address on File | 200 | | 0.03% | Common Stock |
| Julia Yu Address on File | 7 | | 0.00% | Common Stock |
| Karim F. Tabet Address on File | 4,340 | | 0.55% | Common Stock |
| Katherine Schwab Address on File | 100 | | 0.01% | Common Stock |
| Kelly Norton Address on File | 1158 | | 0.15% | Common Stock |
| Kelly Sarber Address on File | 62 | | 0.01% | Common Stock |
| Kenneth Gamble Irrevocable Trust Address on File | 300 | | 0.04% | Common Stock |
| Kent Klinner Address on File | 100 | | 0.01% | Common Stock |
| Kevin J. and Lauri B. Kalinowski Address on File | 180 | | 0.02% | Common Stock |
| Keyur Patwa Address on File | 125 | | 0.02% | Common Stock |
| KIG Capital Corporation 75 Fort St. George Town, Grand Cayman CAYMAN ISLANDS | 93 | | 0.01% | Common Stock |
| Kiran Belur Address on File | 7 | | 0.00% | Common Stock |
| Kuldeep Tanna Address on File | 146 | | 0.02% | Common Stock |
| Laura Jennifer Epstein Address on File | 150 | | 0.02% | Common Stock |
| Limestone Ventures Holdings, LLC 98 Jacinto Blvd., Suite 320 Austin, TX 78701-4252 | 5,708 | | 0.72% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Linda L. Burton Family Trust<br>Address on File | 965 | | 0.12% | Common Stock |
| Linda Wei<br>Address on File | 794 | | 0.10% | Common Stock |
| Louis Billings<br>Address on File | 35 | | 0.00% | Common Stock |
| Maarten Plesman<br>Address on File | 296 | | 0.04% | Common Stock |
| Madhu Goka<br>Address on File | 1833 | | 0.23% | Common Stock |
| Malik Mohammed<br>Address on File | 19 | | 0.00% | Common Stock |
| Malina Fong<br>Address on File | 42 | | 0.01% | Common Stock |
| Marc Legarte<br>Address on File | 59 | | 0.01% | Common Stock |
| Marion Parrish<br>Address on File | 20 | | 0.00% | Common Stock |
| Maritza I. Foster<br>Address on File | 150 | | 0.02% | Common Stock |
| Mark Jacobson<br>Address on File | 41 | | 0.01% | Common Stock |
| Martin Lauber<br>Address on File | 50 | | 0.01% | Common Stock |
| Matthew Jwayad<br>Address on File | 56 | | 0.01% | Common Stock |
| Medaki Anstalt<br>c/o Gefinor Finance SA<br>30 Quai Gustave-Ador<br>1207 Geneva 6<br>SWITZERLAND | 124 | | 0.02% | Common Stock |
| Meridian International Investments Limited<br>c/o MHC USA<br>1270 6th Ave., Ste. 2220<br>New York, NY 10020 | 124 | | 0.02% | Common Stock |
| Michael McMahon<br>Address on File | 508 | | 0.06% | Common Stock |
| Michael Schwab<br>Address on File | 200 | | 0.03% | Common Stock |
| Michael Skariah<br>Address on File | 56 | | 0.01% | Common Stock |
| Miguel Rocha-Zamora<br>Address on File | 39 | | 0.00% | Common Stock |
| Minesh Patel<br>Address on File | 11 | | 0.00% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| MLW Capital LLC Attn.: Thomas F. Scanlan, Jr., Address on File | 163 | | 0.02% | Common Stock |
| Moira O'Hara Address on File | 209 | | 0.03% | Common Stock |
| MZSB2, LLC 501 Fifth Ave., 15th Flr. New York, NY 10017 | 42 | | 0.01% | Common Stock |
| Narmada Gosula Address on File | 29 | | 0.00% | Common Stock |
| Natasha Bax Address on File | 240 | | 0.03% | Common Stock |
| Naveen Tulseela Address on File | 135 | | 0.02% | Common Stock |
| Neal H. Blauzvern Address on File | 50 | | 0.01% | Common Stock |
| Neel Palrecha Address on File | 93 | | 0.01% | Common Stock |
| Neil Michael Epstein Address on File | 150 | | 0.02% | Common Stock |
| Norman Clausen Address on File | 30 | | 0.00% | Common Stock |
| Oak Investment Partners XII, Limited Partnership 525 University Avenue, Suite 1300 Palo Alto, CA 94301 | 351,867 | 330,860 | 44.48% | Common Stock |
| Omar Hasan Address on File | 58 | | 0.01% | Common Stock |
| Osmo Hautanen Address on File | 250 | | 0.03% | Common Stock |
| Ouerdia Boudjedaimi Address on File | 61 | | 0.01% | Common Stock |
| P. Scanlan & P. Striglos TTEE Scanlan Family Trust U/A DTD 5/12/2006 Address on File | 274 | | 0.03% | Common Stock |
| P. Striglos & P. Scanlan TTEE Paul Scanlan & Patricia E Striglos Trust DTD 7/6/2006 Address on File | 2,225 | | 0.28% | Common Stock |
| Parijat Shah Address on File | 44 | | 0.01% | Common Stock |
| Paul Clegg Address on File | 50 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| | | | | |
| Paul Scanlan<br>Address on File | 13,139 | | 1.66% | Common Stock |
| Pete Henig<br>Address on File | 998 | | 0.13% | Common Stock |
| Peter Blauzvern<br>Address on File | 50 | | 0.01% | Common Stock |
| Phillip Alvelda<br>Address on File | 27,631 | | 3.49% | Common Stock |
