# **EXHIBIT B**

## **Cash Management Diagram**

**MobiTV, Inc. and MobiTV Service Corporation Cash Management – Consolidated Funds Flow**

