# EXHIBIT A

## Utilities Services List

| Vendor Name | Description of Service | Service Address | Account # | Average Monthly Payment | Proposed Deposit |
|---|---|---|---|---|---|
| RingCentral, Inc. | Telecommunications | 1900 Powell St. 9th Floor Emeryville, CA 94608 | 1450419021 | 5,633 | 2,817 |
| Comcast Business | Internet | 1900 Powell St. 9th Floor Emeryville, CA 94608 | 930897437 | 2,265 | 1,133 |