# EXHIBIT A

## Rejected Contracts

| Counterparty | Debtor Party | Description of Contract | Rejection Date |
|---|---|---|---|
| DATABANK HOLDINGS, LTD<br>400 SOUTH AKARD, SUITE 100<br>DALLAS, TEXAS 75202 | MobiTV, Inc. | Master Services Agreement dated December 3, 2020 and any applicable Service Order, Product Terms, or other addenda and amendments thereto. | 03/01/2021 |
| RACKSPACE US, INC.<br>ATTENTION: GENERAL COUNSEL<br>ONE FANATICAL PLACE,<br>CITY OF WINDCREST<br>SAN ANTONIO, TX 78218<br>MAIL STOP: US109-2301 | MobiTV, Inc. | Master Services Agreement dated September 30, 2020 and any applicable Service Order, Product Terms, or other addenda and amendments thereto. | 03/01/2021 |

DOCS_LA:336178.2