# **EXHIBIT C**

**Budget**

**MobiTV**
**DIP Cash Flow Forecast**
**03/01/21**
*(in thousands of USD)*          File BK on 3/1                                                                                                                        Exit BK

| Actual / Forecast<br>Week Beginning: | Forecast<br>3/1/2021 | Forecast<br>3/8/2021 | Forecast<br>3/15/2021 | Forecast<br>3/22/2021 | Forecast<br>3/29/2021 | Forecast<br>4/5/2021 | Forecast<br>4/12/2021 | Forecast<br>4/19/2021 | Forecast<br>4/26/2021 | Forecast<br>5/3/2021 | Forecast<br>5/10/2021 | Total DIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Flow** | | | | | | | | | | | | |
| Operating Cash Receipts | $ 40 | $ 92 | $ 640 | $ - | $ 162 | $ 47 | $ 257 | $ 521 | $ 207 | $ 54 | $ 267 | $ 2,287 |
| Employee Costs | (15) | (680) | (15) | (835) | (15) | (15) | (671) | (15) | (835) | (15) | (671) | (3,782) |
| Telecom, Platform, & Circuit | - | (418) | - | - | (8) | (418) | - | - | (8) | (418) | - | (1,270) |
| Contractors | (40) | - | - | (120) | (40) | - | - | - | (120) | (40) | - | (360) |
| Data Center | (110) | - | (110) | - | (110) | - | (110) | - | (110) | - | (110) | (660) |
| Rent | (106) | - | - | - | (106) | - | - | - | (106) | - | - | (318) |
| Other | (35) | (77) | (35) | (35) | (135) | (77) | (35) | (35) | (135) | (77) | (35) | (710) |
| **Subtotal - Operations** | $ (266) | $ (1,083) | $ 480 | $ (990) | $ (253) | $ (463) | $ (559) | $ 471 | $ (1,107) | $ (496) | $ (549) | $ (4,813) |
| | | | | | | | | | | | | |
| **Restructuring Disbursements** | | | | | | | | | | | | |
| Professional Fees | $ (359) | $ (560) | $ (292) | $ (856) | $ (355) | $ (351) | $ (355) | $ (347) | $ (915) | $ (352) | $ (650) | $ (5,393) |
| D&O Insurance | (500) | - | - | - | - | - | - | - | - | - | - | (500) |
| KEIP / KERP Payments | - | - | - | - | - | - | - | - | - | - | (1,470) | (1,470) |
| Accrued PTO | - | - | - | - | - | - | - | - | - | - | (1,535) | (1,535) |
| Critical Vendor Payments | - | (500) | - | - | (500) | - | - | - | - | - | - | (1,000) |
| DIP Fees / Interest Payment | - | - | - | - | - | - | - | - | - | - | (242) | (242) |
| **Total Restructuring Disbursements** | $ (859) | $ (1,060) | $ (292) | $ (856) | $ (855) | $ (351) | $ (355) | $ (347) | $ (915) | $ (352) | $ (3,896) | $ (10,140) |
| | | | | | | | | | | | | |
| **Net Cash Flow Prior to DIP Funding** | $ (1,125) | $ (2,143) | $ 188 | $ (1,846) | $ (1,108) | $ (814) | $ (914) | $ 124 | $ (2,022) | $ (848) | $ (4,446) | $ (14,952) |
| | | | | | | | | | | | | |
| **DIP Funding** | | | | | | | | | | | | |
| Starting DIP Balance | $ - | $ 3,768 | $ 3,768 | $ 5,426 | $ 5,426 | $ 7,348 | $ 7,348 | $ 8,261 | $ 8,261 | $ 11,130 | $ 11,130 | $ - |
| Cash Balance Prior to DIP | (1,125) | 500 | 688 | 500 | (608) | 500 | (414) | 624 | (1,398) | 624 | (3,822) | |
| Minimum Cash | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| DIP Funding | 3,768 | - | 1,658 | - | 1,922 | - | 913 | - | 2,869 | - | 4,322 | 15,452 |
| **Ending DIP Balance** | $ 3,768 | $ 3,768 | $ 5,426 | $ 5,426 | $ 7,348 | $ 7,348 | $ 8,261 | $ 8,261 | $ 11,130 | $ 11,130 | $ 15,452 | $ 15,452 |
| | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | |
| Beginning Cash | $ - | $ 2,643 | $ 500 | $ 2,346 | $ 500 | $ 1,314 | $ 500 | $ 500 | $ 624 | $ 1,472 | $ 624 | $ - |
| Cash Flow, Net of DIP Activity | 2,643 | (2,143) | 1,846 | (1,846) | 814 | (814) | (0) | 124 | 848 | (848) | (124) | 500 |
| **Ending Cash Balance** | $ 2,643 | $ 500 | $ 2,346 | $ 500 | $ 1,314 | $ 500 | $ 500 | $ 624 | $ 1,472 | $ 624 | $ 500 | $ 500 |

# MobiTV
### DIP - Professional Fees Forecast
**03/01/21**
*(in thousands of USD)*

| Week Beginning: | 3/1/2021 | 3/8/2021 | 3/15/2021 | 3/22/2021 | 3/29/2021 | 4/5/2021 | 4/12/2021 | 4/19/2021 | 4/26/2021 | 5/3/2021 | 5/10/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Professional Fees** | | | | | | | | | | | | |
| Pachulski, Stang, Ziehl & Jones | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | $ (1,650) |
| FTI | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (1,100) |
| Fenwick & West | (27) | (27) | (27) | (27) | (27) | (27) | (27) | (27) | (27) | (27) | (27) | (300) |
| Alston & Bird | - | - | - | (200) | - | - | - | - | (200) | - | (100) | (500) |
| MERU | - | - | - | (100) | - | - | - | - | (100) | - | (50) | (250) |
| T-Mobile Local Counsel | (40) | - | - | - | - | - | - | - | - | - | - | (40) |
| McGuire Woods | - | (150) | - | (150) | - | - | - | - | (150) | - | (75) | (525) |
| Carl Marks | - | (100) | - | (100) | - | - | - | - | (100) | - | (50) | (350) |
| Richards, Layton & Finger | (20) | - | - | - | - | - | - | - | - | - | - | (20) |
| UCC FA | - | - | - | - | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (105) |
| UCC Counsel | - | - | - | - | (40) | (40) | (40) | (40) | (40) | (40) | (40) | (280) |
| Stretto | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (117) |
| US Trustee | (12) | (22) | (4) | (18) | (13) | (9) | (12) | (4) | (22) | (9) | (32) | (156) |
| **Total Professional Fees** | $ (359) | $ (560) | $ (292) | $ (856) | $ (355) | $ (351) | $ (355) | $ (347) | $ (915) | $ (352) | $ (650) | $ (5,393) |