# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*[1] | Case No. 21-10457 (LSS) |
| Debtors. | Joint Administration Requested |

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to T-Mobile USA, Inc. and TVN Ventures, LLC ("TVN Ventures") pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Edmon L. Morton (No. 3856) | William S. Sugden (*pro hac vice* pending) |
| Kenneth J. Enos (No. 4544) | Jacob Johnson (*pro hac vice* pending) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ALSTON & BIRD LLP |
| 1000 North King Street | One Atlantic Center |
| Wilmington, Delaware 19801 | 1201 West Peachtree Street |
| Telephone: (302) 571-6600 | Suite 4900 |
| Facsimile: (302) 571-1253 | Atlanta, GA 30309 |
| **CM/ECF Noticing**: bankfilings@ycst.com | Telephone: (404) 881-7000 |
| Email: emorton@ycst.com | Facsimile: (404) 253-8298 |
| kenos@ycst.com | will.sugden@alston.com |
| | jacob.johnson@alston.com |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

27799952.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or T-Mobile or TVN Ventures.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of T-Mobile or TVN Ventures to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of T-Mobile or TVN Ventures either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

| | |
|---|---|
| Dated: March 2, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>emorton@ycst.com<br>kenos@ycst.com<br><br>- and -<br><br>ALSTON & BIRD LLP<br>William S. Sugden (*pro hac vice* pending)<br>Jacob Johnson (*pro hac vice* pending)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, GA 30309<br>Will.Sugden@alston.com<br>Jacob.Johnson@alston.com<br><br>*Counsel to T-Mobile USA, Inc. and TVN Ventures, LLC* |