## EXHIBIT B

**Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

**DECLARATION OF CHRISTOPHER R. LEWAND IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE, AND WAIVING CERTAIN INFORMATION DISCLOSURE REQUIREMENTS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Christopher R. LeWand declares as follows:

1. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), which has its principal office at 999 17th Street, Suite 700, Denver, Colorado 80202. I am authorized to execute this declaration on behalf of FTI. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[2]

2. This declaration is being submitted in connection with the proposed employment and retention of FTI as financial advisor and investment banker to the above-captioned debtors and debtors in possession (collectively, the "Debtors") to perform services as set forth in the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor and Investment Banker for the Debtors,*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

*Nunc Pro Tunc to the Petition Date, and Waiving Certain Information Disclosure Requirements* (the "Application").[3]  I submit this Declaration in compliance with sections 105, 327, 328 and 1107(a) of the Bankruptcy Code and to provide the disclosure required under Rule 2014(a), 2016 and 5002 of the Bankruptcy Rules and Rule 2014-1 of the Local Rules.

### FTI's Qualifications

3.      I believe that FTI is well-qualified to act as the Debtors' financial advisor and investment banker on the terms and conditions set forth in the Engagement Letter.  FTI is an independent global business advisory firm dedicated to helping organizations manage change, mitigate risk and resolve disputes: financial, legal, operational, political and regulatory, reputational and transactional.  Individually, each practice is a leader in its specific field, staffed with experts recognized for the depth of their knowledge and a track record of making and impact. FTI provides a host of advisory services to clients generally, including consulting, valuation, turnaround and interim management services to healthy and distressed businesses.

4.      FTI has substantial experience as an investment banker, financial advisor, and/or management consultant in multiple chapter 11 and chapter 7 cases, including the following cases in this district: *In re Francesca's Holdings Corporation*, Case No. 20-13076 (BLS) (Bankr. D. Del); *In re Brooks Brthers Group, Inc.*, Case No. 20-11785 (Bankr. D. Del.); *In re Cloud Peak Energy Inc.*, Case No. 19-11407 (KG) (Bankr. D. Del.); *In re F+W Media, Inc.*, Case No. 19-10479 (KG) (Bankr. D. Del.); *In re Checkout Holding Corp.*, Case No. 18-12794 (KG) (Bankr. D. Del.); *In re Open Road Films, LLC*, Case No. 18-12012 (LSS) (Bankr.

---

[3]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in, as applicable, the Application or the Engagement Letter.

D. Del.); *In re Zohar III, Corp.*, Case No. 18- 10512 (CSS) (Bankr. D. Del.); *In re Southeastern Grocers*, LLC, No. 18-10700 (MFW) (Bankr. D. Del.); *In re Claire's Stores, Inc.*, No. 18-10584 (MFW) (Bankr. D. Del.).

5.      Furthermore, FTI, (and its affiliate FTI Capital Advisors, LLC, which is expressly not seeking to be retained by the Application) provided substantial prepetition financial advisory and investment banking services to the Debtors in connection with their evaluation of certain strategic options and a structured marketing effort to secure new debt or equity capital partners to provide for a refinancing of the Debtors' existing secured indebtedness.

6.      In providing these and other prepetition professional services to the Debtors, FTI has acquired significant knowledge of the Debtors and their businesses and is intimately familiar with the Debtors' financial affairs, debt structure, business operations, key stakeholders, financing documents and other related material information.   In providing prepetition services to the Debtors, FTI has worked closely with the Debtors' senior management and their other advisors and has familiarity with the other major stakeholders that will be involved in these chapter 11 cases.

## Professional Compensation and Fee Applications

7.      In consideration of the services to be provided by FTI, and as more fully described in the Engagement Letter, subject to the Court's approval, the Debtors have agreed to

pay FTI the proposed compensation set forth in the Engagement Letter (the "<u>Fee and Expense Structure</u>"):[4]

## <u>Bankruptcy Services Hourly Rates</u>

| | |
|---|---|
| Senior Managing Directors | $950.00 - $1,295.00 |
| Directors/Senior Directors/Managing Directors | $715.00 - $935.00 |
| Consultants/Senior Consultants | $385.00 - $680.00 |
| Administrative/Paraprofessionals | $155.00 - $290.00 |

## <u>Transaction Advisory Service, Monthly and Transaction Fee</u>

▪ The Debtors shall pay FTI a monthly, non-refundable monthly fee of $135,000.00, earned and due on the first day of each month.

▪ For each and every transaction completed by FTI, regardless of whether the Party or Parties were identified by FTI, the Debtors shall pay FTI in cash at each closing a fee (the "<u>Transaction Fee</u>") of 3.5% of the aggregate value of each Transaction, subject to a minimum aggregate fee of $500,000.00, subject to the terms and conditions of the Engagement Letter.

▪ If at any time during the one year period following FTI's engagement, the Debtors complete one or more Transactions and the Transaction(s) involve(s) a Party identified during this period, the Debtors shall pay FTI 3.5% of the aggregate value of each Transaction, subject to a minimum aggregate fee of $500,000.00, subject to the terms and conditions of the Engagement Letter.

---

[4] This summary is presented for convenience purposes only. The terms set forth in the Engagement Letter are controlling in all respects. Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Engagement Letter.

- FTI shall bill the Debtors for reasonable allocated and direct expenses which are likely to be incurred during the terms of FTI's engagement. Allocated expenses include out-of-pocket expenses for data services and research materials to which FTI subscribes and is expected to be used during the engagement, copying, phone charges, and other overhead expenses that are not billed through as direct reimbursable expenses and are calculated at 2.0% of FTI's fees as described above. Direct expenses include reasonable and customary out-of-pocket expenses which are billed directly such as internet access, telephone, overnight mail, messenger, travel, meals, accommodations and other expenses.

8.      FTI believes that the Fee and Expense Structure is both reasonable and market-based. The Fee and Expense Structure is comparable to compensation generally charged by financial advisors and investment bankers of similar stature to FTI for comparable engagements, both in and out of bankruptcy proceedings.

9.      The Fee and Expense Structure is consistent with FTI's normal and customary billing practices for comparably sized and complex cases and transactions, both in- and out-of-court, involving the services to be provided in connection with these chapter 11 cases. Moreover, the Fee and Expense Structure is consistent with and typical of arrangements entered into by FTI and other financial advisors and investment bankers in connection with the rendering of comparable services to clients such as the Debtors.

10.      In addition, the Fee and Expense Structure was agreed upon by the parties on an arm's-length basis.

11.     In light of the foregoing, FTI believes that the Fee and Expense Structure is fair and reasonable and market-based under the standards set forth by the Bankruptcy Code.

12.     FTI has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.

## Record Keeping and Applications for Compensation

13.     It is not the general practice of FTI to keep detailed time records similar to those customarily kept by attorneys.  Because FTI does not ordinarily maintain contemporaneous time records in one-tenth hour (0.10) increments or provide or conform to a schedule of hourly rates for its professionals, FTI is seeking a waiver, pursuant to Local Rule 2016-2(h), to be excused from compliance with such requirements and only be required to maintain records, in hourly increments for services rendered for the Debtors, including summary descriptions of those services, the approximate time expended in providing those services and the identity of the individuals who provided those services.

14.     FTI will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.  FTI's applications for compensation and expenses will be paid by the Debtors, pursuant to the terms of the Engagement Letter, in accordance with Local Rule 2016-2(e) and any procedures established by the Court.

## Payments to FTI Prior to the Petition Date

15.     As noted above, FTI and its affiliate have provided prepetition advisory services to the Debtors.  During the one-year period prior to the commencement of these chapter 11 cases, FTI, or its affiliate, has received $982,543 from the Debtors for professional fees and

an additional $2,543 in expense reimbursements incurred prior to the Petition Date. During the 90 days immediately preceding the Petition Date, FTI, or its affiliate, received fee payments totaling $490,000 and no expense reimbursement payments. Other than as set forth herein, FTI did not receive any payments from the Debtors during the 90 days immediately preceding the Petition Date.

16.     As of the Petition Date, the Debtors did not owe FTI for any fees or expenses incurred prior to the Petition Date.

## Indemnification

17.     The Debtors have agreed to the Indemnification Provisions, as modified by the Order requested by this Application. The Indemnification Provisions reflected in the Engagement Letter are customary and reasonable terms of consideration of financial advisors and investment bankers such as FTI for proceedings both out-of-court and in chapter 11. The terms of the Engagement Letter, including the Indemnification Provisions, were fully negotiated between the Debtors and FTI at arm's-length. FTI respectfully submits that the Indemnification Provisions, as modified by the Order requested by the Application, are reasonable.

## FTI's Disinterestedness

18.     In connection with its proposed retention by the Debtors in these chapter 11 cases, FTI undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, FTI obtained from the Debtors and/or their representatives the names of individuals

and entities that may be parties in interest in these chapter 11 cases ("Potential Parties in Interest"), and such parties are listed on **Exhibit 1** attached hereto.

19.    To the best of my knowledge and belief, FTI has not represented any Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these chapter 11 cases except as set forth herein and in **Exhibit 2** attached hereto.

20.    FTI provides financial advisory and investment banking services to an array of clients in the areas of restructuring and distressed debt. As a result, FTI has represented, and may in the future represent, certain Potential Parties in Interest in matters unrelated to these chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these representations are adverse to the Debtors' interests.

21.    To the best of my knowledge and belief, neither FTI nor I, nor any other employee of FTI that will work on the Debtors' engagement, has any connection with or holds any interest adverse to the Debtors, their estates or the Potential Parties in Interest, except (i) as set forth in **Exhibit 2** and (ii) as otherwise set forth below:

a.    FTI may have provided services unrelated to the Debtors for companies and individuals that have conducted business in the past and/or currently conduct business with the Debtors, and who may be creditors of the Debtors. To the best of my

knowledge, information and belief, FTI's services to these parties were and are wholly unrelated to the Debtors, their estates or these chapter 11 cases.

           b.     As part of its practice, FTI may appear in numerous cases, proceedings and transactions involving many different professionals, some of which may represent claimants and parties in interest in the Debtors' chapter 11 cases. Furthermore, FTI has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge and information, none of these business relationships represents an interest materially adverse to the Debtors herein in matters upon which FTI is to be engaged.

           22.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, FTI has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases. FTI will, however, continue to provide professional services to entities or persons that may be creditors or equity security holders of the Debtors or interested parties in these chapter 11 cases; provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

           23.     I am not related or connected to and, to the best of my knowledge, no other professional of FTI who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

24.     To the best of my knowledge, FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with the Debtors' bankruptcy cases.

25.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of FTI, I, nor any employee of FTI who will work on the engagement holds or represents any interest adverse to the Debtors or their estates, and FTI is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), as modified by section 1107(b), in that FTI, and its professionals and employees who will work on the engagement:

a.     are not creditors, equity security holders, or insiders of the Debtors;

b.     were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer or employee of the Debtors; and

c.     do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

26.     If FTI discovers additional information that requires disclosure, FTI promptly will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 9, 2021

_/s/ Christopher R. LeWand_____
Christopher R. LeWand

**<u>EXHIBIT 1</u>**

**Potential Parties in Interest**

A&E Television Networks, LLC
ABC Cable Networks Group
Admiral Bobby R. Inman
AFCO Credit Corp.
Akamai Technologies, Inc.
Alexandra Davis
Ally Bank
Ally Commercial Finance LLC
Amazon Web Services, Inc.
Amino Technologies (US) LLC
AmTrust Underwriters, Inc.
Andrew R. Vara
Ankur Sharma
ANV
Aon Risk Insurance Services Central, Inc.
Aon Risk Insurance Services West, Inc.
Aon/Albert G. Ruben Insurance Services, Inc.
Associated Industries Insurance Co., Inc.
AT&T
ATEME, INC.
Atlassian Pty Ltd
Banc of America Leasing & Capital, LLC
Bandel Carano
BDO USA
BEAR Cloud Technologies, Inc.
Carl Marks Advisory Group LLC
Casey Fann
CDW Direct, LLC
Cedar Lane Technologies
Chief Judge Christopher S. Sontchi
Christopher Davis
Christopher K. Firestone
Chubb Group of Insurance Companies
Comcast Cable Communications, LLC
Cybage Software Private Limited
D. Troy Sellars
Datastax, Inc.
David Brubeck
Digital Realty Trust, LP dba Telx Atlanta 2, LLC
Discovery Communications, Inc.
Dynatrace LLC
Elemental Technologies LLC
Ellison Capers Grayson
EPB Fiber Optics

Erik Davis
Etrade Financial Corporate Services
Excelerate Systems LLC
Fenwick & West LLP
Fillmore Burrell, Inc.
Fox News Network, LLC
Fragomen, Del Rey, Bernsen & Loewy, LLP
Frederic J. Baker
FTI Consulting, Inc.
Gef Acquisition I, LLC
Gef Acquisition II, LLC
Gefinor Capital Management, Inc.
Gefinor Private Equity Limited
Gefinor USA, Inc.
Gefinor Ventures Management, Inc.
Gefus Capital Partners II, LP
Gefus SBIC, LP
Gefus Strategic Partners I, LLC
GlobeCast America, Inc
Google LLC
Gracenote Media Services, LLC
GuidePoint Security LLC
Harvest Growth Capital, LLC
Hearst Communications, Inc.
Homathko River Partners, LLC
Hopkins & Carley, A Law Corporation
Jarl Mohn
Jeff Annison
John Eric Readler
John Jarve
John Liatos
Jordan Misiura
Joseph S. Sisca
Judge Ashely M. Chan
Judge Brendan L. Shannon
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Kaifi LLC
Karim F. Tabet
KBSIII Towers at Emeryville, LLC
Kerry Travilla

Kovarus, Inc.
KPMG, LLP
Kwan Intellectual Property Law
Lauren Johnson
Level 3 Communications, LLC dba CenturyLink
Limestone Ventures Holdings, LLC
LTL Attorneys LLP
Manoj Agrawal
Martha Hildebrandt
McGuireWoods LLP
Menlo Entrepreneurs Fund IX(A), LP
Menlo Entrepreneurs Fund IX, LP
Menlo Ventures IX, LP
MMEF IX, LP
MobiTV India Private Services Limited
MobiTV Service Corporation
MobiTV, Inc.
Moss Bollinger LLP
MPEGLA
MTV Networks
MV Management IX, LLC
Neustar, Inc.
NRPR Group, LLC
NTT Global Data Centers Americas dba RagingWire
Oak Associates XII, LLC
Oak Investment Partners XII, Limited Partnership
Obsidian Specialty Insurance Company
Oracle America, Inc.
Orion Specialty Insurance Company
Pachulski Stang Ziehl & Jones LLP
Parker, Bunt, & Ainsworth PC
Paul Scanlan
Persistent Systems, Inc.
Phillip Alvelda
Rabicoff Law LLC
Rackspace International Holdings, Inc.
Redpoint Associates I, LLC
Redpoint Associates II, LLC
Redpoint Technology Partners A-1, LP
Redpoint Technology Partners Q-1, LP
Redpoint Ventures I, LP
Redpoint Ventures II, LP
Ring Central, Inc

Rob Porell
Robert L. Porell
Rochester Network Supply Inc.
Rovi Guides, Inc.
RPX Corporation
Scot Jarvis
Scott Raney
Silicon Valley Bank
Slack Technologies, Inc.
Sorrento Associates, Inc.
Sorrento Ventures CE, LP
Sorrento Ventures III, LP
Sorrento Ventures IV, LP
Stratdev Global, LLC
Stratim Capital Entities
Sumrina Yousuf
T. Patrick Tinker
Telia Carrier U.S. Inc.
Terri Stevens
Terry Moore
The Board of Trustees of the Leland Stanford Junior University (SEVF
II)
The Vernon L. Pruett Revocable Trust
Thomas M. Casey, DDS
Time Warner Cable dba Spectrum Enterprise
T-Mobile US, Inc.
Tokio Marine HCC
Tringapps Inc
U.S. Small Business Administration
U.S. Specialty Insurance Company
ValueLabs, Inc.
Vern Stevenson
Vidora Corporation
Vubiquity, Inc
Wesco Insurance Company
Win Corporate Advisors
Winnie So
XL Specialty Insurance Company
Zayo Group, LLC
Alston & Bird
MERU

**EXHIBIT 2**

**Relationships with Potential Parties in Interest**

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|---|---|---|---|---|---|
| A&E Television Networks, LLC | Adverse/Potentially Adverse | Top Creditors List | | X | |
| ABC Cable Networks Group | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Admiral Bobby R. Inman | Other (Neutral) | Current and Former D&Os | X | | |
| AFCO Credit Corp. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Akamai Technologies, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | | X |
| Alexandra Davis | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Ally Bank | Adverse/Potentially Adverse | Top Creditors List | | X | |
| Ally Commercial Finance LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Amazon Web Services, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | | X |
| Amino Technologies (US) LLC | Adverse/Potentially Adverse | Top Creditors List | X | | |
| AmTrust Underwriters, Inc. | Other (Neutral) | Insurers | X | | |
| Andrew R. Vara | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Ankur Sharma | Other (Neutral) | Major Equity Holders | X | | |
| ANV | Other (Neutral) | Insurers | X | | |
| Aon Risk Insurance Services Central, Inc. | Other (Neutral) | Insurers | X | | |
| Aon Risk Insurance Services West, Inc. | Other (Neutral) | Insurers | X | | |
| Aon/Albert G. Ruben Insurance Services, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Associated Industries Insurance Co., Inc. | Other (Neutral) | Insurers | X | | |
| AT&T | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| ATEME, INC. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Atlassian Pty Ltd | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Banc of America Leasing & Capital, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Bandel Carano | Other (Neutral) | Current and Former D&Os | X | | |
| BDO USA | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| BEAR Cloud Technologies, Inc. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Carl Marks Advisory Group LLC | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Casey Fann | Other (Neutral) | Major Equity Holders | X | | |
| CDW Direct, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Cedar Lane Technologies | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Chief Judge Christopher S. Sontchi | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Christopher Davis | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|---|---|---|---|---|---|
| Christopher K. Firestone | Other (Neutral) | Major Equity Holders | X | | |
| Chubb Group of Insurance Companies | Other (Neutral) | Insurers | | X | |
| Comcast Cable Communications, LLC | Adverse/Potentially Adverse | Top Creditors List | | X | |
| Cybage Software Private Limited | Adverse/Potentially Adverse | Top Creditors List | X | | |
| D. Troy Sellars | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Datastax, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| David Brubeck | Other (Neutral) | Major Equity Holders | X | | |
| Digital Realty Trust, LP dba Telx Atlanta 2, LLC | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Discovery Communications, Inc. | Adverse/Potentially Adverse | Top Creditors List | | | X |
| Dynatrace LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Elemental Technologies LLC | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Ellison Capers Grayson | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| EPB Fiber Optics | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Erik Davis | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Etrade Financial Corporate Services | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Excelerate Systems LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Fenwick & West LLP | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | | X | |
| Fillmore Burrell, Inc. | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Fox News Network, LLC | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | | X | |
| Frederic J. Baker | Other (Neutral) | Judges and USTs for the filing district | X | | |
| FTI Consulting, Inc. | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | X | | |
| Gef Acquisition I, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Gef Acquisition II, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Gefinor Capital Management, Inc. | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Gefinor Private Equity Limited | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Gefinor USA, Inc. | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Gefinor Ventures Management, Inc. | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Gefus Capital Partners II, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |

DOCS_LA:336384.4

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|------|-------------|----------|:---:|:---:|:---:|
| Gefus SBIC, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Gefus Strategic Partners I, LLC | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| GlobeCast America, Inc | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Google LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| Gracenote Media Services, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| GuidePoint Security LLC | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Harvest Growth Capital, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Hearst Communications, Inc. | Adverse/Potentially Adverse | Major Equity Holders | | X | |
| Homathko River Partners, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Hopkins & Carley, A Law Corporation | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | X | | |
| Jarl Mohn | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Jeff Annison | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| John Eric Readler | Other (Neutral) | Major Equity Holders | X | | |
| John Jarve | Other (Neutral) | Current and Former D&Os | X | | |
| John Liatos | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Jordan Misiura | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Joseph S. Sisca | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge Ashely M. Chan | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge Brendan L. Shannon | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge John T. Dorsey | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge Karen B. Owens | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge Laurie Selber Silverstein | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Judge Mary F. Walrath | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Kaifi LLC | Adverse/Potentially Adverse | Litigation Parties and their Counsel | | X | |
| Karim F. Tabet | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| KBSIII Towers at Emeryville, LLC | Adverse/Potentially Adverse | Landlords | X | | |
| Kerry Travilla | Other (Neutral) | Major Equity Holders | X | | |
| Kovarus, Inc. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| KPMG, LLP | Adverse/Potentially Adverse | Top Creditors List | | X | |
| Kwan Intellectual Property Law | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Lauren Johnson | Other (Neutral) | Major Equity Holders | X | | |

DOCS_LA:336384.4

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|------|-------------|----------|------|------|------|
| Level 3 Communications, LLC dba CenturyLink | Adverse/Potentially Adverse | Top Creditors List | | X | |
| Limestone Ventures Holdings, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| LTL Attorneys LLP | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Manoj Agrawal | Other (Neutral) | Major Equity Holders | X | | |
| Martha Hildebrandt | Other (Neutral) | Judges and USTs for the filing district | X | | |
| McGuireWoods LLP | Adverse/Potentially Adverse | Litigation Parties and their Counsel | | X | |
| Menlo Entrepreneurs Fund IX(A), LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Menlo Entrepreneurs Fund IX, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Menlo Ventures IX, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| MMEF IX, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| MobiTV India Private Services Limited | Client | Debtors and Non-Debtor Affiliates | X | | |
| MobiTV Service Corporation | Client | Debtors and Non-Debtor Affiliates | X | | |
| MobiTV, Inc. | Client | Debtors and Non-Debtor Affiliates | X | | |
| Moss Bollinger LLP | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| MPEGLA | Adverse/Potentially Adverse | Top Creditors List | X | | |
| MTV Networks | Adverse/Potentially Adverse | Top Creditors List | | X | |
| MV Management IX, LLC | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Neustar, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| NRPR Group, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| NTT Global Data Centers Americas dba RagingWire | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Oak Associates XII, LLC | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Oak Investment Partners XII, Limited Partnership | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Obsidian Specialty Insurance Company | Other (Neutral) | Insurers | X | | |
| Oracle America, Inc. | Adverse/Potentially Adverse | Top Creditors List | | | X |
| Orion Specialty Insurance Company | Other (Neutral) | Insurers | X | | |
| Pachulski Stang Ziehl & Jones LLP | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | | X | |
| Parker, Bunt, & Ainsworth PC | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Paul Scanlan | Other (Neutral) | Current and Former D&Os | X | | |
| Persistent Systems, Inc. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Phillip Alvelda | Adverse/Potentially Adverse | Major Equity Holders | X | | |

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|---|---|---|---|---|---|
| Rabicoff Law LLC | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| Rackspace International Holdings, Inc. | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Associates I, LLC | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Associates II, LLC | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Technology Partners A-1, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Technology Partners Q-1, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Ventures I, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Redpoint Ventures II, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Ring Central, Inc | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Rob Porell | Other (Neutral) | Current and Former D&Os | X | | |
| Robert L. Porell | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Rochester Network Supply Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Rovi Guides, Inc. | Adverse/Potentially Adverse | Top Creditors List | | X | |
| RPX Corporation | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Scot Jarvis | Other (Neutral) | Current and Former D&Os | X | | |
| Scott Raney | Other (Neutral) | Current and Former D&Os | X | | |
| Silicon Valley Bank | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Slack Technologies, Inc. | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| Sorrento Associates, Inc. | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Sorrento Ventures CE, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Sorrento Ventures III, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Sorrento Ventures IV, LP | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Stratdev Global, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Stratim Capital Entities | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| Sumrina Yousuf | Adverse/Potentially Adverse | Litigation Parties and their Counsel | X | | |
| T. Patrick Tinker | Other (Neutral) | Judges and USTs for the filing district | X | | |
| Telia Carrier U.S. Inc. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Terri Stevens | Other (Neutral) | Current and Former D&Os | X | | |
| Terry Moore | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |

DOCS_LA:336384.4

| Name | Affiliation | Category | Not a current client | Current client | Former client |
|---|---|---|---|---|---|
| The Board of Trustees of the Leland Stanford Junior University (SEVF II) | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| The Vernon L. Pruett Revocable Trust | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Thomas M. Casey, DDS | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | X | | |
| Time Warner Cable dba Spectrum Enterprise | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| T-Mobile US, Inc. | Adverse/Potentially Adverse | ABL / Noteholders / DIP Provider | | X | |
| Tokio Marine HCC | Other (Neutral) | Insurers | X | | |
| Tringapps Inc | Adverse/Potentially Adverse | Top Creditors List | X | | |
| U.S. Small Business Administration | Other (Neutral) | Major Equity Holders | X | | |
| U.S. Specialty Insurance Company | Other (Neutral) | Insurers | | X | |
| ValueLabs, Inc. | Adverse/Potentially Adverse | Top Creditors List | X | | |
| Vern Stevenson | Other (Neutral) | Current and Former D&Os | X | | |
| Vidora Corporation | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Vubiquity, Inc | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | X | | |
| Wesco Insurance Company | Other (Neutral) | Insurers | X | | |
| Win Corporate Advisors | Other (Neutral) | Restructuring Professionals and Ordinary Course Professionals | X | | |
| Winnie So | Adverse/Potentially Adverse | Major Equity Holders | X | | |
| XL Specialty Insurance Company | Other (Neutral) | Insurers | | X | |
| Zayo Group, LLC | Adverse/Potentially Adverse | Significant customers or vendors not in the Top 30 | | X | |
| Alston & Bird | Adverse/Potentially Adverse | Restructuring Professionals and Ordinary Course Professionals | | X | |
| MERU | Adverse/Potentially Adverse | Restructuring Professionals and Ordinary Course Professionals | X | | |