# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-10457 (LSS) |
| Debtors. | Jointly Administered |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fox Rothschild LLP enters its appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

120749436.v1

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com

-and-

Michael A. Sweet
Fox Rothschild LLP
325 California St., Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5560
Email: msweet@foxrothschild.com

-and-

Gordon E. Gouveia
Fox Rothschild LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Email: ggouveia@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

|  |  |
|---|---|
| Dated: March 19, 2021 | **FOX ROTHSCHILD LLP** |
|  | */s/ Seth A. Niederman* |
|  | Seth A. Niederman (DE Bar No. 4588) |
|  | 919 North Market Street, Suite 300 |
|  | Wilmington, DE  19899 |
|  | Telephone: (302) 654-7444 |
|  | Email: sniederman@foxrothschild.com |
|  |  |
|  | Michael A. Sweet (pending *pro hac vice*) |
|  | 325 California St., Suite 2200 |
|  | San Francisco, CA 94104-2670 |
|  | Telephone: (415) 364-5560 |
|  | Email: msweet@foxrothschild.com |
|  |  |
|  | Gordon E. Gouveia (pending *pro hac vice*) |
|  | 321 N. Clark St., Suite 1600 |
|  | Chicago, IL 60654 |
|  | Telephone: (312) 980-3816 |
|  | Email: ggouveia@foxrothschild.com |
|  |  |
|  | *Proposed Counsel to the Official Committee of Unsecured Creditors* |

**CERTIFICATE OF SERVICE**

I, Seth A. Niederman, hereby certify that on March 19, 2021, a true and correct copy of the *Official Committee of Unsecured Creditors' Notice of Appearance and Demand for Service of Papers* was served to all parties of record via CM/ECF.

*/s/ DRAFT*
Seth A. Niederman (De. Bar. No. 4588)