**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before March 17, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 63)

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 71)

Dated: March 19, 2021

                                                                                            Serina Tran

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 19th day of March, 2021, by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aon Risk Insurance Services West | | PO Box 19640 | | Irvine | CA | 92623-9640 |
| Bandel Carano | Oak Investment Partners | 1600 El Camino Real | Ste 280 | Menlo Park | CA | 94025-4120 |
| Elsa Chang | | Address Redacted | | | | |
| Garima Agarwal | | Address Redacted | | | | |
| Heet Singala | | Address Redacted | | | | |
| Marc Legarte | | Address Redacted | | | | |
| New Visions Communications, Inc. | Attn: CEO/ David Branca | 980 James St | #201 | Syracuse | NY | 13203-2503 |
| Oak Investment Partners XII, Limited Partnership | | 1600 El Camino Real | Ste 280 | Menlo Park | CA | 94025-4120 |
| Olga Sullivan | | Address Redacted | | | | |
| Paul Meninger | | Address Redacted | | | | |
| Peter Drozdowski | | Address Redacted | | | | |
| Stat Pads, LLC | | 3597 E Monarch Sky Ln | Ste 200 | Meridian | ID | 83646-1055 |
| Tony Ceccato | | Address Redacted | | | | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 1