# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., et al.,[1] | Case No. 21-10457 (LSS) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Ateme (the "Company"), as creditor and party in interest in the above-captioned case, hereby appears by its counsel, Ropers Majeski PC and Morris James LLP, and each such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| | |
|---|---|
| Carl N. Kunz, III, Esq.<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com | Steven G. Polard, Esq.<br>ROPERS MAJESKI PC<br>445 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 312-2044<br>Facsimile: (213) 312-2001<br>E-mail: steven.polard@ropers.com |

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

12766556/1

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Company's right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) the Company's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Company's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Company may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Company expressly reserves.

[The remainder of page intentionally left blank.]

12766556/1

| | |
|---|---|
| Dated: March 23, 2021 | **MORRIS JAMES LLP** |

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  ckunz@morrisjames.com

and

/s/ Steven G. Polard
Steven G. Polard, Esq.
(Pro Hac Vice Application to be filed)
ROPERS MAJESKI PC
445 South Figueroa Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 312-2044
Facsimile: (213) 312-2001
E-mail:  steven.polard@ropers.com

Attorneys for Ateme

12766556/1