# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Hearing Date: April 7, 2021 at 2:00 p.m. ET**<br>**Objections Due: March 31, 2021 at 4:00 p.m. ET** |

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) AND BANKRUPTCY RULE 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF MARCH 18, 2021

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of MobiTV, Inc. and its affiliated Debtors has filed the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of March 18, 2021* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application, if any, are to be filed on or before **March 31, 2021 at 4:00 p.m**. **(Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **April 7, 2021 at 2:00 p.m. (Prevailing Eastern Time)**, before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

| | |
|---|---|
| Dated: March 23, 2021 | **FOX ROTHSCHILD LLP** |

        */s/ Seth A. Niederman*
        Seth A. Niederman (DE No. 4588)
        919 North Market Street, Suite 300
        Wilmington, DE 19899-2323
        Telephone: (302) 654-7444
        Facsimile: (302) 656-8920

        -and-

        Michael A. Sweet (admitted *pro hac vice*)
        345 California Street, Suite 2200
        San Francisco, California 94104
        Telephone:   (415) 364-5540
        Facsimile:   (415) 391-4436

        -and-

        Gordon E. Gouveia (admitted *pro hac vice*)
        321 North Clark Street, Suite 800
        Chicago, IL 60654
        Telephone: (312) 980-3849
        Facsimile: (312) 980-3888

        *Proposed Counsel to the Official Committee of Unsecured Creditors*