IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Related to Docket Nos. 99 and 138** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103(A) AND BANKRUPTCY RULE 2014(A) FOR AUTHORITY TO EMPLOY AND RETAIN FOX ROTHSCHILD LLP AS COUNSEL EFFECTIVE AS OF MARCH 18, 2021**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of March 18, 2021 [Docket No. 99]* (the "Motion") filed on March 23, 2021.

Fox Rothschild LLP received informal comments regarding the Motion from the Office of the United States Trustee, which were subsequently resolved through the filing of the *Supplemental Declaration of Seth A. Niederman in Support* of *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of March 18, 2021*, filed on April 1, 2021 [Docket No. 138].

The undersigned further certifies that after reviewing the Court's docket in this case, no

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

121318905.v2

answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than March 29, 2021 at 4:00 p.m. ET.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 5, 2021

**FOX ROTHSCHILD LLP**

*Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Michael A. Sweet (admitted pro hac vice)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436

-and-

Gordon E. Gouveia (admitted pro hac vice)
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201

*Proposed Counsel to the Official Committee of Unsecured Creditors*