# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Related to D.I. 100** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROTOCOLS FOR (A) THE DISSEMINATION OF INFORMATION BY THE COMMITTEE AND (B) PROTECTING CONFIDENTIAL AND PRIVILEGED INFORMATION PURSUANT TO SECTIONS 105(a), 107(b) AND 1102(b)(3)(A) OF THE BANKRUPTCY CODE**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the *Motion for Entry of an Order Establishing Protocol for (A) the Dissemination of Information by the Committee and (B) Protecting Confidential and Privileged Information Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code* (the "Motion") filed on March 23, 2021 at Docket Number 100. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than March 29, 2021 at 4:00 p.m. ET.

       It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

121318759.v2

| | |
|---|---|
| Dated:  April 5, 2021 | **FOX ROTHSCHILD LLP** |
| | |
| | *Seth A. Niederman*  |
| | Seth A. Niederman (DE No. 4588) |
| | 919 North Market Street, Suite 300 |
| | Wilmington, DE  19899-2323 |
| | Telephone:  (302) 654-7444 |
| | Facsimile:  (302) 656-8920 |
| | |
| | -and- |
| | |
| | Michael A. Sweet (admitted pro hac vice) |
| | 345 California Street, Suite 2200 |
| | San Francisco, California 94104 |
| | Telephone:     (415) 364-5540 |
| | Facsimile:     (415) 391-4436 |
| | |
| | -and- |
| | |
| | Gordon E. Gouveia (admitted pro hac vice) |
| | 321 North Clark Street, Suite 1600 |
| | Chicago, IL 60654 |
| | Telephone:  (312) 980-3816 |
| | Facsimile:  (312) 517-9201 |
| | |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |