U.S. Department of Justice
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35, Suite 2207
Wilmington, Delaware 19801
Tel. (302) 573-6491      Fax (302) 573-6497

<u>CHAPTER 11 - 341(a) MINUTE SHEET</u>

TO THE CLERK OF THE BANKRUPTCY COURT:

DEBTORS:    MobiTV, Inc., *et al.*

CASE NUMBER:    21-10457 (LSS)

DATE PETITION FILED:    March 1, 2021

TIME OF MEETING:    April 5, 2021, at 2:00 p.m. (ET)

PLACE OF MEETING:    Telephonic

ORIGINAL 341(a):    x

ADJOURNED 341(a):

DEBTORS' ATTORNEY (APPEARING):    Mary Caloway
FIRM NAME:    Pachulski Stang Ziehl & Jones LLP

COUNSEL/CRED/COMM. (APPEARING):    Gordon Gouveia
FIRM NAME:    Fox Rothschild LLP

WITNESS (NAME & TITLE):    Terri Stevens (Chief Financial Officer)

SCHEDULES FILED:   Yes        DATE: March 29, 2021   NO ( )

WHY HAVE SCHEDULES NOT BEEN FILED:  N/A

WHEN WILL SCHEDULES BE FILED:    N/A

HAS DEBTOR FILED INTERIM REPORTS:    YES ( x )        NO ( )

IF NO, WHY NOT:    N/A

WERE QUARTERLY FEES EXPLAINED:    YES ( x )        NO ( )

*/s/ Benjamin Hackman*
Benjamin Hackman
Trial Attorney
benjamin.a.hackman@usdoj.gov

DATED: April 5, 2021        CONCLUDED ( )    CONTINUED ( x )

MEETING CONTINUED TO OPEN DATE ( x )
MEETING CONTINUED TO SET DATE: