# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Related to Docket No. 138** |

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on April 2, 2021, a true and correct copy of the *Supplemental Declaration of Seth A. Niederman in Support of Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Fox Rothschild LLP as Counsel Effective as of March 18, 2021,* was served via the Court's CM/ECF system on all parties registered to receive such service, and on the parties shown on the attached Service List via U.S. mail, first class and

Dated: April 6, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

-and-

Michael A. Sweet (admitted *pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

121297098.v1

-and-

Gordon E. Gouveia (admitted pro hac vice)
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201

*Proposed Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| A&E Television Networks, LLC<br>Attn: Nicole Muzzio<br>111 8th Avenue<br>New York, NY  10011 | ABC Cable Networks Group<br>Attn:  Robert Skinnon<br>PO Box 732550<br>Dallas, TX  75373-2550 |
| Ally Bank<br>c/o Richards, Layton & Finger, PA<br>Attn: John H Knight & David T Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | Ally Bank<br>c/o Richards, Layton & Finger, PA.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 |
| Ally Bank<br>c/o McGuire Woods LLP<br>Attn: Kenneth E Noble, Kristin C Wigness, & Ha Young Chung<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY  10020-1104 | Amino Technologies (US) LLC<br>Attn: Jonny McKee<br>20823 Stevens Creek Blvd, Ste 400<br>Cupertino, CA  95014 |
| ATEME, INC.<br>Attn: Alexis Phienboupha & Ray Fitzgerald<br>750 W. Hampden Avenue, Suite 290<br>Englewood, CO  80110 | BEAR Cloud Technologies Inc<br>Attn: Donald James Jr.<br>1160 Battery Street East Suite 110<br>San Francisco, CA  94111 |
| BEAR Cloud Technologies, Inc.<br>Attn: Don James<br>PO BOX 37<br>Finance<br>Bakersfield, CA  93302 | Comcast Cable Communications, LLC<br>PO Box 37601<br>Philadelphia, PA  19101-0601 |
| Cybage Software Private Limited<br>Attn: Sai Balaji Varma<br>Survey no: 13A/1+2+3/1<br>Vadgaon Sheri<br>Pune, Maharashtra  411014 | Delaware Office of the Attorney General<br>Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE  19801 |
| Delaware Secretary of State<br>Division of Corporations<br>Franchise Tax<br>PO Box 898<br>Dover, DE  19903 | Delaware State Treasury<br>820 Silver Lake Blvd.<br>Suite 110<br>Dover, DE  19904 |

120765500.v1

Digital Realty Trust, LP dba Telx Atlanta 2, LLC
Attn: Jeff Goode
PO Box 419729
Boston, MA  02241-9729

Discovery Communications, Inc.
Attn: Ryan Hammonds
PO Box 79971
Baltimore, MD  21279

Elemental Technologies LLC
Attn: Charles Brau
1320 SW Broadway, Suite 400
Portland, OR  97201

EPB Fiber Optics
Attn: Katie Espeseth
10 West M L King Blvd.
Chattanooga, TN  37402

Fox News Network, LLC
Attn: Indira Kunhegyesi
1211 Avenue of the Americas
2nd Floor
New York, NY  10036

GlobeCast America, Inc
Attn: Kathryn Chittenden
10525 West Washington Blvd.
Culver City, CA  90232

GuidePoint Security LLC
Attn: Bryan Orme
PO Box 742788
Atlanta, GA  30374-2788

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

Kovarus, Inc.
Attn: Michelle Gomez
PO Box 396039
San Francisco, CA  94139-6039

KPMG, LLP
Attn: Sarah North
PO Box 120922
Dept. 0922
Dallas, TX  75312-0922

Kwan Intellectual Property Law
Attn: Audrey Kwan
2000 Hearst Ave., Ste 305
Berkeley, CA  94709

Level 3 Communications, LLC
PO Box 910182
Denver, CO  80291-0182

Loma Alta Holdings, Inc.
Attn: Mark McGourty
2000 Crow Canyon Place Suite 250
San Ramon, CA  94583

MPEGLA
8101 E. Prentice Avenue, Suite 900
Greenwood Village, CO  80111

120765500.v1

| | |
|---|---|
| MTV Networks<br>Matthew Borkowsky<br>70619 Networks Place<br>Chicago, IL  60673-1706 | NTT Global Data Centers Americas dba RagingWire<br>Attn: Isabel Ebner<br>PO Box 348060<br>Sacramento, CA  95834 |
| Office of the United States Attorney for the District of Delaware<br>c/o U.S. Attorney's Office<br>Hercules Building<br>1313 N. Market Street<br>Wilmington, DE  19801 | Office of the United States Trustee for the District of Delaware<br>Benjamin A. Hackman<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801 |
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood City, CA  94065 | Oracle America, Inc.<br>c/o Buchalter, a Professional Corporation<br>Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, CA  94105-3493 |
| Pachulski Stang Ziehl & Jones LLP<br>D. Grassgreen, M. Litvak, N.Hong, J. Rosell<br>150 California St., 15th Floor<br>San Francisco, CA  94111-4500 | Persistent Systems, Inc.<br>Attn: Ninad Sarwate<br>2055 Laurel Wood Rd.<br>Suite 210<br>Santa Clara, CA  95054 |
| Rackspace<br>Attn: Jeff Conrad<br>PO Box 730759<br>Dallas, TX  75373-0759 | Rovi Guides, Inc.<br>Attn: Karen Bullock<br>PO Box 202624<br>Dallas, TX  75320-2624 |
| RPX Corporation<br>Attn: Anne Abramowitz<br>Four Embarcadero Center Suite 4000<br>San Francisco, CA  94111 | Securities & Exchange Commission<br>New York Regional Office<br>Attn:  Andrew Calamari, Regional Director<br>200 Vesey Street Suite 400<br>New York, NY  10281-1022 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC  20549 | Silicon Valley Bank<br>c/o Ashby & Geddes, PA<br>Attn: Gregory A Taylor & Katharina Earle<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE  19899-1150 |

120765500.v1

Silicon Valley Bank
c/o Morrison & Foerster LLP
Attn: Benjamin Butterfield
250 West 55th Street
New York, NY  10019-9601

Silicon Valley Bank
c/o Morrison & Foerster LLP
Attn: Alexander G. Rheaume
John Hancock Tower
200 Clarendon Street, Floor 20
Boston, MA  02116

Silicon Valley Bank
Attn: Jayne Tang
3003 Tasman Drive
Santa Clara, CA  95054

State of Arizona
Office of The Attorney General
2005 N Central Ave
Phoenix, AZ  85004

State of Arizona
Arizona Department of Revenue
PO Box 29085
Phoenix, AZ  85038

State of California
Office of The Attorney General
PO Box 944255
Sacramento, CA  94244-2550

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA  94257-0531

State of California
State Board of Equalization
California Department of Tax and Fee Administration
PO Box 942879
Sacramento, CA  94279-6001

State of California
State Board of Equalization
450 N Street, Mic:121
Sacramento, CA  94279-0121

State of Colorado
Colorado Department of Revenue
Taxation Division
1375 Sherman St.
Denver, CO  80203

State of Colorado
Office of The Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver, CO  80203

State of Connecticut
Departmnet of Revenue Services
450 Columbus Blvd., Ste 1
Hartford, CT  06103

State of Connecticut
Office of The Attorney General
55 Elm St
Hartford, CT  06106

State of Georgia
Office of The Attorney General
40 Capitol Sq Sw
Atlanta, GA  30334

120765500.v1

| | |
|---|---|
| State of Georgia<br>Georgia Department of Revenue<br>PO Box 740321<br>Atlanta, GA 30374-0321 | State of Kansas<br>Kansas Department of Revenue<br>Scott State Office Building<br>120 Se 10Th Ave.<br>Topeka, KS 66612-1588 |
| State of Kansas<br>Office of The Attorney General<br>120 SW 10Th Ave, 2nd Fl<br>Topeka, KS 66612 | State of Louisiana<br>Dept of Revenue<br>617 North Third St<br>Baton Rouge, LA 70802 |
| State of Louisiana<br>Office of The Attorney General<br>1885 N. Third St<br>Baton Rouge, LA 70802 | State of Massachusetts<br>Massachusetts Department of Revenue<br>100 Cambridge Street<br>Boston, MA 02114 |
| State of Massachusetts<br>Office of The Attorney General<br>1 Ashburton Place, 20Th Floor<br>Boston, MS 02108 | State of New Hampshire<br>Office of The Attorney General<br>Nh Department Of Justice<br>33 Capitol St.<br>Concord, NH 03301 |
| State of New Hampshire<br>Department of Revenue Admin.<br>Governor Hugh Gallen State Office Park<br>109 Pleasant Street<br>Concord, NH 03301 | State of New Jersey<br>New Jersey Division of Taxation<br>Revenue Processing Center<br>PO Box 281<br>Trenton, NJ 08695-0281 |
| State of New Jersey<br>Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8Th Fl, West Wing<br>Trenton, NJ 08611 | State of New York<br>Dept. of Taxation And Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| State of New York<br>Office of The Attorney General<br>The Capitol<br>2nd Floor<br>Albany, NY 12224 | State of Oregon<br>Oregon Dept of Revenue<br>PO Box 14730<br>Salem, OR 97309-0464 |

State of Oregon
Oregon Dept of Revenue
955 Center St NE
Salem, OR  97301-2555

State of Oregon
Office of The Attorney General
1162 Court St Ne
Salem, OR  97301

State of Texas
Texas Comptroller of Pub. Accounts
PO Box 13528
Capitol Station
Austin, TX  78711-3528

State of Texas
Office of The Attorney General
300 W. 15Th St
Austin, TX  78701

State of Utah
Office of The Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT  84114

State of Utah
Office of The Attorney General, Sean D. Reyes
State Capitol, Room 236
Salt Lake City, UT  84114

State of Utah
Utah State Tax Commission
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134-0700

T-Mobile USA, Inc. and TVN Ventures, LLC
c/o Alston & Bird LLP
Attn: William S Sugden & Jacob Johnson
One Atlantic Center
1201 West Peachtree Street Suite 4900
Atlanta, GA  30309

T-Mobile USA, Inc. and TVN Ventures, LLC
c/o Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L Morton & Kenneth J Enos
1000 North King Street
Wilmington, DE  19801

Telia Carrier U.S. Inc.
Attn: Michelle Pritchett
Lock Box #4966
4966 Paysphere Circle
Chicago, IL  60674

Tringapps Inc
Attn: Karthik Kumaraswamy
551 5th Ave., Suite 630
New York, NY  10176

TVN Ventures, LLC
c/o Alston & Bird
Attn: Will Sugden and Jacob Johnson
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta, GA  30309

ValueLabs, Inc.
Attn Ramchandran Manjeri
3235, Satellite Blvd, Building 400
Suite 300
Duluth, GA  30096

120765500.v1