# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 2, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Bid Procedures Order** (Docket No. 139)

In addition to the method of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 5, 2021

                                                                                              James Nguyen-Phan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of April, 2021, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A&E Television Networks, LLC | Attn: Nicole Muzzio | 111 8th Avenue | | New York | NY | 10011 |
| Comcast Cable Communications, LLC | | PO Box 37601 | | Philadelphia | PA | 19101-0601 |
| Elemental Technologies LLC | Attn: Charles Brau | 1320 SW Broadway, Suite 400 | | Portland | OR | 97201 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| NTT Global Data Centers Americas, Inc. fka RagingWire Data Centers | c/o Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo | 55 Second Street, 17th Floor | San Francisco | CA | 94105-3493 |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N. Market Street | Wilmington | DE | 19801 |
| Oracle America, Inc. | | 500 Oracle Parkway | | Redwood City | CA | 94065 |
| Securities & Exchange Commission | New York Regional Office | Attn:  Andrew Calamari, Regional Director | 200 Vesey Street Suite 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 |
| State of Arizona | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 |
| State of California | Franchise Tax Board | PO Box 942857 | | Sacramento | CA | 94257-0531 |
| State of California | Office of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| State of California | State Board of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 |
| State of California | State Board of Equalization | California Department of Tax and Fee Administration | PO Box 942879 | Sacramento | CA | 94279-6001 |
| State of Connecticut | Departmnet of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 |
| State of Georgia | Georgia Department of Revenue | PO Box  740321 | | Atlanta | GA | 30374-0321 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State of Louisiana | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 |
| State of Massachusetts | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 02114 |
| State of New Hampshire | Department of Revenue Admin. | Governor Hugh Gallen State Office Park | 109 Pleasant Street | Concord | NH | 03301 |
| State of New Jersey | New Jersey Division of Taxation | Revenue Processing Center | PO Box 281 | Trenton | NJ | 08695-0281 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 |
| State of New York | Dept. of Taxation And Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 |
| State of Oregon | Oregon Dept of Revenue | PO Box 14730 | | Salem | OR | 97309-0464 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State of Texas | Texas Comptroller of Pub. Accounts | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 |
| State of Utah | Utah State Tax Commission | Utah State Tax Commission | 210 North 1950 West | Salt Lake City | UT | 84134-0700 |
| ValueLabs, Inc. | Attn Ramchandran Manjeri | 3235, Satellite Blvd, Building 400 | Suite 300 | Duluth | GA | 30096 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 1

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABC Cable Networks Group | Attn: Robert Skinnon | | Robert.T.Skinnon@disney.espn.com |
| Ally Bank | c/o McGuire Woods LLP | Attn: Kenneth E Noble, Kristin C Wigness, & Ha Young Chung | knoble@mcguirewoods.com hchung@mcguirewoods.com kwigness@mcguirewoods.com |
| Ally Bank | c/o Richards, Layton & Finger, PA | Attn: John H Knight & David T Queroli | knight@rlf.com queroli@rlf.com |
| Ally Bank | c/o Richards, Layton & Finger, PA. | | knight@rlf.com queroli@rlf.com |
| Amino Technologies (US) LLC | Attn: Jonny McKee | | jonathan.mckee@amino.tv |
| Ateme | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |
| Ateme | c/o Ropers Majeski PC | Attn: Steven G. Polard | steven.polard@ropers.com |
| ATEME, INC. | Attn: Alexis Phienboupha & Ray Fitzgerald | | a.phienboupha@ateme.com r.fitzgerald@ateme.com |
| BEAR Cloud Technologies Inc | Attn: Donald James Jr. | | finance@bearcloudtech.com |
| BEAR Cloud Technologies, Inc. | Attn: Don James | | dj@bearcloudtech.com |
| Comcast Cable Communications Management, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Cybage Software Private Limited | Attn: Sai Balaji Varma | | saiv@cybage.com |
| Delaware Office of the Attorney General | Department of Justice | | Attorney.General@state.DE.US |
| Delaware Secretary of State | Division of Corporations | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Digital Realty Trust, LP dba Telx Atlanta 2, LLC | Attn: Jeff Goode | | jgoode@digitalrealty.com |
| Discovery Communications, Inc. | Attn: Ryan Hammonds | | ryan_hammonds@discovery.com |
| Elemental Technologies LLC | Attn: Charles Brau | | charbrau@elemental.com |
| EPB Fiber Optics | Attn: Katie Espeseth | | espesethkg@epb.net |
| Fox News Network, LLC | Attn: Indira Kunhegyesi | | indira.kunhegyesi@foxnews.com |
| GlobeCast America, Inc | Attn: Kathryn Chittenden | | kathryn.chittenden@globecastna.com |
| GuidePoint Security LLC | Attn: Bryan Orme | | bryan.orme@guidepointsecurity.com |
| Kovarus, Inc. | Attn: Michelle Gomez | | mgomez@kovarus.com |
| KPMG, LLP | Attn: Sarah North | | snorth@kpmg.com |
| Kwan Intellectual Property Law | Attn: Audrey Kwan | | akwan@kwanip.com |
| Level 3 Communications, LLC | | | billing@centurylink.com |
| Loma Alta Holdings, Inc. | Attn: Mark McGourty | | mmcgourty@kovarus.com |
| MPEGLA | | | licensing-web@mpegla.com |
| MTV Networks | Matthew Borkowsky | | Matthew.Borkowsky@viacom.com |
| NTT Global Data Centers Americas dba RagingWire | Attn: Isabel Ebner | | iebner@ragingwire.com legal@ragingwire.com |
| Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Gordon E Gouveia | ggouveia@foxrothschild.com |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Michael A Sweet | msweet@foxrothschild.com |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Seth A Niederman | sniederman@foxrothschild.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 2



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | D. Grassgreen, M. Litvak, N.Hong, J. Rosell | | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>nhong@pszjlaw.com<br>jrosell@pszjlaw.com |
| Persistent Systems, Inc. | Attn: Ninad Sarwate | | ninad_sarwate@persistent.com |
| Rackspace | Attn: Jeff Conrad | | jconrad@rackspace.com |
| Rovi Guides, Inc. | Attn: Karen Bullock | | melissa.mefford@xperi.com |
| RPX Corporation | Attn: Anne Abramowitz | | aabramowitz@rpxcorp.com<br>legal@rpxcorp.com |
| Silicon Valley Bank | Attn: Jayne Tang | | jtang@svb.com |
| Silicon Valley Bank | c/o Ashby & Geddes, PA | Attn: Gregory A Taylor & Katharina Earle | gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Alexander G. Rheaume | arheaume@mofo.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin Butterfield | bbutterfield@mofo.com |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Colorado | Colorado Department of Revenue | | DOR_TaxpayerService@state.co.us |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Kansas | Kansas Department of Revenue | | KDOR_tac@ks.gov |
| State of Kansas | Office of The Attorney General | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Office of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Massachusetts | Office of The Attorney General | | ago@state.ma.us |
| State of New Hampshire | Office of The Attorney General | NH Department of Justice | attorneygeneral@doj.nh.gov |
| State of Oregon | Oregon Dept of Revenue | | DOR_DL_bnktechtm@oregon.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| Telia Carrier U.S. Inc. | Attn: Michelle Pritchett | | michelle.pritchett@teliacompany.com<br>brian.mchugh@teliacompany.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Alston & Bird LLP | Attn: William S Sugden & Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton & Kenneth J Enos | bankfilings@ycst.com<br>emorton@ycst.com<br>kenos@ycst.com |
| Tringapps Inc | Attn: Karthik Kumaraswamy | | karthik.kumaraswamy@tringapps.com |
| TVN Ventures, LLC | c/o Alston & Bird | Attn: Will Sugden and Jacob Johnson | will.sugden@alston.com<br>Jacob.johnson@alston.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 2