**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-10457 (LSS) |
| Debtors. | Jointly Administered |

**<u>AFFIDAVIT OF SERVICE</u>**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 5, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **<u>Exhibit A</u>**, via facsimile on the service list attached hereto as **<u>Exhibit B</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit C</u>**:

- **Notice of Filing of Amended Key Employee Incentive Plan** (Docket No. 143)

- **Declaration of Bill Routt in Support of Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees** (Docket No. 144)

- **Supplemental Declaration of Dewey Imhoff in Support of Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees** (Docket No. 145)

- **Declaration of Christopher R. Lewand in Support of Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees** (Docket No. 146)

- **Debtors' Motion for Entry of Order Authorizing Debtors to File Under Seal Notice of Filing of Amended Key Employee Incentive Plan and Declarations in Support Thereof** (Docket No. 147)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

- **Notice of Agenda for Hearing Scheduled for April 7, 2021 at 2:00 p.m. (Prevailing Eastern Time), Before the Honorable Laurie Selber Silverstein Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington Delaware 19801** (Docket No. 148)

    In addition to the method of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: April 5, 2021

James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of April, 2021, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A&E Television Networks LLC | Attn: Nicole Muzzio | 111 8th Avenue | | New York | NY | 10011 |
| ABC Cable Networks Group | Attn:  Robert Skinnon | PO Box 732550 | | Dallas | TX | 75373-2550 |
| Amino Technologies (US) LLC | Attn: Jonny McKee | 20823 Stevens Creek Blvd Ste 400 | | Cupertino | CA | 95014 |
| ATEME INC. | Attn: A Phienboupha & R Fitzgerald | 750 W. Hampden Avenue Suite 290 | | Englewood | CO | 80110 |
| BEAR Cloud Technologies Inc | Attn: Donald James Jr. | 1160 Battery Street East Suite 110 | | San Francisco | CA | 94111 |
| BEAR Cloud Technologies Inc. | Attn: Don James | PO BOX 37 | Finance | Bakersfield | CA | 93302 |
| Comcast Cable Communications LLC | | PO Box 37601 | | Philadelphia | PA | 19101-0601 |
| Cybage Software Private Limited | Attn: Sai Balaji Varma | Survey no: 13A/1+2+3/1 | Vadgaon Sheri | Pune | MH | 411014 |
| Digital Realty Trust Telx Atlanta 2 | Attn: Jeff Goode | PO Box 419729 | | Boston | MA | 02241-9729 |
| Discovery Communications Inc. | Attn: Ryan Hammonds | PO Box 79971 | | Baltimore | MD | 21279 |
| Elemental Technologies LLC | Attn: Charles Brau | 1320 SW Broadway Suite 400 | | Portland | OR | 97201 |
| EPB Fiber Optics | Attn: Katie Espeseth | 10 West M L King Blvd. | | Chattanooga | TN | 37402 |
| Fox News Network LLC | Attn: Indira Kunhegyesi | 1211 Ave of the Americas 2nd Floor | | New York | NY | 10036 |
| GlobeCast America Inc | Attn: Kathryn Chittenden | 10525 West Washington Blvd. | | Culver City | CA | 90232 |
| GuidePoint Security LLC | Attn: Bryan Orme | PO Box 742788 | | Atlanta | GA | 30374-2788 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kovarus Inc. | Attn: Michelle Gomez | PO Box 396039 | | San Francisco | CA | 94139-6039 |
| KPMG LLP | Attn: Sarah North | PO Box 120922 | Dept. 0922 | Dallas | TX | 75312-0922 |
| Kwan Intellectual Property Law | Attn: Audrey Kwan | 2000 Hearst Ave. Ste 305 | | Berkeley | CA | 94709 |
| Level 3 Communications LLC | | PO Box 910182 | | Denver | CO | 80291-0182 |
| Loma Alta Holdings Inc. | Attn: Mark McGourty | 2000 Crow Canyon Place Suite 250 | | San Ramon | CA | 94583 |
| MTV Networks | Matthew Borkowsky | 70619 Networks Place | | Chicago | IL | 60673-1706 |
| NTT Global Data Americas RagingWire | Attn: Isabel Ebner | PO Box 348060 | | Sacramento | CA | 95834 |
| NTT Global Data Centers Americas | c/o Buchalter a Professional Corp | 55 Second Street 17th Floor | Attn: Valerie Bantner Peo | San Francisco | CA | 94105-3493 |
| Office of US Attorney District DE | c/o U.S. Attorney's Office | 1313 N. Market Street | Hercules Building | Wilmington | DE | 19801 |
| Office of US Trustee District of DE | Benjamin A. Hackman | 844 King Street Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Oracle America Inc. | | 500 Oracle Parkway | | Redwood City | CA | 94065 |
| Persistent Systems Inc. | Attn: Ninad Sarwate | 2055 Laurel Wood Rd Suite 210 | | Santa Clara | CA | 95054 |
| Rackspace | Attn: Jeff Conrad | PO Box 730759 | | Dallas | TX | 75373-0759 |
| Rovi Guides Inc. | Attn: Karen Bullock | PO Box 202624 | | Dallas | TX | 75320-2624 |
| RPX Corporation | Attn: Anne Abramowitz | Four Embarcadero Center Suite 4000 | | San Francisco | CA | 94105 |
| Securities & Exchange Commission | New York Regional Office | 200 Vesey Street Suite 400 | Andrew Calamari Regional Director | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20549 |
| Silicon Valley Bank | Attn: Jayne Tang | 3003 Tasman Drive | | Santa Clara | CA | 95054 |
| State of Arizona | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 |
| State of California | Franchise Tax Board | PO Box 942857 | | Sacramento | CA | 94257-0531 |
| State of California | State Board of Equalization | PO Box 942879 | CA Dept of Tax & Fee Administration | Sacramento | CA | 94279-6001 |
| State of Colorado | Colorado Department of Revenue | 1375 Sherman St. | Taxation Division | Denver | CO | 80203 |
| State of Connecticut | Departmnet of Revenue Services | 450 Columbus Blvd. Ste 1 | | Hartford | CT | 06103 |
| State of Connecticut | Office of The Attorney General | 55 Elm St | | Hartford | CT | 06106 |
| State of Georgia | Georgia Department of Revenue | PO Box  740321 | | Atlanta | GA | 30374-0321 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State of Louisiana | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 2



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| State of Massachusetts | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 02114 |
| State of Massachusetts | Office of The Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MS | 02108 |
| State of New Hampshire | Department of Revenue Admin. | 109 Pleasant Street | Gvnr Hugh Gallen State Office Park | Concord | NH | 03301 |
| State of New Jersey | New Jersey Division of Taxation | PO Box 281 | Revenue Processing Center | Trenton | NJ | 08695-0281 |
| State of New York | Dept. of Taxation And Finance | PO Box 5300 | Bankruptcy Section | Albany | NY | 12205-0300 |
| State of Oregon | Oregon Dept of Revenue | 955 Center St NE | | Salem | OR | 97301-2555 |
| State of Texas | Texas Comptroller of Pub. Accounts | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 |
| State of Utah | Office of The AG Sean D. Reyes | State Capitol Room 236 | | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 |
| Telia Carrier U.S. Inc. | Attn: Michelle Pritchett | 4966 Paysphere Circle | Lock Box #4966 | Chicago | IL | 60674 |
| Tringapps Inc | Attn: Karthik Kumaraswamy | 551 5th Ave. Suite 630 | | New York | NY | 10176 |
| TVN Ventures LLC | c/o Alston & Bird | One Atlantic Center | 1201 West Peachtree St Ste 4900 | Atlanta | GA | 30309 |
| ValueLabs Inc. | Attn Ramchandran Manjeri | 3235 Satellite Blvd Bldg400 Ste 300 | | Duluth | GA | 30096 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 2

# **Exhibit B**



# Exhibit B
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ateme | c/o Ropers Majeski PC | Attn: Steven G. Polard | 213-312-2001 |
| Internal Revenue Service | Centralized Insolvency Operation | | 267-941-1015 |
| NTT Global Data Centers Americas, Inc. fka RagingWire Data Centers | c/o Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo | 415-227-0770 |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | | 302-573-6220 |
| Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | | 302-573-6497 |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | 415-227-0770 |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Alexander G. Rheaume | 617-830-0142 |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin Butterfield | 212-468-7900 |
| State of Colorado | Colorado Department of Revenue | Taxation Division | 303-205-2376 |
| State of Connecticut | Office of The Attorney General | | 860-808-5387 |
| State of Georgia | Office of The Attorney General | | 404-657-8733 |
| State of Utah | Office of The Attorney General | | 801-538-1121 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | 801-538-1121 |
| Ally Bank | c/o McGuire Woods LLP | Attn: Kenneth E Noble, Kristin C Wigness, & Ha Young Chung | 212-548-2150 |
| Ally Bank | c/o Richards, Layton & Finger, PA | Attn: John H Knight & David T Queroli | 302-651-7701 |
| Ally Bank | c/o Richards, Layton & Finger, PA. | | 302-651-7701 |
| Ateme | c/o Morris James LLP | Attn: Carl N. Kunz, III | 302-571-1750 |
| Comcast Cable Communications Management, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | 302-252-4466 |
| Delaware Office of the Attorney General | Department of Justice | | 302-577-6630 |
| Delaware Secretary of State | Division of Corporations | | 302-739-5831 |
| Delaware State Treasury | | | 302-739-5635 |
| MPEGLA | | | 303-331-1879 |
| Silicon Valley Bank | c/o Ashby & Geddes, PA | Attn: Gregory A Taylor & Katharina Earle | 302-654-2067 |
| State of Arizona | Office of The Attorney General | | 602-542-4085 |
| State of California | Office of The Attorney General | | 916-323-5341 |
| State of California | State Board of Equalization | | 916-324-2586 |
| State of Colorado | Office of The Attorney General | | 720-508-6030 |
| State of Kansas | Kansas Department of Revenue | | 785-291-3614 |
| State of Kansas | Office of The Attorney General | | 785-296-6296 |
| State of Louisiana | Office of The Attorney General | | 225-326-6797 |
| State of New Hampshire | Office of The Attorney General | Nh Department Of Justice | 603-271-2110 |
| State of New Jersey | Office of The Attorney General | | 609-292-3508 |
| State of New York | Office of The Attorney General | | 866-413-1069 |
| State of Oregon | Office of The Attorney General | | 503-378-4017 |
| State of Texas | Office of The Attorney General | | 512-475-2994 |
| State of Utah | Utah State Tax Commission | Utah State Tax Commission | 801-297-3709 801-297-3802 |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Alston & Bird LLP | Attn: William S Sugden & Jacob Johnson | 404-253-8298 |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton & Kenneth J Enos | 302-571-1253 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABC Cable Networks Group | Attn:  Robert Skinnon | | Robert.T.Skinnon@disney.espn.com |
| Ally Bank | c/o McGuire Woods LLP | Attn: Kenneth E Noble, Kristin C Wigness, & Ha Young Chung | knoble@mcguirewoods.com<br>hchung@mcguirewoods.com<br>kwigness@mcguirewoods.com |
| Ally Bank | c/o Richards, Layton & Finger, PA | Attn: John H Knight & David T Queroli | knight@rlf.com<br>queroli@rlf.com |
| Ally Bank | c/o Richards, Layton & Finger, PA. | | knight@rlf.com<br>queroli@rlf.com |
| Amino Technologies (US) LLC | Attn: Jonny McKee | | jonathan.mckee@amino.tv |
| Ateme | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |
| Ateme | c/o Ropers Majeski PC | Attn: Steven G. Polard | steven.polard@ropers.com |
| ATEME, INC. | Attn: Alexis Phienboupha & Ray Fitzgerald | | a.phienboupha@ateme.com<br>r.fitzgerald@ateme.com |
| BEAR Cloud Technologies Inc | Attn: Donald James Jr. | | finance@bearcloudtech.com |
| BEAR Cloud Technologies, Inc. | Attn: Don James | | dj@bearcloudtech.com |
| Comcast Cable Communications Management, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Cybage Software Private Limited | Attn: Sai Balaji Varma | | saiv@cybage.com |
| Delaware Office of the Attorney General | Department of Justice | | Attorney.General@state.DE.US |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Digital Realty Trust, LP dba Telx Atlanta 2, LLC | Attn: Jeff Goode | | jgoode@digitalrealty.com |
| Discovery Communications, Inc. | Attn: Ryan Hammonds | | ryan_hammonds@discovery.com |
| Elemental Technologies LLC | Attn: Charles Brau | | charbrau@elemental.com |
| EPB Fiber Optics | Attn: Katie Espeseth | | espesethkg@epb.net |
| Fox News Network, LLC | Attn: Indira Kunhegyesi | | indira.kunhegyesi@foxnews.com |
| GlobeCast America, Inc | Attn: Kathryn Chittenden | | kathryn.chittenden@globecastna.com |
| GuidePoint Security LLC | Attn: Bryan Orme | | bryan.orme@guidepointsecurity.com |
| Kovarus, Inc. | Attn: Michelle Gomez | | mgomez@kovarus.com |
| KPMG, LLP | Attn: Sarah North | | snorth@kpmg.com |
| Kwan Intellectual Property Law | Attn: Audrey Kwan | | akwan@kwanip.com |
| Level 3 Communications, LLC | | | billing@centurylink.com |
| Loma Alta Holdings, Inc. | Attn: Mark McGourty | | mmcgourty@kovarus.com |
| MPEGLA | | | licensing-web@mpegla.com |
| MTV Networks | Matthew Borkowsky | | Matthew.Borkowsky@viacom.com |
| NTT Global Data Centers Americas dba RagingWire | Attn: Isabel Ebner | | iebner@ragingwire.com<br>legal@ragingwire.com |
| NTT Global Data Centers Americas, Inc. fka RagingWire Data Centers | c/o Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Gordon E Gouveia | ggouveia@foxrothschild.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 2

 STRETTO

## Exhibit C
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Michael A Sweet | msweet@foxrothschild.com |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Seth A Niederman | sniederman@foxrothschild.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pachulski Stang Ziehl & Jones LLP | D. Grassgreen, M. Litvak, N.Hong, J. Rosell | | dgrassgreen@pszjlaw.com mlitvak@pszjlaw.com nhong@pszjlaw.com jrosell@pszjlaw.com |
| Persistent Systems, Inc. | Attn: Ninad Sarwate | | ninad_sarwate@persistent.com |
| Rackspace | Attn: Jeff Conrad | | jconrad@rackspace.com |
| Rovi Guides, Inc. | Attn: Karen Bullock | | melissa.mefford@xperi.com |
| RPX Corporation | Attn: Anne Abramowitz | | aabramowitz@rpxcorp.com legal@rpxcorp.com |
| Silicon Valley Bank | Attn: Jayne Tang | | jtang@svb.com |
| Silicon Valley Bank | c/o Ashby & Geddes, PA | Attn: Gregory A Taylor & Katharina Earle | gtaylor@ashbygeddes.com kearle@ashbygeddes.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Alexander G. Rheaume | arheaume@mofo.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin Butterfield | bbutterfield@mofo.com |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Colorado | Colorado Department of Revenue | Taxation Division | DOR_TaxpayerService@state.co.us |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Kansas | Kansas Department of Revenue | | KDOR_tac@ks.gov |
| State of Kansas | Office of The Attorney General | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Office of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Massachusetts | Office of The Attorney General | | ago@state.ma.us |
| State of New Hampshire | Office of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State of Oregon | Oregon Dept of Revenue | | DOR_DL_bnktechtm@oregon.gov |
| State of Oregon | Oregon Dept of Revenue | | DOR_DL_bnktechtm@oregon.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| Telia Carrier U.S. Inc. | Attn: Michelle Pritchett | | michelle.pritchett@teliacompany.com brian.mchugh@teliacompany.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Alston & Bird LLP | Attn: William S Sugden & Jacob Johnson | will.sugden@alston.com jacob.johnson@alston.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton & Kenneth J Enos | bankfilings@ycst.com emorton@ycst.com kenos@ycst.com |
| Tringapps Inc | Attn: Karthik Kumaraswamy | | karthik.kumaraswamy@tringapps.com |
| TVN Ventures, LLC | c/o Alston & Bird | Attn: Will Sugden and Jacob Johnson | will.sugden@alston.com Jacob.johnson@alston.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 2