# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 8th day of April, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, FREE AND CLEAR OF ALL ENCUMBRANCES, OTHER THAN ASSUMED LIABILITIES, AND SCHEDULING FINAL SALE HEARING RELATED THERETO**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

MobiTv 2002 Service List FCM
Case No. 21-10457 (LSS)
Document No. 233288v2
25—FIRST CLASS MAIL
55—EMAILS

(Counsel to the Debtor)
Pachulski Stang Ziehl & Jones LLP
Mary F. Caloway, Esq.
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899 (Courier 19801)
Email:  mcaloway@pszjlaw.com

**FIRST CLASS MAIL**
Office of the United States Attorney for the District of Delaware
c/o U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington. DE  19801

**FIRST CLASS MAIL**
State of Georgia
Office of The Attorney General
40 Capitol Sq. SW
Atlanta, GA  30334

**FIRST CLASS MAIL**
State of New Jersey
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

**FIRST CLASS MAIL**
State of Texas
Office of the Attorney General
300 W. 15th St
Austin, TX  78701

**FIRST CLASS MAIL**
State of Louisiana
Dept of Revenue
617 North Third St
Baton Rouge, LA 70802

**FIRST CLASS MAIL**
State of Massachusetts
Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA  02114

**FIRST CLASS MAIL**
State of New Hampshire
Department of Revenue Admin.
Governor Hugh Gallen State Office Park
109 Pleasant Street
Concord, NH  03301

**FIRST CLASS MAIL**
State of Louisiana
Office of the Attorney General
1885 N. Third St
Baton Rouge, LA  70802

**FIRST CLASS MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC  20549

**FIRST CLASS MAIL**
State of Connecticut
Department of Revenue Services
450 Columbus Blvd., Ste. 1
Hartford, CT  06103

**FIRST CLASS MAIL**
Securities & Exchange Commission
New York Regional Office
Attn:  Andrew Calamari, Regional Director
200 Vesey Street
Suite 400
New York, NY  10281-1022

*FIRST CLASS MAIL*
State of California
State Board of Equalization
450 N Street, Mic: 121
Sacramento, CA  94279-0121

*FIRST CLASS MAIL*
State of New York
Office of The Attorney General
The Capitol
2nd Floor
Albany, NY  12224

*FIRST CLASS MAIL*
State of Utah
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT  84134-0700

*FIRST CLASS MAIL*
State of Georgia
Georgia Department of Revenue
PO Box 740321
Atlanta, GA  30374-0321

*FIRST CLASS MAIL*
State of California
State Board of Equalization
California Department of Tax and Fee Administration
PO Box 942879
Sacramento, CA  94279-6001

*FIRST CLASS MAIL*
State of Arizona
Arizona Department of Revenue
PO Box 29085
Phoenix, AZ  85038

*FIRST CLASS MAIL*
State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA  94257-0531

*FIRST CLASS MAIL*
State of New York
Dept. of Taxation And Finance
Bankruptcy Section
PO Box 5300
Albany, NY  12205-0300

*FIRST CLASS MAIL*
State of New Jersey
New Jersey Division of Taxation
Revenue Processing Center
PO Box 281
Trenton, NJ  08695-0281

*FIRST CLASS MAIL*
State of Oregon
Oregon Dept. of Revenue
PO Box 14730
Salem, OR  97309-0464

*FIRST CLASS MAIL*
State of Texas
Texas Comptroller of Pub. Accounts
PO Box 13528
Capitol Station
Austin, TX  78711-3528

*FIRST CLASS MAIL*
State of California
Office of The Attorney General
PO Box 944255
Sacramento, CA  94244-2550

*ELECTRONIC MAIL*
(Proposed Counsel to the Debtor)
Pachulski Stang Ziehl & Jones LLP
Debra Grassgreen, Esq.
Max Litvak, Esq.
N. Hong, Esq.
Jason Rosell, Esq.
150 California St., 15th Floor
San Francisco, CA  94111-4500
Email:  dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
nhong@pszjlaw.com
jrosell@pszjlaw.com

*ELECTRONIC MAIL*
Office of the United States Trustee for the District of Delaware
Benjamin A. Hackman, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email:  benjamin.a.hackman@usdoj.gov

*ELECTRONIC MAIL*
(Counsel to the DIP Lender, TVN Ventures, LLC and T-Mobile USA, Inc.)
Alston & Bird
Will Sugden, Esq.
Jacob Johnson, Esq.
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta, GA  30309
Email:  will.sugden@alston.com
Jacob.johnson@alston.com

*ELECTRONIC MAIL*
(Counsel to TVN Ventures, LLC and T-Mobile USA, Inc.)
Young Conaway Stargatt & Taylor, LLP
Edmon L. Morton, Esq.
Kenneth J. Enos, Esq.
1000 North King Street
Wilmington, DE  19801
Email:  emorton@ycst.com
kenos@ycst.com
bankfilings@ycst.com

*ELECTRONIC MAIL*
(Counsel to the Prepetition Lender Ally Bank)
McGuirewoods LLP
Kenneth E. Noble, Esq.
Kristin C. Wigness, Esq.
Ha Young Chung, Esq.
1251 Avenue of the Americas 20th Floor
New York, NY  10020-1104
Email:  knoble@mcguirewoods.com
kwigness@mcguirewoods.com
hchung@mcguirewoods.com

*ELECTRONIC MAIL*
(Counsel to the Prepetition Lender Ally Bank)
Richards, Layton & Finger, PA
John H Knight, Esq.
David T Queroli, Esq.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email:  knight@rlf.com
queroli@rlf.com

**ELECTRONIC MAIL**
(Counsel for Silicon Valley Bank)
Morrison & Foerster LLP
Alexander G. Rheaume, Esq.
John Hancock Tower
200 Clarendon Street, Floor 20
Boston, MA 02116
Email: arheaume@mofo.com

**ELECTRONIC MAIL**
(Counsel for Silicon Valley Bank)
Morrison & Foerster LLP
Benjamin Butterfield, Esq.
250 West 55th Street
New York, NY  10019-9601
Email: bbutterfield@mofo.com

**ELECTRONIC MAIL**
(Counsel for Silicon Valley Bank)
Ashby & Geddes, P.A.
Gregory A. Taylor, Esq.
Katharina Earle, Esq.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150
Email: gtaylor@ashbygeddes.com
kearle@ashbygeddes.com

*ELECTRONIC MAIL*
Delaware Office of the Attorney General
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801
Email: attorney.general@state.de.us

*ELECTRONIC MAIL*
Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903
Email: dosdoc_bankruptcy@state.de.us

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd.
Suite 110
Dover, DE 19904
Email: statetreasurer@state.de.us

*ELECTRONIC MAIL*
GlobeCast America, Inc
Attn: Kathryn Chittenden
10525 West Washington Blvd.
Culver City, CA 90232
Email: kathryn.chittenden@globecastna.com

*ELECTRONIC MAIL*
State of Arizona
Office of The Attorney General
2005 N Central Ave
Phoenix, AZ 85004
Email: aginfo@azag.gov

*ELECTRONIC MAIL*
State of Colorado
Office of The Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Email: cora.request@coag.gov

*ELECTRONIC MAIL*
State of Colorado
Colorado Department of Revenue
Taxation Division
1375 Sherman St.
Denver, CO 80203
Email: DOR_TaxpayerService@state.co.us

*ELECTRONIC MAIL*
State of Connecticut
Office of The Attorney General
55 Elm St
Hartford, CT 06106
Email: attorney.general@ct.gov

*ELECTRONIC MAIL*
State of Kansas
Kansas Department of Revenue
Scott State Office Building
120 Se 10Th Ave.
Topeka, KS 66612-1588
Email: KDOR_tac@ks.gov

*ELECTRONIC MAIL*
State of Kansas
Office of The Attorney General
120 SW 10Th Ave, 2nd Fl
Topeka KS 66612
Email: derek.schmidt@ag.ks.gov

*ELECTRONIC MAIL*
ConstituentServices@ag.louisiana.gov
State of Massachusetts
Office of The Attorney General
1 Ashburton Place, 20Th Floor
Boston, MS 02108
Email: ago@state.ma.us

*ELECTRONIC MAIL*
State of New Hampshire
Office of The Attorney General
Nh Department Of Justice
33 Capitol St.
Concord, NH 03301
Email: attorneygeneral@doj.nh.gov

*ELECTRONIC MAIL*
State of Oregon
Oregon Dept of Revenue
955 Center St NE
Salem, OR 97301-2555
Email: questions.dor@oregon.gov

*ELECTRONIC MAIL*
State of Oregon
Office of The Attorney General
1162 Court St. NE
Salem, OR 97301
Email: ellen.rosenblum@dog.state.or.us

*ELECTRONIC MAIL*
State of Utah
Office of The Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT 84114
Email: uag@utah.gov

*ELECTRONIC MAIL*
State of Utah
Office of The Attorney General, Sean D. Reyes
State Capitol, Room 236
Salt Lake City, UT 84114
Email: uag@utah.gov

**ELECTRONIC MAIL**
(Counsel for Oracle America, Inc.)
Buchalter, a Professional Corporation
Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

*ELECTRONIC MAIL*
(Counsel for Ateme)
Carl N. Kunz, Esq.
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899-2306
Email: ckunz@morrisjames.com

*ELECTRONIC MAIL*
(Counsel for Ateme)
Steven G. Poland, Esq.
Ropers Majeski PC
445 South Figueroa Street
30th Floor
Los Angeles, CA 90071
Email: steven.polard@ropers.com

*ELECTRONIC MAIL*
*(Counsel to Silicon Valley Bank)*
Gregory A. Taylor, Esq.
Katharina Earle, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Email: gtaylor@ashbygeddes.com; kearle@ashbygeddes.com

*ELECTRONIC MAIL*
*(Counsel to Silicon Valley Bank)*
Alex Rheaume, Esq.
John Hancock Tower
MORRISON & FOERSTER LLP
200 Clarendon Street, Floor 20
Boston, MA 02116
Email: arheaume@mofo.com

*ELECTRONIC MAIL*
*(Counsel to Silicon Valley Bank)*
Benjamin Butterfield, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Email: bbutterfield@mofo.com

*ELECTRONIC MAIL*
(*Counsel to T-Mobile USA, Inc. and TVN Ventures, LLC)*
Edmon L. Morton, Esq.
Kenneth J. Enos, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: bankfilings@ycst.com; emorton@ycst.com; kenos@ycst.com

**ELECTRONIC MAIL**
(*Counsel to T-Mobile USA, Inc. and TVN Ventures, LLC*)
William S. Sugden, Esq.
Jacob Johnson, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA  30309
Email:  will.sugden@alston.com;
jacob.johnson@alston.com

**ELECTRONIC MAIL**
(*Counsel to Ally Bank*)
Kenneth E. Noble
Kristin C. Wigness
Ha Young Chung MCGUIREWOODS LLP
1251 Avenue of the Americas 20th Floor
New York, NY  10020-1104
Email: knoble@mcguirewoods.com;
kwigness@mcguirewoods.com;
hchung@mcguirewoods.com

**ELECTRONIC MAIL**
(*Counsel to Ally Bank*)
John H. Knight
David T. Queroli
RICHARDS, LA YTQN & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email: knight@rlf.com; queroli@rlf.com

**ELECTRONIC MAIL**
(*Counsel to Oracle America, Inc.*)
Shawn M. Christianson, Esq.
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
Email: schristianson@buchalter.com

**ELECTRONIC MAIL**
(*[Proposed] Counsel to the Official Committee of Unsecured Creditors*)
Seth A. Niederman, Esq.
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899
Email: sniederman@foxrothschild.com

**ELECTRONIC MAIL**
(*[Proposed] Counsel to the Official Committee of Unsecured Creditors*)
Michael A. Sweet
FOX ROTHSCHILD LLP
325 California St., Suite 2200
San Francisco, CA  94104-2670
Email:  msweet@foxrothschild.com

**ELECTRONIC MAIL**
(*[Proposed] Counsel to the Official Committee of Unsecured Creditors*)
Gordon E. Gouveia
FOX ROTHSCHILD LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
Email: ggouveia@foxrothschild.com

**ELECTRONIC MAIL**
(*Counsel to Comcast Cable Communications Management, LLC*)
Matthew G. Summers
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Email: summersm@ballardspahr.com