## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-10457 (LSS) |
| Debtors. | Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Dominic DiConti, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before April 7, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Telephonic Section 341 Meeting** (Docket No. 63)

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 71)

Dated: April 9, 2021

_____
Dominic DiConti

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of April, 2021, by Dominic DiConti, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Big Sky Venture Capital III, LLC | Attn: Christina Byron | PO Box 2462 | | | Truckee | CA | 96160-2462 |
| Ride Television Network, Inc. | Attn: Michael Fletcher | 2001 Beach St | Ste 201 | | Fort Worth | TX | 76103-2310 |
| T-Mobile USA | c/o MERU | Attn: Nick Campbell | 725 Ponce De Leon Ave NE | # 2 | Atlanta | GA | 30306-4329 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 1