## **EXHIBIT D**

**Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

**NOTICE OF DEADLINES FOR THE FILING OF
(I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT
PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE,
(II) ADMINISTRATIVE CLAIMS, AND (III) REJECTION DAMAGES CLAIMS**

> **THE CLAIMS BAR DATE IS JUNE 15, 2021**
>
> **THE GOVERNMENTAL CLAIMS BAR DATE IS AUGUST 30, 2021**
>
> **THE ADMINISTRATIVE CLAIMS BAR DATE IS JUNE 15, 2021**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Deadlines for Filing Proofs of Claim and Administrative Claims Arising Prior to the Administrative Claim Deadline***.  On [●], 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. __] (the "Bar Date Order") establishing certain dates by which parties holding prepetition claims against the above-captioned Debtors must file (a) proofs of claim ("Proofs of Claim"), including claims by governmental units, claims arising under section 503(b)(9) of the Bankruptcy Code, and Rejection Damages Claims, and (b) requests for payment of Administrative Claims (as defined herein) arising on or prior to the Administrative Claims Deadline (as defined herein).in the chapter 11 cases of MobiTV, Inc. and MobiTV Service Corporation (together, the "Debtors"):

***The Bar Dates***.  Pursuant to the Bar Date Order, ***all*** entities (except governmental units), including individuals, partnerships, corporations, joint ventures, estates, and trusts who have a claim or potential claim against the Debtors, that arose prior to March 1, 2021, no matter how remote or contingent such right to payment or equitable remedy may be, ***including*** requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **June 15, 2021, at 5:00 p.m., prevailing Eastern Time** (the "Claims Bar Date"). Governmental units who have a claim or potential claim against the Debtors that arose prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

be, MUST FILE A PROOF OF CLAIM on or before **August 30, 2021, at 5:00 p.m., prevailing Eastern Time** (the "Governmental Bar Date").

Administrative Claims Bar Date. Parties asserting Administrative Claims against the Debtors' estates arising on or prior to May 31, 2021 (the "Administrative Claims Deadline") (but excluding claims for fees and expenses of professionals retained in these proceedings), are required to file a request for payment of such Administrative Claim arising on or prior to the Administrative Claims Deadline with the Court on or before **June 15, 2021, at 5:00 p.m., prevailing Eastern Time** (the "Administrative Claims Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, OR WHO FAILS TO FILE WITH THE COURT AN ADMINISTRATIVE CLAIM ARISING ON OR PRIOR TO THE ADMINISTRATIVE CLAIMS DEADLINE, IN EACH CASE ON OR BEFORE THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

*Filing a Proof of Claim*. Each Proof of Claim must be filed, including supporting documentation, so as to be *actually received* by Stretto on or before the Claims Bar Date or the Governmental Bar Date (or, where applicable, on or before any other bar date as set forth herein or by order of the Court) either (1) electronically through the interface available at https://cases.stretto.com/MobiTV or (2) by first class, overnight U.S. mail, or by other hand delivery system at the following address: MobiTV Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. **PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

*Contents of Proofs of Claim*. Each Proof of Claim must: (i) be written in English; (ii) include a claim amount denominated in United States dollars; (iii) conform substantially with Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant.

*Supporting Documentation*. Each Proof of Claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and (d). If, however, such documentation is voluminous, upon prior written consent of Debtors' counsel, such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available;

*provided* that any creditor that received such written consent shall be required to transmit such writings to Debtors' counsel upon request no later than ten days from the date of such request.

| | |
|---|---|
| Dated: April ___, 2021<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>  */s/ Mary F. Caloway*<br>Debra I. Grassgreen (admitted *pro hac vice*)<br>Jason H. Rosell (admitted *pro hac vice*<br>Mary F. Caloway (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br>E-mail:  dgrassgreen@pszjlaw.com<br>            jrosell@pszjlaw.com<br>            mcaloway@pszjlaw.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |