# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re MobiTV, Inc., *et al.*  
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458  
Reporting Period: 03/01/2021 - 03/31/2021

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | Bank Rec Attestation |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | X | The company attests that it is current on all postpetition taxes |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Terri Stevens_  
Signature of Debtor

_4/20/2021_  
Date

_____  
Signature of Joint Debtor

_____  
Date

_____  
Signature of Authorized Individual*

_____  
Date

_____  
Printed Name of Authorized Individual

_____  
Title of Authorized Individual

In re MobiTV, Inc., et al.                                                                Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation               Reporting Period: 03/01/2021 - 03/31/2021

**Notes Regarding The Debtors' Monthly Operating Reports**

**Basis of Presentation.** The financial statements and information contained herein are unaudited and preliminary. The information furnished in this MOR uses the company's normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that were available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. The reporting period is March 1, 2021 through March 31, 2021 to accurately reflect quarterly disbursement information.

**Limitations.** The Debtors are filing their consolidated Monthly Operating Report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors Chapter 11 cases. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

**Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors rights or an admission with respect to their Chapter 11 cases.

**Intercompany Activity.** As set forth more fully in the Debtors Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships among each other, which results in intercompany receivables and payables (the "Intercompany Claims") arising from intercompany transactions (the "Intercompany Transactions"). The Debtors have attempted to identify all Intercompany Claims related to postpetition Intercompany Transactions, however many of the transactions do not involve any transfer of cash and may be difficult to identify. As such, certain errors may exist and adjustments in future reporting may be necessary.

**Liabilities Subject to Compromise.** Any amount classified as liabilities subject to compromise are estimates and are subject to future changes and adjustments.

In re MobiTV, Inc., et al.  
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458  
Reporting Period: 03/01/2021 - 03/31/2021

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Debtor Entity | | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---:|---:|---:|---:|
| | MobiTV Inc. | Mobi TV Service Corp | ACTUAL | ACTUAL |
| **CASH BEGINNING OF MONTH (1)** | $ 387,157 | $ 95 | $ 387,252 | $ 387,252 |
| | | | | |
| **RECEIPTS** | | | | |
| TOTAL RECEIPTS (2) | $ 6,921,082 | | $ 6,921,082 | $ 6,921,082 |
| | | | | |
| **DISBURSEMENTS** | | | | |
| EMPLOYEE COSTS | $ 1,393,490 | $ - | $ 1,393,490 | $ 1,393,490 |
| TELECOM, PLATFORM, & CIRCUIT | 326,521 | | 326,521 | 326,521 |
| CONTRACTORS | 154,928 | | 154,928 | 154,928 |
| DATA CENTER | 255,434 | | 255,434 | 255,434 |
| RENT | 90,310 | | 90,310 | 90,310 |
| OTHER | 11,920 | 160 | 12,080 | 12,080 |
| | | | | |
| TRANSFERS TO PROFESSIONAL FEE ESCROW (3) | 2,067,000 | | 2,067,000 | 2,067,000 |
| D&O INSURANCE | - | | - | - |
| KEIP / KERP PAYMENTS | - | | - | - |
| ACCRUED PTO | - | | - | - |
| CRITICAL VENDOR PAYMENTS | 30,445 | | 30,445 | 30,445 |
| U.S. TRUSTEE QUARTERLY FEES | - | | - | - |
| COURT COSTS | - | | - | - |
| **TOTAL DISBURSEMENTS(4)** | $ 4,330,048 | $ 160 | $ 4,330,207 | $ 4,330,207 |
| | | | | |
| NET CASH FLOW | $ 2,591,034 | $ (160) | $ 2,590,874 | $ 2,590,874 |
| (RECEIPTS LESS DISBURSEMENTS) | | | - | - |
| | | | | |
| **CASH - END OF MONTH** | $ 2,978,191 | $ (65) | $ 2,978,126 | $ 2,978,126 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 4,330,207 |
| LESS: PROFESSIONAL FEE ESCROW | (2,067,000) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 2,263,207 |

**Footnotes:**  
(1) Includes restricted cash of $365,000  
(2) Cash receipts include draws on DIP financing  
(3) Allocation of professional fees based on pro rata share of Total Receipts between Debtors  
(4) Total Disbursements is inclusive of professional fees escrowed and not yet disbursed

In re MobiTV, Inc., et al.  
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458  
Reporting Period: 03/01/2021 - 03/31/2021

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

In re MobiTV, Inc., et al.                                          Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation      Reporting Period: 03/01/2021 - 03/31/2021

## STATEMENT OF OPERATIONS
(Income Statement)

| REVENUES | Month: March 2021 MobiTV Service Corporation | Month: March 2021 MobiTV, Inc. | Cumulative Filing to Date |
|---|---|---|---|
| Gross Revenues | $ - | $ 1,273,956 | $ 1,273,956 |
| Net Revenue | $ - | $ 1,273,956 | $ 1,273,956 |
| **COST OF GOODS SOLD** | | | |
| Add: Purchases | $ - | $ 841,361 | $ 841,361 |
| Add: Cost of Labor | - | 443,662 | 443,662 |
| Cost of Goods Sold | - | 1,285,023 | 1,285,023 |
| Gross Profit | $ - | $ (11,067) | $ (11,067) |
| **OPERATING EXPENSES** | | | |
| Advertising | $ - | $ 12,305 | $ 12,305 |
| Employee Benefits Programs | - | 181,156 | 181,156 |
| Insider Compensation* | - | 90,155 | 90,155 |
| Insurance | - | 46,996 | 46,996 |
| Management Fees/Bonuses | - | 585,181 | 585,181 |
| Repairs and Maintenance | - | 40,758 | 40,758 |
| Rent and Lease Expense | - | 80,167 | 80,167 |
| Salaries/Commissions/Fees | 160 | 1,384,706 | 1,384,866 |
| Taxes - Payroll | - | 122,063 | 122,063 |
| Utilities | - | 19,018 | 19,018 |
| Total Operating Expenses Before Depreciation | 160 | 2,562,505 | 2,562,665 |
| Depreciation/Depletion/Amortization | - | 423,057 | 423,057 |
| Net Profit (Loss) Before Other Income & Expenses | $ (160) | $ (2,996,629) | $ (2,996,789) |
| **OTHER INCOME AND EXPENSES** | | | |
| Interest Expense | $ - | $ 426,050 | $ 426,050 |
| Other Expense (attach schedule) | - | 10,645 | 10,645 |
| Net Profit (Loss) Before Reorganization Items | $ (160) | $ (3,433,325) | $ (3,433,485) |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | $ - | $ 2,421,000 | $ 2,421,000 |
| Income Taxes | - | (15) | (15) |
| Net Profit (Loss) | $ (160) | $ (5,854,309) | $ (5,854,469) |

In re MobiTV, Inc., et al.  
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458  
Reporting Period: 03/01/2021 - 03/31/2021

## BALANCE SHEET

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ | 2,658,231 |
| Restricted Cash and Cash Equivalents | | 365,000 |
| Accounts Receivable (Net) | | 1,637,843 |
| Prepaid Expenses | | 2,426,433 |
| Professional Retainers | | 61,951 |
| *TOTAL CURRENT ASSETS* | $ | 7,149,459 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $ | - |
| Machinery and Equipment | | 24,491,059 |
| Furniture, Fixtures and Office Equipment | | 1,038,778 |
| Leasehold Improvements | | 612,939 |
| Software | | 35,072,414 |
| Less Accumulated Depreciation | | (54,376,718) |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 6,838,472 |
| **OTHER ASSETS** | | |
| Other Current Asset - Right to Use Asset LT | $ | 1,521,052 |
| Other Current Asset - Invsetment in India | | 1,870 |
| *TOTAL OTHER ASSETS* | $ | 1,522,922 |
| | | |
| **TOTAL ASSETS** | $ | **15,510,852** |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF CURRENT REPORTING MONTH |
|---|---|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $ | 251,577 |
| Taxes Payable (1) | | 5,000 |
| Notes Payable (DIP Loan) | | 5,367,000 |
| Professional Fees | | 0 |
| Other Postpetition Liabilities (2) | | 1,390,611 |
| *TOTAL POSTPETITION LIABILITIES* | $ | 7,014,188 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $ | 27,285,001 |
| Priority Debt | | 897,686 |
| Unsecured Debt | | 27,549,463 |
| *TOTAL PRE-PETITION LIABILITIES* | $ | 55,732,151 |
| | | |
| *TOTAL LIABILITIES* | $ | 62,746,339 |
| **OWNER EQUITY** | | |
| Capital Stock | $ | 52,993 |
| Additional Paid-In Capital | | 185,693,245 |
| Preferred Stock | | 128,999,572 |
| Retained Earnings - Pre-Petition | | (356,124,049) |
| Retained Earnings - Postpetition | | (5,857,247) |
| *NET OWNER EQUITY* | $ | (47,235,487) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | **15,510,852** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**
(1) Accrual of estimated business tax and franchise tax not yet invoiced
(2) Other Postpetition Liabilities includes the accrual of postpetition interest on prepetition loans and court-approved KERP amou

In re MobiTV, Inc., et al.                      Case No. 21-10457 and 21-10458

Debtors MobiTV, Inc. and MobiTV Service Corporation      Reporting Period: 03/01/2021 - 03/31/2021

## SUMMARY OF UNPAID POSTPETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 251,577 | $ - | $ - | $ - | $ - | $ 251,577 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable(1) | 5,000 | - | - | - | - | 5,000 |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Notes Payable (DIP Loan) | 5,367,000 | - | - | - | - | 5,367,000 |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: Compensation payable (2) | 582,937 | - | - | - | - | 582,937 |
| Other: 401K Payable | 54,385 | - | - | - | - | 54,385 |
| Other: Accruals | 142,745 | - | - | - | - | 142,745 |
| Other: Accruals - Tech Fee | 201,401 | - | - | - | - | 201,401 |
| Other: Accruals Interests (2) | 409,144 | - | - | - | - | 409,144 |
| **Total Postpetition Debts** | **$ 7,014,188** | $ - | $ - | $ - | $ - | **$ 7,014,188** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

**Footnotes:**
(1) Accrual of estimated business tax and franchise tax not yet invoiced
(2) Other Compensation includes the accrual of court-approved KERP amounts
(3) Interest Accrual includes postpetition accrual of interest on prepetition loans

In re MobiTV, Inc., et al.  
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458  
Reporting Period: 03/01/2021 - 03/31/2021

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $ 1,422,057 |
| + Amounts billed during the period | 1,003,834 |
| - Amounts collected during the period | 1,548,870 |
| **Total Accounts Receivable at the end of the reporting period** | **$ 877,020** |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | $ 751,117 |
| 31 - 60 days old (1) | (122,862) |
| 61 - 90 days old | 25,331 |
| 91+ days old | 223,434 |
| Total Accounts Receivable | 877,020 |
| Amount considered uncollectible (Bad Debt) | - |
| **Accounts Receivable (Net)** | **$ 877,020** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No | Explanation |
|---|:---:|:---:|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | x |  |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | x |  |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x |  |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x |  |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been provide the required documentation pursuant to the Delaware Local Rule 4001-3. | x |  | DIP Funding Account Created |

**Footnotes:**  
(1) Negative amount relates to a credit for customer overpayment

In re: MobiTV, Inc. and MobiTV Service Corporation, et al.

Form: MOR-1a
Case Numbers: 21-10457
21-10458
Reporting Period: 3/1/2021 – 3/31/2021
Federal Tax IDs:  94-3352422
46-1168357

**Bank Reconciliation Attestation**

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtor's bank accounts is reconciled to bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 31 days after the month end.

| /s/ Terri Stevens | April 20, 2021 |
|---|---|
| Signature of Authorized Individual | Date |

| Terri Stevens | Chief Financial Officer |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |