**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOBITV, Inc., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David J. Coyle of Shumaker, Loop & Kendrick, LLP to represent Buckeye Cablevision, Inc. in the above-referenced bankruptcy cases and any adversary proceedings related thereto.

Dated: April 19, 2021　　　　　　　　　　　　CONNOLLY GALLAGHER LLP
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen C. Bifferato*
　　　　　　　　　　　　　　　　　　　　　　Karen C. Bifferato (#3279)
　　　　　　　　　　　　　　　　　　　　　　CONNOLLY GALLAGHER LLP
　　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 757-7300
　　　　　　　　　　　　　　　　　　　　　　Email: kbifferato@connollygallagher.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  April 19, 2021　　　　　　　　　　*/s/ David J. Coyle*
　　　　　　　　　　　　　　　　　　　　　　David J. Coyle (0038966)
　　　　　　　　　　　　　　　　　　　　　　Shumaker, Loop & Kendrick, LLP
　　　　　　　　　　　　　　　　　　　　　　1000 Jackson Street
　　　　　　　　　　　　　　　　　　　　　　Toledo, OH 43604
　　　　　　　　　　　　　　　　　　　　　　Telephone: (419) 241-9000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (419) 241-6894
　　　　　　　　　　　　　　　　　　　　　　Email: dcoyle@shumaker.com

**ORDER GRANTING MOTION**

　　IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　**LAURIE SELBER SILVERSTEIN**
**Dated: April 21st, 2021**　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**
**Wilmington, Delaware**