# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**Related Docket Nos. 73 and 164** |

## NOTICE OF FILING OF PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that, on April 7, 2021, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; and (D) Granting Related Relief* [Docket No. 164] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors conducted an auction on May 11-12, 2021 for substantially all of the Debtors' assets (the "Assets"). At the conclusion of the auction, the Debtors, in consultation with their advisors and the Consultation Parties, selected (i) the bid submitted by TiVo Corporation (the "Successful Bidder") as the Successful Bid and (ii) the joint bid submitted by Amino Technologies (US) LLC, Roku, Inc., and RPX Corporation, as the Backup Bid.

**PLEASE TAKE FURTHER NOTICE** that, on May 12, 2021, the Debtors filed the *Notice of Auction Results* [Docket No. 234] with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on May 13, 2021, the Debtors filed the *Notice of Filing of Successful Bidder Asset Purchase Agreement* [Docket No. 237] (the "Successful Bidder APA") between the Debtors and the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** attached hereto as **Exhibit A** is the proposed form of sale order approving the Successful Bidder APA.

**PLEASE TAKE FURTHER NOTICE** that a hearing is scheduled for **May 21, 2021 at 2:00 p.m. (Eastern Time)** at the Bankruptcy Court to consider approval of the sale to the Successful Bidder, free and clear of all liens, claims, interests, and encumbrances except as

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bidding Procedures Order.

otherwise provided in the Successful Bidder APA, and the assumption and assignment of certain executory contracts and/or unexpired leases to the Successful Bidder.

Dated: May 17, 2021
     Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  dgrassgreen@pszjlaw.com
        jrosell@pszjlaw.com
        mcaloway@pszjlaw.com

*Attorneys for the Debtors and Debtors in Possession*