IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear for TiVo Corporation ("TiVo"), and pursuant to Rules 2002, 3017 and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare, Esq. (#5107) | Craig A. Wolfe, Esq. |
| Kelsey A. Bomar (#6641) | Jason Alderson, Esq. |
| Morgan, Lewis & Bockius LLP | Morgan Lewis & Bockius LLP |
| 1201 N. Market Street, Suite 2201 | 101 Park Avenue |
| Wilmington, Delaware 19801 | New York, NY 10178 |
| Telephone: (302) 574-3000 | Telephone:  212-309-6000 |
| Facsimile: (302) 574-3001 | Facsimile:   212-309-6001 |
| jody.barillare@morganlewis.com | craig.wolfe@morganlewis.com |
| kelsey.bomar@morganlewis.com | jason.alderson@morganlewis.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which TiVo is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: May 20, 2021
      Wilmington, Delaware

**MORGAN, LEWIS & BOCKIUS LLP**

By:   */s/ Jody C. Barillare*
      Jody C. Barillare (#5107)
      Kelsey A. Bomar (#6641)
      Morgan, Lewis & Bockius LLP
      1201 N. Market Street, Suite 2201
      Wilmington, Delaware 19801
      Telephone: (302) 574-3000
      Facsimile: (302) 574-3001
      jody.barillare@morganlewis.com
      kelsey.bomar@morganlewis.com

*Counsel to TiVo Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2021, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

By:  */s/ Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)
Kelsey A. Bomar (#6641)
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
jody.barillare@morganlewis.com
kelsey.bomar@morganlewis.com

*Counsel to TiVo Corporation*