**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves for the admission pro hac vice of Jason Alderson of the law firm of Morgan, Lewis & Bockius, LLP, as counsel to TiVO Corporation, the successful bidder of substantially all of the Debtors' assets in the above-captioned cases.

Dated: May 20, 2021

*/s/ Jody C. Barillare*
Jody C. Barillare (Del. Bar No. 5107)
Kelsey A. Bomar (Del. Bar No. 6641)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Tel: 302-574-3000

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 20, 2021

*/s/ Jason Alderson*
Jason Alderson
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: 212-309-6000

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.