# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**Related Docket No. __** |

### ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365, EFFECTIVE AS OF MAY 31, 2021

Upon consideration of the fourth omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the contracts (the "Rejected Contracts") set forth in **Exhibit 1** hereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Rejected Contracts listed on **Exhibit 1** attached hereto are deemed rejected effective as of May 31, 2021.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparties to each Rejected Contract.

4. The Counterparty for each Rejected Contract must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Contract or the rejection, breach or termination of such Rejected Contract by the bar date for rejection damage claims set by the Court, failing which such claim or claims by the Counterparty shall be forever barred.

5. The Debtors reserve all rights to contest any such claim and to contest the characterization of each Rejected Contract, as executory or not.

6. The Debtors do not waive any claims that the Debtors may have against the Counterparty to any Rejected Contract, whether or not such claims are related to such Rejected Contract.

7. Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

# EXHIBIT 1
**Rejected Contracts**

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| 120 Sports LLC<br>Attn: President<br>122 N. Aberdeen<br>Chicago, IL 60607 | MobiTV, Inc. | Content License Agreement dated December 20, 2016 |
| 120 Sports LLC<br>Attn: President<br>122 N. Aberdeen<br>Chicago, IL 60607 | MobiTV, Inc. | Sports Fully Executed Agreement dated 12/20/2016 |
| A&E Television Networks, LLC<br>Attn: Mark Garner<br>235 East 45th Street<br>New York, NY 10017<br>USA | MobiTV, Inc. | Content License Agreement dated 11/15/2010 |
| A&E Television Networks, LLC<br>Attn: Mark Garner<br>235 East 45th Street<br>New York, NY 10017<br>USA | MobiTV, Inc. | Demonstration Authorization Agreement dated 1/4/2012 |
| ABC Cable Networks Group<br>3800 West Alameda Ave., Room 568<br>Burbank, CA 91505<br>USA | MobiTV, Inc. | Content License Agreement dated 1/17/2014 |
| ABC News/Starwave, Partners<br>3800 West Alameda Ave., Room 568<br>Burbank, CA 91505<br>USA | MobiTV, Inc. | Content License Agreement dated 1/17/2014 |
| ABC, Inc.<br>77 West 66th Street, 8th Floor<br>New York, NY 10023<br>USA | MobiTV, Inc. | Content License Agreement dated 1/17/2014 |
| AccuWeather, Inc.<br>385 Science, Park Road<br>State College, PA 16803<br>USA | MobiTV, Inc. | Content License Agreement dated 10/20/2009 |
| Aflac Group<br>2801 Devine Street<br>Columbia, SC 29205<br>USA | MobiTV, Inc. | Group Master Application dated 1/1/2016 |
| Aleph Group PTE Limited<br>17 Phillip Street #05-01<br>Grand Building 048695<br>Singapore | MobiTV, Inc. | Content License Agreement dated 11/2/2015 |
| Ally Bank<br>300 Park Avenue, 4th Floor<br>New York, NY 10022<br>USA | MobiTV, Inc. | Loan and Security Agreement dated 2/3/2017 |
| Alterna'TV International Corporation<br>2020 Ponce De Leon Blvd., Suite #1107<br>Coral Gables, FL 33134 | MobiTV, Inc. | Network Affiliation Agreement dated 5/4/2015 |

1

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| American Broadcasting Companies, Inc.<br>Attn: Chi Ngo<br>3800 West Alameda Ave., Room 568<br>Burbank, CA 91505<br>USA | MobiTV, Inc. | Content License Agreement dated 1/17/2014 |
| Animal Planet LLC<br>One Discovery Place<br>Silver Springs, MD 20910<br>USA | MobiTV, Inc. | Discovery Networks Global Affiliation Agreement dated 11/11/2006 |
| Anthem Blue Cross Life and Health Insurance Company<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367<br>USA | MobiTV, Inc. | Preferred Provider Organization Program dated 1/1/2019 |
| Anthem Blue Cross Life and Health Insurance Company<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367<br>USA | MobiTV, Inc. | Anthem Blue Cross HMO Plan dated 1/1/2019 |
| Anthem Blue Cross Life and Health Insurance Company<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367<br>USA | MobiTV, Inc. | Optional Life Insurance dated 1/1/2019 |
| Anthem Blue Cross Life and Health Insurance Company<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367<br>USA | MobiTV, Inc. | Life and Accidental Death and Dismemberment Insurance dated 1/1/2019 |
| Anthem Blue Cross Life and Health Insurance Company<br>21215 Burbank Blvd.<br>Woodland Hills, CA 91367<br>USA | MobiTV, Inc. | Certificate of Insurance dated 1/1/2020 |
| Associated Press<br>450 West 33rd Street<br>New York, NY 10001<br>USA | MobiTV, Inc. | Content License Agreement dated 4/14/2010 |
| Atresmedia Corporacion de Medios de Comunicaion S.A.<br>Avenida Isla Graciosa<br>13 Madrid 28700<br>Spain | MobiTV, Inc. | Content License Agreement dated 10/27/2014 |
| Azteca International Corporation<br>2049 Century, Park East, Suite 920<br>Los Angeles, CA 90607<br>USA | MobiTV, Inc. | Content License Agreement for Wireless Networks dated 12/5/2006 |
| Barrio 305 LLC<br>5201 Blue Lagoon Drive, Suite 250<br>Miami, FL 33126 | MobiTV, Inc. | Content License Agreement for Wireless Networks dated 2/14/2006 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| USA | | |
| beIN Sports LLC<br>Attn: Robert Zanzi, Director of Legal Affairs<br>7291 NW 74th Street<br>Miami, FL 33166<br>USA | MobiTV, Inc. | Settlement Agreement dated 10/30/2018 |
| beIN Sports LLC<br>Attn: Yousef Mohammed Al-Obaidly<br>7291 NW 74th Street<br>Miami, FL 33166<br>USA | MobiTV, Inc. | Affiliation Agreement dated 4/14/2015 |
| Big Idea Entertainment, LLC<br>320 Billingsly Court, Suite 300<br>Franklin, TN 37065<br>USA | MobiTV, Inc. | Content License Agreement dated 1/6/2012 |
| BigDigit Inc<br>Attn: Beau Buck<br>11693 San Vicente Boulevard, 363<br>Los Angeles, CA 90049<br>USA | MobiTV, Inc. | Content License Agreement dated 9/30/2009 |
| Bill Routt<br>1900 Powell Street<br>Emeryville, CA 94608<br>USA | MobiTV, Inc. | Amended Offer Letter Terms dated 5/13/2014 |
| Black Entertainment Television LLC<br>One BET Plaza<br>1235 W Street NE<br>Washington, DC 20018<br>USA | MobiTV, Inc. | Content License Agreement – Terminated dated 5/15/2011 |
| Bloomberg LP<br>731 Lexington Avenue<br>New York, NY 10022<br>USA | MobiTV, Inc. | Channel Ingest and IP Distribution License Confidential Agreement dated 10/8/2018 |
| Braindriven Consulting LLP – Dhanajay Barve<br>Flat No. 6<br>Devdoot Apartments, S. No. 49A/28<br>Plot No. 72/28 Gulmohar Path<br>Off Law College Rd.<br>Erandwane, Pune 411004<br>INDIA | MobiTV, Inc. | Consultancy Agreement dated 4/3/2020 |
| Broadcast Music, Inc.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>USA | MobiTV, Inc. | BMI and MobiTV Settlement Agreement dated 5/18/2016 |
| Broadway Multimedia Inc<br>300 Sevilla Ave., Suite 305<br>Coral Gables, FL 33134<br>USA | MobiTV, Inc. | Content License Agreement dated 5/1/2013 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Charles Nooney<br>1900 Powell Street<br>Emeryville, CA 94608<br>USA | MobiTV, Inc. | Amended Offer Letter Terms dated 5/13/2014 |
| Cinelan LLC<br>204 Eagle Rock Avenue, 2nd Floor<br>Roseland, NJ 07068<br>USA | MobiTV, Inc. | Content License Agreement dated 9/12/2014 |
| CIT<br>PO Box 100706<br>Pasadena, CA 91189<br>USA | MobiTV, Inc. | Software License Financing dated 8/1/2020 |
| Classic Media, Inc.<br>860 Broadway, 6th Floor<br>New York, NY 10003<br>USA | MobiTV, Inc. | Content License Agreement for Wireless Networks dated 9/30/2005 |
| ComedyTime, Inc.<br>8737 Venice Blvd., Suite 101<br>Los Angeles, CA 90034<br>USA | MobiTV, Inc. | Content License Agreement for IP Based Networks dated 3/1/2006 |
| ComedyTime, Inc.<br>Attn: Michael Goldman<br>12200 Olympic Blvd., Ste 490<br>Los Angeles, CA 90064<br>USA | MobiTV, Inc. | Audio/Visual Content License dated 1/31/2005 |
| Crackle, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232<br>USA | MobiTV, Inc. | Amended and Restated Content License Agreement dated 10/18/2010 |
| CuriosityStream<br>8484 Georgia Avenue, Suite 700<br>Silver Spring, MD 20910<br>USA | MobiTV, Inc. | Content License Agreement dated 10/27/2017 |
| DailyMotion<br>140 Boulevard Malesherbes<br>Paris 75017 France | MobiTV, Inc. | Syndication Agreement for Player Implementation dated 10/2/2015 |
| Desert Island Films<br>30 Portico Way<br>Plymouth, MA 02360<br>USA | MobiTV, Inc. | Content Deal Authorization Form Purchased Classic Cartoon library (30 cartoons) for the Vodafone project dated 6/25/2015 |
| Devangshi IT Technologies LLP<br>Flat No. 604<br>Parijat Building<br>Pune 411028<br>INDIA | MobiTV, Inc. | Fourth Renewal of Consultancy Agreement dated 7/1/2016 |
| Deziak Entertainment<br>18142 Mandarin Lane, #B<br>Yorba Linda, CA 92886<br>USA | MobiTV, Inc. | Content License Agreement dated 9/9/2010 |
| DHC Ventures, LLC | MobiTV, Inc. | Discovery Networks Global |

4

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| One Discovery Place<br>Silver Springs, MD 20910<br>USA | | Affiliation Agreement dated 11/11/2006 |
| DHX Worldwide Limited, Inc.<br>3 Shortlands<br>London W6 8PP, United Kingdom | MobiTV, Inc. | Content License Agreement – Terminated dated 8/31/2015 |
| Discovery Communications, LLC<br>One Discovery Place<br>Silver Springs, MD 20910<br>USA | MobiTV, Inc. | Discovery Networks Global Affiliation Agreement dated 11/11/2006 |
| Discovery Communications, LLC<br>One Discovery Place<br>Silver Spring, MD 20910<br>USA | MobiTV, Inc. | Termination of Distribution of Discovery en Espanol dated 12/9/2010 |
| Discovery Health Ventures, LLC<br>One Discovery Place<br>Silver Springs, MD 20910<br>USA | MobiTV, Inc. | Discovery Networks Global Affiliation Agreement dated 11/11/2006 |
| DMX, Inc.<br>600 Congress Ave., Suite 1400<br>Austin, TX 78701<br>USA | MobiTV, Inc. | Content License Agreement dated 10/9/2007 |
| Dow Jones<br>Attn: Chris Guenther, Executive Director<br>1211 Avenue of the Americas, 7th Floor<br>New York, NY 10036<br>USA | MobiTV, Inc. | Wall Street Journal Digital Network Content Distribution Form Agreement – Terminated dated 5/28/2010 |
| Dubois Consulting Service Inc.<br>18573 Reamer Rd<br>Castro Valley, CA 94546<br>USA | MobiTV, Inc. | Consulting Agreement dated 7/16/2018 |
| Dynatrace LLC<br>1601 Trapelo Road<br>Suite 116<br>Waltham, MA 02451 | MobiTV, Inc. | Order Form dated 3/29/2020 |
| eBOX, Inc.<br>1225 Saint-Charles West<br>Longueuil QL J4K5G7 Canada | MobiTV, Inc. | Software License and Services Agreement dated 5/10/2017 |
| Entretenimiento Satelital SA de CV<br>Attn: Director General Lazaro Cardenas<br>1710 Guadalajara JAL 44900<br>Mexico | MobiTV, Inc. | Content License Agreement For Wireless Networks dated 3/31/2006 |
| ESPN Enterprises, Inc.<br>Attn: Brian Sapienza<br>ESPN Plaza<br>Bristol, CT 06010<br>USA | MobiTV, Inc. | Content License Agreement dated 1/17/2014 |
| ESPN Enterprises, Inc.<br>605 3rd Avenue, 8th Floor<br>New York, NY 10158 | MobiTV, Inc. | Content License Agreement dated 3/1/2010 |

5

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| USA | | |
| F.TV BVI, LTD<br>Attn: Warren Brickell<br>Wasagasse 4<br>Vienna A-1090, Austria | MobiTV, Inc. | Content License Agreement dated 12/4/2007 |
| F.TV BVI, LTD<br>Attn: Warren Brickell<br>Wasagasse 4<br>Vienna A-1090, Austria | MobiTV, Inc. | Content License Agreement - Assignment/Change of Ownership - Confirmation dated 3/12/2014 |
| F.TV BVI, LTD<br>Attn: Warren Brickell<br>Wasagasse 4<br>Vienna A-1090, Austria | MobiTV, Inc. | Content License Agreement - Assignment/Change of Ownership dated 12/1/2013 |
| F.TV Programmgesellschaft mbH<br>Attn: Warren Brickell<br>Wasagasse 4<br>Vienna A-1090, Austria | MobiTV, Inc. | Content License Agreement - Assignment/Change of Ownership - Confirmation dated 3/12/2014 |
| F.TV Programmgesellschaft mbH<br>Attn: Warren Brickell<br>Wasagasse 4<br>Vienna A-1090, Austria | MobiTV, Inc. | Content License Agreement - Assignment/Change of Ownership dated 12/1/2013 |
| FLM Productions, Inc.<br>2227 W Olive Ave<br>Burbank, CA 91506<br>USA | MobiTV, Inc. | Content License Agreement dated 9/28/2009 |
| Fox Digital Entertainment, Inc.<br>Attn: Louis Poimiroo and Legal Department<br>10201 W. Pico Boulevard<br>Building 104 4th Floor<br>Los Angeles, CA 90064<br>USA | MobiTV, Inc. | Mobile Subscription Video-On-Demand License Agreement dated 4/12/2013 |
| Fox Digital Entertainment, Inc.<br>10201 W. Pico Boulevard<br>Building 104 4th Floor<br>Los Angeles, CA 90064<br>USA | MobiTV, Inc. | Content License Agreement dated 8/20/2010 |
| Fox News Network, LLC<br>Senior Vice President<br>Affiliate Sales and Marketing<br>1211 Avenue of the Americas 2nd Floor<br>New York, NY 10036<br>USA | MobiTV, Inc. | Fox News Channel/ Fox Business Network Amended and Restated Affiliation Agreement dated 10/1/2014 |
| Fox News Network, LLC<br>Senior Vice President<br>Affiliate Sales and Marketing<br>1211 Avenue of the Americas 2nd Floor<br>New York, NY 10036<br>USA | MobiTV, Inc. | Fox News Channel/ Fox Business Network Affiliation Agreement dated 2/1/2011 |
| Great Plains | MobiTV, Inc. | Master Services Agreement dated |

6

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| PO Box 500<br>Blair, NE 68008<br>USA | | 7/16/2018 |
| HSA Bank<br>605 North 8th Street, Suite 320<br>Sheboygan, WI 53081<br>USA | MobiTV, Inc. | Employer Sign-Up Form dated 1/1/2019 |
| Huffman Technologies (OPC) Private Limited<br>H. No. 20-575<br>Gandhi Nagar Near Current Office<br>Huzurabad Madal Huzurabad<br>Karimnagar 505468<br>INDIA | MobiTV, Inc. | Consultancy Agreement dated 3/11/2020 |
| Hyatt Legal Plans, Inc.<br>111 Superior Avenue, Suite 800<br>Cleveland, OH 44114-2507<br>USA | MobiTV, Inc. | Group Legal Plan Agreement dated 1/1/2019 |
| IMI Mobile VAS Ltd FZE<br>PO Box 293593<br>Building 5EA Office No 624<br>Dubai Airport Free Zone UAE | MobiTV, Inc. | Content License Agreement dated 6/29/2015 |
| Intersport, Inc. dba Celeb TV<br>Attn: AVP, Business Operations, CelebTV<br>20 W Kinzie Street, 16th Floor<br>Chicago, IL 60654<br>USA | MobiTV, Inc. | Content License Agreement – Terminated dated 7/3/2014 |
| James Collette<br>167 Northeast 58th A<br>Hillsborob, OR 97124<br>USA | MobiTV, Inc. | Consulting Agreement dated 3/16/2021 |