# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**Related Docket No. __** |
|---|---|

**ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365, EFFECTIVE AS OF MAY 31, 2021**

Upon consideration of the fifth omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the contracts (the "Rejected Contracts") set forth in **Exhibit 1** hereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Rejected Contracts listed on **Exhibit 1** attached hereto are deemed rejected effective as of May 31, 2021.

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparties to each Rejected Contract.

4. The Counterparty for each Rejected Contract must file a claim under section 502 of the Bankruptcy Code or other claims in connection with such Rejected Contract or the rejection, breach or termination of such Rejected Contract by the bar date for rejection damage claims set by the Court, failing which such claim or claims by the Counterparty shall be forever barred.

5. The Debtors reserve all rights to contest any such claim and to contest the characterization of each Rejected Contract, as executory or not.

6. The Debtors do not waive any claims that the Debtors may have against the Counterparty to any Rejected Contract, whether or not such claims are related to such Rejected Contract.

7. Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

# EXHIBIT 1

**Rejected Contracts**

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Kaiser Foundation Health Plan, Inc.<br>393 E. Walnut St.<br>Pasadena, CA 91188-8514<br>USA | MobiTV, Inc. | Group Agreement dated 1/1/2019 |
| Kaiser Foundation Health Plan, Inc.<br>393 E. Walnut St.<br>Pasadena, CA 91188-8514<br>USA | MobiTV, Inc. | Group Agreement dated 1/1/2021 |
| Konstrukt<br>2480 Kittredge Loop Drive, Num 915<br>Boulder, CO 80310<br>USA | MobiTV, Inc. | Consulting Agreement dated 10/16/2018 |
| Konstrukt<br>2480 Kittredge Loop Drive, Num 915<br>Boulder, CO 80310<br>USA | MobiTV, Inc. | Statement of Work for IP VOD Supply Chain dated 10/16/2018 |
| Latin American Television LLC<br>801 Brickell Ave., Suite 900<br>Miami, FL 33131<br>USA | MobiTV, Inc. | Content License Agreement dated 4/14/2015 |
| Liquid Mobile LLC<br>Attn: Mr. Tan H. Nguyen<br>7300 Lee's Summit Road<br>Kansas, City MO 64136<br>USA | MobiTV, Inc. | Content License Agreement dated 10/22/2009 |
| Live Angle Pty Limited<br>A.B.N 69 124 811 776 d/b/a Mosheam<br>61 Marlbiriugh St., Suite 71<br>Surry Hills NSW 2010, Australia | MobiTV, Inc. | Content License Agreement dated 8/15/2013 |
| Machinima, Inc.<br>3500 W. Olive Ave., Suite 1200<br>Burbank, CA 91505<br>USA | MobiTV, Inc. | Content License Agreement dated 12/5/2016 |
| Mav'rick Entertainment Network, Inc.<br>44 inverness Drive, East Building D<br>Englewood, CO 80112<br>USA | MobiTV, Inc. | Content License Agreement dated 12/1/2006 |
| Maxx Wireless, Inc.<br>3005 Gough Street<br>San Francisco, CA 94123<br>USA | MobiTV, Inc. | Content License Agreement dated 9/13/2005 |
| MHz Networks, LLC<br>8101A Lee Highway<br>Falls, Church VA 22042<br>USA | MobiTV, Inc. | Content License Agreement – Terminated dated 10/16/2013 |
| Midnite Monkey LLC<br>Attn: Mr. Tan H. Nguyen<br>7300 Lee's Summit Road<br>Kansas City, MO 64136<br>USA | MobiTV, Inc. | Content License Agreement dated 10/22/2009 |
| MobiTV India Services Private Limited | MobiTV, Inc. | Services Agreement dated |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Level 13, Platinum Techno<br>Park Plot No 17/18 Sector 30A<br>Vashi Navi Mumbai 400705, India | | 3/1/2013 |
| MobiTV Service Corporation<br>1900 Powell Street, 9th Floor<br>Emeryville, CA 94608<br>USA | MobiTV, Inc. | Services Agreement dated 10/9/2012 |
| MTV Networks, a division of Viacom International Inc.<br>Attn: Tom Gorke, SVP,<br>Content Distribution & Marketing<br>1515 Broadway<br>New York, NY 10036-5797<br>USA | MobiTV, Inc. | Amended and Restated Wireless Content Aggregation, Distribution and Marketing Agreement dated 2/10/2012 |
| MVS Multivision Digital, S. de R.L. de C.V.<br>Blvd. Puerto Aereo 486<br>Moctezuma DF 15530, Mexico | MobiTV, Inc. | Content License Agreement – Termination dated 4/3/2015 |
| MyKaZoo TV LLC<br>4024 Hayvenhurst Drive<br>Encino, CA 91436<br>USA | MobiTV, Inc. | Content License Agreement dated 5/10/2012 |
| Navia Benefit Solutions<br>600 Naches SW<br>Renton, WA 98057<br>USA | MobiTV, Inc. | Administrative Services Agreement dated 1/1/2019 |
| Navia Benefit Solutions<br>PO Box 53250<br>Bellevue, WA 98015<br>USA | MobiTV, Inc. | Transportation Fringe Benefits Plan dated 1/1/2019 |
| Navia Benefit Solutions<br>PO Box 53250<br>Bellevue, WA 98015<br>USA | MobiTV, Inc. | Flexible Benefit Plan dated 1/1/2019 |
| NGHT, LLC<br>1145 Seventeenth Street<br>Washington, DC 20036-4688<br>USA | MobiTV, Inc. | Content License Agreement dated 9/21/2011 |
| NTN24<br>USA Inc<br>Attn: Julian Giraldo<br>654 Madison Avenue Suite 2201<br>New York, NY 10065<br>USA | MobiTV, Inc. | Content License Agreement dated 2/1/2015 |
| Olymp<br>USAT, Inc.<br>Attn: Ciaran Swords<br>560 Village Boulevard, Suite 250<br>West Palm Beach, FL 33409<br>USA | MobiTV, Inc. | Content License Agreement dated 6/30/2008 |
| Orchard Enterprises NY, Inc | MobiTV, Inc. | Content License Agreement – |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Attn: VP, CEO<br>23 East 4th Street, 3rd Floor<br>New York, NY 10003<br>USA | | Terminated dated 7/1/2011 |
| Outside Television, Inc.<br>Attn: Mark A. Burchill, Chief Executive Officer 33 Riverside Ave 4th Floor<br>Westport, CT 06880<br>USA | MobiTV, Inc. | Content License Agreement dated 7/9/2015 |
| Phunware, Inc fka GoTV Networks, Inc.<br>14144 Ventura Blvd., Suite 300<br>Sherman, Oaks CA 91423<br>USA | MobiTV, Inc. | Content License Agreement dated 11/2/2009 |
| Public Media Distribution, LLC<br>d/b/a PBS Distribution<br>Attn: Sr Director, Digital Distribution<br>2100 Crystal Drive<br>Arlington, VA 22202<br>USA | MobiTV, Inc. | Content License Agreement dated 7/15/2010 |
| Rap Entertainment LLC<br>86 Raymond Ave.<br>Plainfield, NJ 07062<br>USA | MobiTV, Inc. | Content License Agreement dated 5/16/2011 |
| Red Planet Media, Inc.<br>8815 Conroy Road, Suite 326<br>Orlando, FL 32835<br>USA | MobiTV, Inc. | Content License Agreement dated 3/5/2010 |
| Reliance Majestic Holdings, LLC<br>421 N. Rodeo Dr., Garden Level<br>Beverly Hills ,CA 90210-4514<br>USA | MobiTV, Inc. | Term Sheet dated 4/15/2015 |
| Rovi Corporation<br>2233 North Ontario Street<br>Burbank, CA 91504<br>USA | MobiTV, Inc. | Patent License Agreement dated 3/30/2017 |
| Scholastic Entertainment, Inc.<br>557 Broadway<br>New York, NY 10012<br>USA | MobiTV, Inc. | Content License Agreement dated 2/25/2015 |
| Sequoia Benefits and Insurance Services, LLC<br>1850 Gateway Drive, Suite 700<br>San Mateo, CA 94404<br>USA | MobiTV, Inc. | Client Services Order Form dated 1/1/2019 |
| Silicon Valley Bank<br>80 East Rio Salado Parkway<br>Mail Sort AZ145<br>Tempe, AZ 85281<br>USA | MobiTV, Inc. | Securities Account Control Agreement dated 3/9/2017 |
| Silicon Valley Bank<br>80 East Rio Salado Parkway | MobiTV, Inc. | Deposit Account Control Agreement (B) dated 3/17/2017 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Mail Sort AZ145<br>Tempe, AZ 85281<br>USA | | |
| Silicon Valley Bank<br>80 East Rio Salado Parkway<br>Mail Sort AZ145<br>Tempe, AZ 85281<br>USA | MobiTV, Inc. | Deposit Account Control Agreement (A) dated 3/17/2017 |
| Silver Chalice Ventures, L.L.C.<br>328 South Jefferson Street, Suite 350<br>Chicago, IL 60661<br>USA | MobiTV, Inc. | Content License Agreement dated 12/12/2012 |
| Sobbit Sharma<br>C-99, 1st Floor<br>Sushant Lok-III<br>Sector 57<br>Gurgaon Haryana<br>INDIA | MobiTV, Inc. | Consulting Agreement dated 4/1/2016 |
| Softchoice Corporation<br>16609 Collections Center Dr.<br>Chicago, IL 60693<br>USA | MobiTV, Inc. | Services Agreement dated 9/22/2020 |
| Souvik Panda<br>14/1 Ground Floor, Sree Balaji Nivas<br>Bhau Nagar Pimple Gurav<br>Pune 411061<br>INDIA | | Consultancy Agreement dated 2/8/2021 |
| SPI International, Inc.<br>#55 White Street, Ground Floor<br>New York, NY 10013<br>USA | MobiTV, Inc. | Content License Agreement dated 8/1/2015 |
| Splash News & Picture Agency, Inc.<br>1421 Abbott-Kinney Blvd.<br>Venice, CA 90291<br>USA | MobiTV, Inc. | Content License Agreement dated 3/22/2011 |
| Sprint/United Management Company<br>6220 Sprint, Parkway<br>Overland Park, KS 66251<br>USA | MobiTV, Inc. | Wireless Data and Application Agreement dated 3/31/2015 |
| Sreenivas Doosa<br>Flat-S2, 2nd Floor<br>No. 14, Muvvas Adora 9th Cross<br>Bangalore KA 560037<br>INDIA | MobiTV, Inc. | Consultancy Agreement dated 4/23/2018 |
| Stroz Friedberg, LLC<br>425 Market St., 28th Floor<br>San Francisco, CA 94105<br>USA | MobiTV, Inc. | Master Services Agreement dated 12/16/2020 |
| Sunwest Trust, Inc.<br>10600 Menaul Blvd NE<br>PO Box 36371 | MobiTV, Inc. | 401(K) Adoption Agreement dated 1/1/2018 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Albuquerque, NM 87176<br>USA | | |
| TargetCW<br>9475 Chesapeake Drive<br>San Diego, CA 92123<br>USA | MobiTV, Inc. | Master Services Agreement dated 12/12/2019 |
| TEG Staffing, Inc. dba Eastridge Infotech<br>2355 Northside Drive, Suite 310<br>San Diego, CA 92108<br>USA | MobiTV, Inc. | Consulting Agreement dated 2/1/2008 |
| TeleFormula S.A. de C.V.<br>No 1273 Colonia del Valle<br>D.F. 03100, Mexico | MobiTV, Inc. | Content License Agreement dated 11/15/2014 |
| TeleRed Imagen S.A.<br>Avenida San Juan 1130/32<br>Buenos Aires C1147AAWW<br>Argentina | MobiTV, Inc. | Content License Agreement dated 10/27/2014 |
| Terri Stevens<br>1900 Powell Street<br>Emeryville, CA 94608<br>USA | MobiTV, Inc. | Amended Offer Letter Terms dated 7/1/2013 |
| The Guardian Life Insurance Company<br>7 Hanover Square<br>New York, NY 10004<br>USA | MobiTV, Inc. | Certificate of Insurance dated 1/1/2019 |
| The Southern Kansas Telephone Company, Inc.<br>112 S. Lee<br>PO Box 800<br>Clearwater, KS 67026-0800<br>USA | MobiTV, Inc. | Managed Services Agreement – Terminated dated 3/26/2018 |
| The Swenson Group<br>207 Boeing Ct<br>Livermore, CA 94551-9258<br>USA | MobiTV, Inc. | Lease Agreement dated 7/1/2020 |
| The Weather Channel Interactive, Inc<br>Attn: Director Business Development, Mobile & Senior Vice President/ Deputy General Counsel<br>300 Interstate North Parkway<br>Atlanta, GA 30339<br>USA | MobiTV, Inc. | Content License Agreement dated 12/10/2010 |
| The Young Turks LLC<br>8440 Warner Drive<br>Culver City, CA 90232<br>USA | MobiTV, Inc. | Content License Agreement – Terminated dated 9/5/2014 |
| Thema America, Inc.<br>5966 South Dixie Hwy, Suite 300<br>South Miami, FL 33143<br>USA | MobiTV, Inc. | Network Affiliation Agreement dated 5/4/2015 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Thinkdiff Sultions – Druvakant Yarlagadda<br>43 5 25 Rly New Colony<br>Vishakhapatnam<br>Visakhapatnam AP 530016<br>INDIA | MobiTV, Inc. | Consultancy Agreement dated 10/1/2020 |
| Time Warner Cable Enterprises LLC<br>13820 Sunrise Valley<br>Herndon, VA 20171<br>USA | MobiTV, Inc. | Service Agreement dated 1/21/2015 |
| TiVo Solutions, Inc<br>2160 Gold Street<br>San Jose, CA 95002<br>USA | MobiTV, Inc. | Patent License Agreement dated 3/30/2017 |
| T-Mobile<br>USA, Inc<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>USA | MobiTV, Inc. | Three Party Escrow Service Agreement dated 12/20/2019 |
| T-Mobile<br>USA, Inc.<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>USA | MobiTV, Inc. | Professional Services Statement of Work dated 4/21/2020 |
| T-Mobile<br>USA, Inc<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>USA | MobiTV, Inc. | Master Agreement dated 11/6/2019 |
| Touchstrom, LLC<br>355 Lexington, 12th Floor<br>New York, NY 10017<br>USA | MobiTV, Inc. | Content License Agreement dated 2/25/2014 |
| TPC Broad Holdings, LLC dba Advanced Communications (Blue Stream)<br>12409 NW 35 Street<br>Coral Springs, FL 33065<br>USA | MobiTV, Inc. | Master Services Agreement dated 2/5/2020 |
| TPC Broadband Holdings LLC<br>12409 NW 35th Street<br>Coral Springs, FL 33065<br>USA | MobiTV, Inc. | Managed Services Agreement – Terminated dated 8/13/2018 |
| Tribune Media Services, Inc.<br>435 N. Michigan Ave.<br>Chicago, IL 60611<br>USA | MobiTV, Inc. | Tribune Media Services Licensed Data Agreement Mobile EPG Television Listings Data dated 6/6/2006 |
| Tribune Media Services, Inc.<br>435 N. Michigan Ave.<br>Chicago, IL 60611<br>USA | MobiTV, Inc. | Tribune Media Series Licensed Data Agreement, Television Listings Data Agreement dated 9/1/2005 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Tribune Media Services, Inc.<br>435 N. Michigan Ave.<br>Chicago, IL 60611<br>USA | MobiTV, Inc. | Purchase Requisition Form dated 10/18/2011 |
| Tringapps Inc.<br>551 5th Ave., Suite 630<br>New York, NY 10176 | MobiTV, Inc. | MSA and Statement of Work 1 dated 8/10/2016 |
| Twentieth Century Fox Film Corporation<br>Attn: Louis Poimiroo and Legal Department 10201 W. Pico Boulevard<br>Building 104 4th Floor<br>Los Angeles, CA 90064<br>USA | MobiTV, Inc. | Additional Extension - Amendment to Mobile Subscription Video-On-Demand License Agreement dated 1/29/2016 |
| Univision Interactive Media, Inc.<br>605 Third Avenue, 26th Floor<br>New York, NY 10158<br>USA | MobiTV, Inc. | Content License Agreement – Terminated dated 3/21/2011 |
| ValueLabs, Inc.<br>3235 Satellite Blvd.<br>Building 400, Suite 300<br>Duluth, GA 30096<br>USA | MobiTV, Inc. | Master Services Agreement dated 10/26/2012 |
| Viacom International Inc.<br>1515 Broadway<br>New York, NY 10036<br>USA | MobiTV, Inc. | Amended and Restated Wireless Content Aggregation, Distribution and Marketing Agreement dated 2/10/2012 |
| Warner Music Inc<br>75 Rockefeller Plaza<br>New York, NY 10019<br>USA | MobiTV, Inc. | Music Video Pre-Programmed Streaming Agreement – Terminated 11/14/2006 |
| Weather Group Television, LLC<br>Attn: Freddy Flaxman, COO<br>300 Interstate North, Parkway SE<br>Atlanta, GA 30339<br>USA | MobiTV, Inc. | Content License Agreement dated 12/16/2016 |
| Young Turks, LLC<br>8440 Warner Drive<br>Culver City, CA 90232<br>USA | MobiTV, Inc. | Content License Agreement dated 9/5/2014 |
| Zayo Group LLC<br>400 Centennial Parkway<br>Suite 200<br>Louisville, CO 80027 | MobiTV, Inc. | Service Order Form 1790245 dated 12/27/2020 |
| Zayo Group LLC<br>400 Centennial Parkway<br>Suite 200<br>Louisville, CO 80027 | MobiTV, Inc. | Service Order Form 290465 |
| Zayo Group LLC<br>400 Centennial Parkway<br>Suite 200 | MobiTV, Inc. | Service Order Form 515486 |

| Counterparty | Debtor Party | Description of Contract |
|---|---|---|
| Louisville, CO 80027 | | |
| ZooVision Entertainment, LLC<br>6450 Valley Industrial Drive<br>Kalamazoo, MI 49009<br>USA | MobiTV, Inc. | Amended and Restated Content License Agreement dated 8/24/2010 |