| Phillips Huynh<br>Address on File | 82 | | 0.01% | Common Stock |
| Pinda Ndaki<br>Address on File | 186 | | 0.02% | Common Stock |
| Pomona Capital VI Fund Investors, LP<br>Attn: Maige Kalme<br>780 Third Avenue, 46th Floor<br>New York, NY 10017 | 1,369 | | 0.17% | Common Stock |
| Pomona Capital VI, LP<br>Attn: Maige Kalme<br>780 Third Avenue, 46th Floor<br>New York, NY 10017 | 1,982 | | 0.25% | Common Stock |
| Prakash Dodeja<br>Address on File | 62 | | 0.01% | Common Stock |
| Puneeth Potu<br>Address on File | 88 | | 0.01% | Common Stock |
| Qing Shou<br>Address on File | 30 | | 0.00% | Common Stock |
| Rahul Iyengar<br>Address on File | 3786 | | 0.48% | Common Stock |
| Rama Krishna Dirisala<br>Address on File | 31 | | 0.00% | Common Stock |
| Rambabu Thota<br>Address on File | 111 | | 0.01% | Common Stock |
| Randeeppal Siddhu<br>Address on File | 146 | | 0.02% | Common Stock |
| Ravi Anne | 167 | | 0.02% | Common Stock |
| Rino Bartolo<br>Address on File | 100 | | 0.01% | Common Stock |
| Robert Cawthorn | 15 | | 0.00% | Common Stock |
| Robert L. Porell<br>Address on File | 106 | | 0.01% | Common Stock |
| Robert Wendt | 50 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Address on File | | | | |
| Robin Tilotta Address on File | 39 | | 0.00% | Common Stock |
| Sang Chi Address on File | 66 | | 0.01% | Common Stock |
| Sathyanarayana Prasad G. Palavalli Address on File | 54 | | 0.01% | Common Stock |
| Sayaka Sugiura Address on File | 73 | | 0.01% | Common Stock |
| Scott Warren Kidder Address on File | 83 | | 0.01% | Common Stock |
| Sean Ellis Address on File | 40 | | 0.01% | Common Stock |
| Seungjin Lee Address on File | 27 | | 0.00% | Common Stock |
| Sheetanshu Pandey Address on File | 1,691 | | 0.21% | Common Stock |
| Sherman L. Doll Address on File | 53 | | 0.01% | Common Stock |
| Sivaram Vanka Address on File | 100 | | 0.01% | Common Stock |
| Song Yu Address on File | 164 | | 0.02% | Common Stock |
| Sorrento Associates, Inc. 2211 Encinitas Blvd., Ste. 200 Encinitas, CA 94024 | 6305 | | 0.80% | Common Stock |
| Sprint Spectrum L.P. Attn: Brent Donaldson 6200 Sprint Parkway Overland Park, KS 66251 | 4,303 | | 0.54% | Common Stock |
| Srinivas Ranganathan Address on File | 1,375 | | 0.17% | Common Stock |
| Stephen Scanlan Address on File | 63 | | 0.01% | Common Stock |
| Steve Rodosky Address on File | 265 | | 0.03% | Common Stock |
| Steven Cohen Address on File | 172 | | 0.02% | Common Stock |
| Steven E. Leininger Address on File | 168 | | 0.02% | Common Stock |
| Strategic Partners Fund III VC, L.P. | 3,353 | | 0.42% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| 345 Park Avenue, 32nd Floor New York, NY 10154 | | | | |
| Stratim Capital LLC 333 Bush Street, Suite 2250 San Francisco, VA 94104 | 20 | | 0.00% | Common Stock |
| Suchitha Madapoosi Address on File | 33 | | 0.00% | Common Stock |
| Sudheep Nair Address on File | 205 | | 0.03% | Common Stock |
| Takaharu Nakano Address on File | 200 | | 0.03% | Common Stock |
| Tamer Capital LP 7216 Valburn Dr. Austin, TX 78731 | 369 | | 0.05% | Common Stock |
| Terry Moore Address on File | 336 | | 0.04% | Common Stock |
| The Board of Trustees of the Leland Stanford Junior University (SEVF II) Attn.: Sabrina Liang, Director, School and Department Funds, Stanford Management Company 635 Knight Way Stanford, CA 94305-7297 | 249 | | 0.03% | Common Stock |
| The Flavio and Jean Gomez Revocable Trust dated April 14, 1988 Address on File | 100 | | 0.01% | Common Stock |
| The Richard Berg Revocable Trust Address on File | 50 | | 0.01% | Common Stock |
| The Simon and Briony Bax Trust Address on File | 2,520 | | 0.32% | Common Stock |
| Thomas F. Scanlan, Sr. Address on File | 63 | | 0.01% | Common Stock |
| Thomas Henig Address on File | 50 | | 0.01% | Common Stock |
| Thomas M. Casey, D.D.S Address on File | 99 | | 0.01% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
| --- | --- | --- | --- | --- |
| Thomas P. and Julie M. Halligan Address on File | 180 | | 0.02% | Common Stock |
| Thomas Silverstrim Address on File | 46 | | 0.01% | Common Stock |
| Thomas W. Regan Address on File | 614 | | 0.08% | Common Stock |
| Todd Stiers Address on File | 50 | | 0.01% | Common Stock |
| Tracy Clements Address on File | 99 | | 0.01% | Common Stock |
| Tracy Thanh Pham Address on File | 30 | | 0.00% | Common Stock |
| Tran Pham Address on File | 48 | | 0.01% | Common Stock |
| Tricia Choi Address on File | 72 | | 0.01% | Common Stock |
| Triplepoint Ventures, LLC Attn.: Kevin Thorne 2755 Sand Hill Road. Menlo Park, CA 94025 | 1,926 | | 0.24% | Common Stock |
| U.S. Small Business Administration 409 3rd St., SW Washington, DC DC 20416 | 41,429 | | 5.24% | Common Stock |
| Uma Maheshwari Address on File | 197 | | 0.02% | Common Stock |
| Vernon L. Pruett Revocable Living Trust Address on File | 60 | | 0.01% | Common Stock |
| Vijay Parwal Address on File | 100 | | 0.01% | Common Stock |
| Vinson Ferrinho Address on File | 92 | | 0.01% | Common Stock |
| Wallunas Family Trust Address on File | 310 | | 0.04% | Common Stock |
| Wei Wang Address on File | 106 | | 0.01% | Common Stock |
| Weigang Zhang Address on File | 169 | | 0.02% | Common Stock |
| William Blackburn Address on File | 45 | | 0.01% | Common Stock |
| William Feldman Address on File | 1,658 | | 0.21% | Common Stock |
| Winnie So | 137,384 | | 17.37% | Common Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Address on File | | | | |
| Yawen Huang Address on File | 52 | | 0.01% | Common Stock |
| Yung-Ching Liu Address on File | 244 | | 0.03% | Common Stock |
| | | | | |
| Alexandra Davis Address on File | 156 | | 0.03% | Series AA Convertible Preferred Stock |
| Ally Commercial Finance LLC | 3,113 | | 0.52% | Series AA Convertible Preferred Stock |
| Bobby R. Inman Address on File | 10,331 | | 1.74% | Series AA Convertible Preferred Stock |
| Christopher F. Davis Address on File | 781 | | 0.13% | Series AA Convertible Preferred Stock |
| E. C. Grayson Address on File | 1,285 | | 0.22% | Series AA Convertible Preferred Stock |
| Erik Davis Address on File | 781 | | 0.13% | Series AA Convertible Preferred Stock |
| Gefinor Capital Management Inc. | 24 | | 0.00% | Series AA Convertible Preferred Stock |
| Gefinor Capital Management Inc. 401K FBO Christopher F. Davis Acct #7JX-05048 | 2,536 | | 0.43% | Series AA Convertible Preferred Stock |
| Gefinor Private Equity Limited 30 Quai Gustave-Ador Geneva,  01207 Switzerland | 5,873 | | 0.99% | Series AA Convertible Preferred Stock |
| Gefus Capital Partners II, L.P. 375 Park Avenue, Suite 3607 New York, NY 10152 | 3,164 | | 0.53% | Series AA Convertible Preferred Stock |
| Gefus Strategic Partners I, LLC 375 Park Avenue, Suite 3607 New York, NY 10152 | 2,138 | | 0.36% | Series AA Convertible Preferred Stock |
| John Liatos Address on File | 137 | | 0.02% | Series AA Convertible Preferred Stock |
| Karim F. Tabet Address on File | 5,481 | | 0.92% | Series AA Convertible Preferred Stock |
| Limestone Ventures Holdings, LLC 98 Jacinto Blvd., Suite 320 | 77,942 | | 13.12% | Series AA Convertible Preferred Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Austin, TX 78701-4252 | | | | |
| Oak Investment Partners XII, Limited Partnership 525 University Avenue, Suite 1300 Palo Alto, CA 94301 | 267,388 | 9,048,049 | 45.00% | Series AA Convertible Preferred Stock |
| Robert L. Porell Address on File | 137 | | 0.02% | Series AA Convertible Preferred Stock |
| Sorrento Associates, Inc. | 8,117 | | 1.37% | Series AA Convertible Preferred Stock |
| Terry Moore | 433 | | 0.07% | Series AA Convertible Preferred Stock |
| The Board of Trustees of the Leland Stanford Junior University (SEVF II) Attn.: Sabrina Liang, Director, School and Department Funds, Stanford Management Company 635 Knight Way Stanford, CA 94305-7297 | 703 | | 0.12% | Series AA Convertible Preferred Stock |
| Thomas M. Casey, D.D.S. Address on File | 127 | | 0.02% | Series AA Convertible Preferred Stock |
| U.S. Small Business Administration 409 3rd St., SW Washington, DC DC 20416 | 53,334 | | 8.98% | Series AA Convertible Preferred Stock |
| Vernon L. Pruett Revocable Living Trust Address on File | 78 | | 0.01% | Series AA Convertible Preferred Stock |
| Winnie So Address on File | 150,137 | | 25.27% | Series AA Convertible Preferred Stock |
| | | | | |
| Ally Commercial Finance LLC | 73,800 | | 27.50% | Series BA Convertible Preferred Stock |
| Homathko River Partners, LLC | 73,800 | | 27.50% | Series BA Convertible Preferred Stock |
| John Marino Address on File | 10 | | 0.00% | Series BA Convertible Preferred Stock |
| Oak Investment Partners XII, Limited Partnership 525 University Avenue, Suite 1300 | 120,764 | 9,141,226 | 45.00% | Series BA Convertible Preferred Stock |

| Name and last known address or place of business of holder | Voting Shares Outstanding | Non-Voting Shares Outstanding | % Voting Ownership Class/Series | Kind of Interest |
|---|---|---|---|---|
| Palo Alto, CA 94301 | | | | |

# United States Bankruptcy Court
## District of Delaware

In re    __MobiTV, Inc.__ _____     Case No. _____

                            Debtor(s)    Chapter    __11__ _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interest:

| Shareholder | Percentage of Shares Held |
|---|---|
| Oak Investment Partners XII, Limited Partnership stock; | 44.48% common stock; 45.00% Series AA convertible preferred<br><br>45.00% Series BA convertible preferred stock |
| Ally Commercial Finance LLC | 27.50% Series BA convertible preferred stock |
| Homathko River Partners, LLC | 27.50% Series BA convertible preferred stock |
| Limestone Ventures Holdings, LLC | 13.12% Series AA convertible preferred stock |

**United States Bankruptcy Court**
**District of Delaware**

In re    **MobiTV, Inc.**                                              Case No.
                                    Debtor(s)        Chapter    **11**

# CERTIFICATION OF CREDITOR MATRIX

         Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtor in possession (collectively, the "Debtors") hereby certify that the *Creditor Matrix* submitted contemporaneously herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

         The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

**Fill in this information to identify the case:**

Debtor name   __MobiTV, Inc.__

United States Bankruptcy Court for the:   __DISTRICT OF DELAWARE__

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑  Other document that requires a declaration   **List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 1, 2021__          X _~~signature~~_
                                         Signature of individual signing on behalf of debtor

                                         **Terri Stevens**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor

---

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy