IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

　　I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

　　On June 4, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **MobiTV Transition Agreement** (attached hereto as **Exhibit A**)

　　In addition to the method of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Serina Tran
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Serina Tran

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of June, 2021, by Serina Tran proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**

# MobiTV Transition Agreement

The purpose of this MobiTV Transition Agreement ("**Agreement**") is to permit you, for a limited period of time as set forth herein, to continue using the MobiTV services described in either: (i) the software license or managed services agreement you signed with MobiTV, or (ii) the member participation agreement you signed with MobiTV and the National Cable Television Cooperative, Inc., (collectively, "**Prior Agreements**") allowing you to use or access MobiTV services described in the Prior Agreements ("**MobiTV Services**"). THIS IS A LEGAL AGREEMENT BETWEEN YOU AND MOBITV, INC. ("**MobiTV**") FOR THE MOBITV SERVICES. THIS AGREEMENT SUPERSEDES THE PRIOR AGREEMENTS IN THEIR ENTIRETY EXCEPT AS OTHERWISE SET FORTH IN SECTIONS 1 (LICENSE AND USE RIGHTS), 2 (PAYMENT), AND 4 (CONFIDENTIALITY) OF THIS AGREEMENT. YOUR CONTINUED USE OF THE MOBITV SERVICES AFTER JUNE 1, 2021 ("**EFFECTIVE DATE**") CONSTITUTES YOUR ACCEPTANCE OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS OF THIS AGREEMENT, YOU MUST DISCONTINUE YOUR USE OF THE MOBITV SERVICES IMMEDIATELY.

**1. License and Use Rights.** During the Term you may continue to use the MobiTV Services subject to and in accordance with the license terms and restrictions set forth in the Prior Agreements.

**2. Payment**. As consideration for the license of the MobiTV Services to you, you will pay MobiTV the applicable fees set forth in the Prior Agreements ("**License Fees**"), per Account in accordance with the payment terms set forth below. Within 10 days following the end of each calendar month, you will send to MobiTV a written statement setting forth the total number of Accounts and devices per Account for such month. The number of relevant monthly Accounts will be calculated as an average of the number of Accounts on the first and last day of each month. You will remit payment of License Fees within 30 days following the end of the calendar month during the Term. Undisputed past due License Fee payments shall accrue interest until paid at the rate of 1% per month or the maximum lawful rate, whichever is less. Each party is liable for their respective taxes based on each party's own net income, items of tax preference, profit, network, capital stock, franchise, property or conduct of business, or similarly based taxes. You will pay all sales tax, use tax, value added tax, goods and services tax, transaction tax or similar excise tax due to any taxing authority with respect to transactions resulting from this Agreement. "**Account**" means, during any calendar month, the account for any one Subscriber who has access to a paid or free commercial service supported by the MobiTV Services, which corresponds to client-side and server-side services that deliver content programming to Subscribers. "**Subscriber**" means an end user who holds an Account.

**3. Term and Termination**.

a. <u>Term</u>. This Agreement will begin on the Effective Date and terminate upon the earlier of (i) the execution of a new agreement between you and TiVo Platform Technologies LLC ("**TiVo**") for the MobiTV Services; (ii) your execution of a new member participation agreement with TiVo and NCTC for the MobiTV Services; or (iii) 30 days after the Effective Date ("**Term**").

b. <u>Termination</u>. MobiTV may terminate this Agreement immediately (i) upon your breach of this Agreement; or (ii) for convenience with or without cause at MobiTV's discretion. Upon termination or expiration of this Agreement, you must cease all use of the MobiTV Services (except as a permitted pursuant to the agreements set forth in sections 3(a)(i) and (ii)).

c. <u>Survival</u>. Sections 2, 3(c), 4, 5, 6, and 7 will survive any termination or expiration of this Agreement.

**4. Confidentiality**. Any Confidential Information exchanged between you and MobiTV under this Agreement will be deemed "Confidential Information" per the terms of the Prior Agreements and subject to the terms related to Confidential Information in the Prior Agreements. MobiTV may share any such Confidential Information with TiVo. Upon termination or expiration of this Agreement, each party will promptly return or destroy all copies of the other party's Confidential Information in its possession, and will, on the request of the disclosing party, certify in writing to such return or disclosure.

**5. NO REPRESENTATIONS OR WARRANTIES; DISCLAIMER**. NOTWITHSTANDING THE PRIOR AGREEMENTS, ALL MOBITV SERVICES PROVIDED UNDER THIS AGREEMENT ARE PROVIDED "AS IS." MOBITV MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THE MOBITV SERVICES, EXPRESS OR IMPLIED, AND ESPRESSLY DISCLAIMS ANY IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT. MOBITV DOES NOT WARRANT THAT THE MOBITV SERVICES WILL BE UNINTERRUPTED, FAULT-TOLERANT, OR ERROR-FREE, THAT ANY ERRORS IN THE MOBITV SERVICES WILL BE CORRECTED, THAT THE MOBITV SERVICES WILL SATISFY YOUR REQUIREMENTS OR THAT THE MOBITV SERVICES WILL OPERATE IN COMBINATION WITH OTHER SOFTWARE OR HARDWARE OR WITH YOUR INFORMATION TECHNOLOGY ENVIRONMENT. MOBITV IS NOT RESPONSIBLE FOR ANY MISUSE OF THE MOBITV SERVICES BY USERS, INCLUDING WITHOUT LIMITATION ANY WILLFUL OR MALICIOUS ACTS BY A USER, OR ANY OTHER ACT OR OMISSION BY A USER IN VIOLATION OF THE TERMS OF THIS AGREEMENT OR USE OF THE MOBITV SERVICES OTHER THAN AS PROVIDED IN THIS AGREEMENT.

**6. LIMITATION OF LIABILITY**. IN NO EVENT WILL MOBITV BE LIABLE FOR ANY DAMAGES TO YOU, INCLUDING LOSS OF DATA, LOST PROFITS, LOSS OF GOODWILL OR OTHER SPECIAL, INCIDENTAL, CONSEQUENTIAL (DIRECT OR INDIRECT), OR INDIRECT DAMAGES ARISING FROM THE USE OF THE MOBITV SERVICES OR ACCOMPANYING MATERIALS, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY. THIS LIMITATION WILL APPLY EVEN IF MOBITV HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. IN NO EVENT SHALL MOBITV'S AGGREGATE LIABILITY TO YOU UNDER THIS AGREEMENT EXCEED ONE HUNDRED DOLLARS ($100). THE PARTIES ACKNOWLEDGE THAT THIS IS A REASONABLE ALLOCATION OF RISK. You have the sole

responsibility for adequate protection and backup of your data used in connection with the MobiTV Services, and you will not have any claim against MobiTV for lost data, work delays or lost profits resulting from the use of the MobiTV Services.

7. **Miscellaneous**.

    a. <u>Assignment</u>. Customer may not assign or otherwise transfer any of its rights or obligations under this Agreement to any third party (whether by operation of law or otherwise). Any attempted or purported assignment or delegation by Customer will be deemed null and void and deemed a material breach of this Agreement.

    b. <u>Entire Agreement; Severability; Modification and Waiver</u>. This Agreement and the provisions cited in sections 1 (License and Use Rights), 2 (Payment), and 4 (Confidentiality) of this Agreement relating to the Prior Agreements, sets forth the entire agreement and understanding of the parties relating to the subject matter herein and merges and supercedes all prior or contemporaneous oral or written discussions between them. If any provision of this Agreement is held by a court of competent jurisdiction to be illegal, invalid, or unenforceable, that provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect and enforceable. No amendment, modification or waiver of any provision of this Agreement shall be effective unless in writing and signed by the parties. No waiver of any of the provisions of this Agreement shall be deemed or shall constitute a waiver of any other provision, whether or not similar, nor shall any waiver constitute a continuing waiver.

    c. <u>Governing Law</u>. This Agreement shall be governed by and construed under, and the legal relations between the parties hereto shall be determined in accordance with, the laws of the State of California, without giving effect to such state's conflict of law principles. The parties hereby submit to the personal jurisdiction of, and agree that any legal proceeding with respect to or arising under this Agreement shall be brought in, the United States District Court for the Northern District of California or the state courts of the State of California in the County of Santa Clara. Notwithstanding the foregoing, MobiTV will at all times have the right to commence proceedings in any other court of its choice with the appropriate jurisdiction for interim injunctive relief. In any judicial proceeding arising out of this Agreement, the prevailing party shall be entitled to recover all reasonable expenses associated with such proceeding (including, without limitation, reasonable costs and fees of attorneys and other professionals).

    d. <u>Independent Contractors</u>. The parties are independent contractors, and nothing in this Agreement shall be construed to create a joint venture or partnership or otherwise give rise to fiduciary obligations between the parties. Neither party shall have the right or authority to assume or create any obligations or to make any representation, warranties or commitments on behalf of the other party, whether express or implied, or to bind the other party in any respect whatsoever.

    e. <u>No Export</u>. Customer will not export or re-export, directly or indirectly, any software provided as part of the MobiTV or any technical data acquired under this Agreement or the direct product of such technical data, except as authorized by the export laws and regulations of the United States.

    f. <u>Notice</u>. All notices required or permitted under this Agreement shall be in writing and shall be delivered (i) personally, (ii) by certified, registered or express U.S. mail, postage prepaid, or (iii) by Federal Express or other similar commercial delivery service, to the address set forth on the first page of this Agreement. Either party may change its address for such notices by written notice to the other party in the manner set forth above. Any such notice shall be deemed given when received.

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ACS Services Inc. | Attn: General Counsel | 600 Telephone Ave. | | Anchorage | AK | 99503 | |
| Adv Telephone Systms Inc HTC Comms | Attn: CEO & Legal Counsel | 75 Main St. | | Hickory | PA | 15340 | |
| Advanced Satellite Systms Amgentech | Attn: Legal Department | 1107 N Us Highway 1 | | Ormond Beach | FL | 32174 | |
| All West/ Utah Inc | Attn: Legal Department | 50 W 100 N | | Kamas | UT | 84036 | |
| Amino Communications Ltd | Attn: Legal Department | Buckingway Business Park | Anderson Road Swavesey | Cambridge | | CB24 4UQ | United Kingdom |
| Arkwest Communications Inc | Attn: Debbie Tackett | PO Box 699 | | Danville | AR | 72833-0699 | |
| Atlantic Telephone Membership Corp | Attn: Legal Department | PO Box 3198 | | Shallotte | NC | 28459 | |
| Atlas Networks Corporation | Attn: Ryan Maloney & Matt Maloney | 3131 Western Ave Ste M330 | | Seattle | WA | 98121 | |
| Auburn Electric Dept Essential Srv | Attn: Legal Department | PO Box 506 | | Auburn | IN | 46706 | |
| Beehive Telephone Co Inc. | Attn: Cameron Francis | 2000 Sunset Road | | Lake Point | UT | 84074 | |
| BEK Communications | Attn: Jesse Gunsch | 200 East Broadway | | Steele North | ND | 58482 | |
| Bel Air Internet LLC | Krystal Guerrero & General Counsel | 15301 Ventura Blvd D250 | | Sherman Oaks | CA | 94103 | |
| Berkeley Cable TV Home Telecom | Attn: Gina Shuler | 579 Stoney Landing Rd | PO Box 1194 | Moncks Corner | SC | 29461-1257 | |
| Bresco Broadband | Attn: Brent Beatty/Michael Plank | 4230 E Town St | | Columbus | OH | 43215 | |
| Buckeye Cablevision Inc. | c/o Buckeye Broadband | 2700 Oregon Road | President Shared Srvcs & VP Busines | Northwood | OH | 43619 | |
| Cable One Inc. | P Brown Senior Director | 210 E. Earll Drive | | Phoenix | AZ | 85012 | |
| Canby Telephone Association | D Mottern/P Hauer/VP Network Ops | 190 SE 2nd Avenue | | Canby | OR | 97013 | |
| Cap Cable LLC Dba USA Communication | Attn: Legal Dept | 920 E 56Th St Suite B | | Kearney | NE | 68847 | |
| Carnegie Cable | Attn: Legal Department | PO Box 96 | | Carnegie | OK | 73015-0096 | |
| Catawba Services Inc (Comporium) | Attn: Legal Department | PO Box 470 | | Rock Hill | SC | 29731-6470 | |
| Cellular South Inc. dba C Spire | Attn: Chief Technical Officer | 1018 Highland Colony Parkway #400 | | Ridgeland | MS | 39157 | |
| Central Telcom Service LLC dba CUTV | Attn: Monte Christensen | PO Box 7 | 35 S State St | Fairview | UT | 84629-0007 | |
| Citizens Cable Communications | Attn: Legal Department | PO Box 135 | Citizens Fiber | Mammoth | PA | 15664-0135 | |
| City of Fort Collins | Attn: City Manager | 215 North Mason | PO Box 580 | Fort Collins | CO | 80522 | |
| City of Highland | Attn: City Manager | 1115 Broadway | | Highland | IL | 62249 | |
| City of Loveland | Ryan Smith &Brieanna Reed-Harmel | 200 North Wilson Avenue | | Loveland | CO | 80537 | |
| City Of Wilson Dba Greenlight | Attn: Legal Department | PO Box 10 | | Wilson | NC | 27894 | |
| Clarity Telecom dba VAST Broadband | Attn: Joe Hester | 912 S Main | | Sikeston | MO | 63801 | |
| CMG Media Ventures | Managing Partner & Jozzett Darby | 700 River Ave | | Pittsburgh | PA | 15212 | |
| CMN-RUS | Attn: Legal Department | 3701 Communications Way | | Evansville | IN | 47715 | |
| Consolidated Communications Inc. | Attn: Ann Niemerg & Jaime Montes | 121 South 17th St. | | Mattoon | IL | 61938 | |
| Cumberland Connect LLC | Attn: Vicki Bostain | 1940 Madison Street | | Clarksville | TN | 37043 | |
| Cunningham Communications Inc. | Attn: Brent Cunningham | 220 W Main St | | Glen Elder | KS | 67446 | |
| Daktel Communications | Attn: Legal Department | PO Box 299 | 630 5Th St N | Carrington | ND | 58421 | |
| Dalton Utilities Aka Board Of Water | Attn: Legal Department | PO Box 869 | 1200 Vd Parrot Jr Pkwy | Dalton | GA | 30722-0869 | |
| Delcom Telecommunications | Attn: Legal Department | 3430 NE 6th Terrace | | Pompano Beach | FL | 33064 | |
| Docomo Pacific Inc. | Jason Paradez & Christian Cristobal | 890 S. Marine Corps Drive | | Tamuning | GU | 96913 | |
| Electric Power Board Of Chattanooga | Attn: Legal Department | 10 W Ml King Blvd | PO Box 182255 | Chattanooga | TN | 37422 | |
| Elevate Fiber | Attn: Accounts Payable | 11925 6300 Road | | Montrose | CO | 81401 | |
| Fidelity | Attn: Melinda Lahmann | 64 N Clark Street | | Sullivan | MO | 63080 | |
| Flint Cable Television Inc | Attn: Brittany Eubanks | PO Box 669 | | Reynolds | GA | 31076 | |
| Forsyth Cablenet LLC | Attn: Legal Department | PO Box 669 | | Reynolds | GA | 31076 | |
| Fox Digital Entertainment Inc. | Twentieth Century Fox Film Corp | 2121 Avenue of the Stars 19th Floor | Attn: Executive Vice President | Los Angeles | CA | 90067 | |
| Futurum Comm Corp Forethought.Net | Jawaid Bazyard Pres/Legal Counse | 2347 Curtis St | | Denver | CO | 80205 | |
| GBT Communications Inc. | Attn: General Manager | 103 Lincoln Street | PO Box 229 | Rush Center | KS | 67575 | |
| GBTCommunications Golden Belt Telep | Attn: Kara Jecha | PO Box 229 | | Rush Center | KS | 67575-0229 | |
| Glenwood Telecommunications Inc. | Attn: Legal Department | 510 West Gage | | Blue Hill | NE | 68930 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 3



**Exhibit B**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Gorham Telephone Company | Attn: Mike Murphy | 100 Market Street | | Gorham | KS | 67640-0235 | |
| H&B Communications Inc. | Attn: Sherry Johnson | 108 North Main Street | | Holyrood | KS | 67450 | |
| Hamilton County Telephone Co-Op | Attn: Legal Department | PO Box 40 | | Dahlgren | IL | 62828 | |
| Harrisonville Telephone Co HTC Comm | Attn: Kris Voelker | PO BOX 149 | | Waterloo | IL | 62298 | |
| Hinton Catv Co Inc | Attn: Legal Department | PO Box 70 | | Hinton | OK | 73047-0070 | |
| Holston Electric Cooperative | Attn: Jimmy Sandlin | 1200 West Main Street | | Rogersville | TN | 37857 | |
| Holston Electric Cooperative | Attn: Legal Department | PO Box 190 | | Rogersville | TN | 37587 | |
| Hood Canal Cablevision | Attn: Legal Department | PO Box 249 | | Union | WA | 98592-0249 | |
| Horry Telephone Cooperative | Attn: Legal Department | 3480 Highway 701 North | | Conway | SC | 29526 | |
| Independent Cable Systems Of Idaho | Attn: Legal Department | PO Box 237 | | Rockland | ID | 83271-0237 | |
| Infostructure Inc. Click1.Net/1TN | Attn: Legal Dept | 314 N 22Nd Ave | | Humboldt | TN | 38343 | |
| Innovative Financial Technologies | Attn: Matt Carpenter | 203 SW 8th St Ste 601 | | Amarillo | TX | 79101 | |
| Inter Mountain Cable Gearheart Comm | Attn: Legal Department | 20 Laynesville Rd | PO Box 159 | Harold | KY | 41635-9076 | |
| IPV Connect LLC | Attn: Tyler Bell | 3965 Investment Lane Suite A-5 | | West Palm Beach | FL | 33404 | |
| Johnson City Energy Authority | Jeffrey Dykes & Brian Bolling | 2600 Boones Creek Road | | Johnson City | TN | 37615 | |
| Lafayette Cityparish Consol Gov | Attn: Legal Department | 1314 Walker Rd | | Lafayette | LA | 70506-1100 | |
| Lincolnville Communications | Attn: Legal Department | PO Box 179 | | Nobleboro | ME | 04555 | |
| Lumos Media Inc | Attn: Mark Taylor | One Lumos Plaza | | Waynesboro | VA | 22980 | |
| Madison Telephone | Attn: Shana Rains | 117 North 3rd | PO Box 337 | Madison | KS | 66860 | |
| Mashell Telecom Inc Rainier Connect | Attn: Legal Department | PO Box 639 | 104 Washington Ave N | Eatonville | WA | 98328-0639 | |
| Massillon Cable TV Inc | Attn: Pam Grissom | PO Box 1000 | | Massillon | OH | 44648 | |
| Mi Connection Comm Sys Continuum | Attn: Legal Department | PO Box 90 | | Mooresville | NC | 28115-0090 | |
| Mitchell Seaforth Cable TV Ltd. | S Zehr Gen Counsel & Gen Manager | 6979 Line 34 | PO Box 118 | Dublin | ON | N0K 1E0 | Canada |
| MLGC LLC | Attn: Legal Department | PO Box 66 | | Enderlin | ND | 58027-0066 | |
| Mtc Communications | Attn: Legal Department | PO Box 359 | 210 N Coal St | Colchester | IL | 62326-0359 | |
| National Cable Television Cooperati | Attn: Legal Dept | 385 Inverness Pkwy #380 | | Englewood | CO | 80112 | |
| NCTC | Attn: Crystal Robertx | 11200 Corporate Ave. | | Lenexa | KS | 66061 | |
| New Visions Communications Inc. | Attn: Legal Dept | 6755 Manlius Center Rd | | East Syracuse | NY | 13057 | |
| Newport Utilities | Attn: Legal Department | PO Box 519 | | Newport | TN | 37822 | |
| Nex-Tech LLC | Attn: Legal Department | 145 North Main | | Lenora | KS | 67645 | |
| Nortex Communications | Attn: Lacy Neu | 205 N Walnut St. | PO Box 597 | Muenster | TX | 76252-2780 | |
| North Dakota Telephone Company | Attn: Sandy Nordrum | 211 22nd St NW | | Devils Lake | ND | 58301-1534 | |
| North State Communications LLC | Attn: Legal Department | PO Box 2326 | | High Point | NC | 27261-2326 | |
| Northwest Communications Coop | Attn: Legal Department | 111 Railroad Ave | PO Box 38 | Ray | ND | 58849 | |
| Oklahoma Fiber LLC | Attn: Legal Department | PO Box 1208 | | Norman | OK | 73070 | |
| Peoples Services LLC | Accounts Payable (Megan Rice) | 208 N Broadway | PO Box 450 | LaCygne | KS | 66040 | |
| Pine Belt Communications Inc. | Attn: Legal Department | PO Box 279 | 3984 County Road 32 | Arlington | AL | 36722 | |
| Pioneer Telephone Cooperative Inc. | Attn: Legal Department | 108 E. Roberts Ave | PO Box 539 | Kingfisher | OK | 73750 | |
| Plant Tiftnet Inc | Attn: Legal Dept | 144 Kent Rd PO Box 135 | | Tifton | GA | 31793-0187 | |
| Plateau | Jack Nuttall & Accounts Payable | 7111 North Prince Street | | Clovis | NM | 88102 | |
| Polar Cablevision | Attn: Legal Department | 110 4th St E | | Park River | ND | 58270 | |
| Reservation Telephone Cooperative | Attn: Brooks Goodall | 24 Main Street N | PO Box 68 | Parshall | ND | 58770 | |
| Shenandoah Cable Television LLC | Attn: Judy Baker | PO Box 459 | | Edinburg | VA | 22824 | |
| Sound Internet Services Pogozone | Attn: K Reid Partlow/Tim Dyke | PO Box 974 | | Lynden | WA | 98264 | |
| South Georgia Gvmtl Srvcs Authority | Attn: Don Atkinson | PO Box 1675 | | Thomasville | GA | 31799 | |
| Southern Plains Cable Tv | Attn: Legal Department | PO Box 165 | 1 Big Rock Blvd | Medicine Park | OK | 73557 | |
| SRT Communications Inc. | Attn: Legal Department | PO Box 2027 | 3615 N Broadway | Minot | ND | 58702 | |
| Stowe Cable Holdings LLC | Attn: Legal Department | 172 Thomas Ln | | Stowe | VT | 05672 | |
| Tekstar Communications Inc. | Joel Smith | 150 2nd Street SW | | Perham | MN | 56573 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 3



**Exhibit B**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Pioneer Telephone Association | Attn: CEO & Legal Counsel | PO Box 707 | 120 West Kansas Avenue | Ulysses | KS | 67880 | |
| Trailwave Fiber Inc. | Attn: HEMC AP | 6135 State Hwy. 115 W | | Clarkesville | GA | 30523 | |
| Uintah Basin Electronic Telecom | Attn: Legal Department | 211 E 200 N | PO Box 398 | Roosevelt | UT | 84066-2343 | |
| United Communications Associations | Attn: GM/CEO | 1107 McActor Road | | Dodger City | KS | 67801 | |
| United Services Inc. | Attn: David Girvan | 401 North Highway 71 | | Savannah | MO | 64485 | |
| Velocity.net Video Inc. | Attn: Legal Department | PO Box 1778 | | Erie | PA | 16512 | |
| Wabash Independent Networks Inc | Attn: Legal Department | PO Box 299 | 210 S Church St | Louisville | IL | 62858 | |
| Waitsfield Cable | Attn: Legal Department | PO Box 9 | 3898 Main St | Waitsfield | VT | 05673-0009 | |
| Wheat State Telephone Inc. | Attn: Randy Hoffman | 106 West 1st | | Udall | KS | 67146 | |
| Wilkes Communications Inc. | Attn: Crystal Brinegar | 1400 River Street | | Wilkesboro | NC | 28697 | |
| Windstream Communications | Attn: CORP Vendor Invoices | 4001 Rodney Parham Road | | Little Rock | AR | 72212 | |
| WireStar Inc. DBA WireStar Networks | Attn: CEO & Anastasia Nadraga | 1902 Pinon Dr Ste E | | College Station | TX | 77845 | |
| Wyandotte Cable | Attn: Amber Haggerty | 3200 Biddle Avenue | Suite 200 | Wyandotte | MI | 48192 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 3 of 3

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention | Email |
| --- | --- | --- |
| Advanced Satellite Systems, Inc. (Amgentech) | | william@amgentech.com |
| Arkwest Communications Inc | Attn: Debbie Tackett | dtackett@arkwest.com<br>carmen@arkwest.com |
| Atlantic Telephone Membership Corp | | jheustess@atmc.com |
| Beehive Telephone Co. Inc. | Attn: Cameron Francis | AP@beehive.net |
| BEK Communications | Attn: Jesse Gunsch | jesseg@bektel.coop |
| Berkeley Cable Television (dba Home Telecom) | Attn: Gina Shuler | gina.shuler@hometelco.com |
| Bresco Broadband | Attn: Brent Beatty/Michael Plank | accounting@brescobroadband.com |
| Cable One, Inc. | Attn: Peter Brown, Senior Director - Product Engineering/ General Counsel's Office/Matthew Deason/ | ap@wirestar.net |
| Canby Telephone Association | Attn: Derrick Mottern/Paul Hauer/ VP Network Operations | invoices@directlink.coop |
| Cap Cable, LLC (Dba USA Communications) | | programming@usacommunications.tv |
| Carnegie Cable | | jpowers@carnegietelephone.com |
| Catawba Services Inc (Comporium) | | carol.johnson@comporium.com |
| Central Telcom Services, LLC dba CUTV | Attn: Monte Christensen | SKyser@newportutilities.com<br>p.peckham@centracom.com |
| City Of Auburn Electric Dept Essential Servicesdiv | | chris@ci.auburn.in.us |
| City Of Wilson Dba Greenlight | | mkearney@wilsonnc.org |
| Clarity Telecom, LLC dba VAST Broadband | Attn: Joe Hester | joe.hester@vastbroadband.com |
| Consolidated Communications, Inc. | Attn: Ann Niemerg & Jaime Montes | accountspayable@consolidated.com |
| Cumberland Connect, LLC | Attn: Vicki Bostain | apcemc@cemc.org |
| Cunningham Communications, Inc. | Attn: Brent Cunningham | brent@ctctelephony.tv |
| Daktel Communications | | jsomsen@daktel.net |
| Dalton Utilities Aka The Board Of Water | | jdavies@dutil.com |
| Delcom Telecommunications | | bcrippen@delcomtele.net |
| Docomo Pacific, Inc. | Attn: Jason Paradez & Christian Cristobal | ccristobal@docomopacific.com<br>jparedes@docomopacific.com |
| Electric Power Board Of Chattanooga | | espesethkg@epb.net |
| Elevate Fiber | Attn: Accounts Payable | Accounts.payable@dmea.com |
| Fidelity | Attn: Melinda Lahmann | Melinda.Lahmann@fidelitycommunications.com |
| Forsyth Cablenet, LLC | | pburnett@pstel.com |
| Futurum Communications Corp Dba Forethought.Net | Attn: Jawaid Bazyard, President /Legal Counsel/Jawaid | eric.hager@forethought.net<br>accountspayable@forethought.net |
| Glenwood Telecommunications, Inc. | | carol@glenwoodtelco.net |
| Gorham Telephone Company | Attn: Mike Murphy | tmurphy@gorhamtel.com |
| H&B Communications Inc. | Attn: Sherry Johnson | sjohnson@hbcomm.net |
| Hamilton County Telephone Co-Op | | steved@hcc.coop |
| Harrisonville Telephone Co / HTC Communications Co (NEW) | Attn: Kris Voelker | kris.voelker@htc.net |
| Hinton Catv Co Inc | | jason1@hintonet.net |
| Holston Electric Cooperative | | jsandlin@holstonelectric.com |
| Holston Electric Cooperative | Attn: Jimmy Sandlin | Jsandlin@holstonelectric.com |
| Hood Canal Cablevision | | kelleo@hcc.net |
| Horry Telephone Cooperative | | sandy.hendrick@htcinc.net |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 2



**Exhibit C**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Independent Cable Systems Of Idaho (Silver Star) | | mamotzkus@silverstar.net |
| Infostructure, Inc. (Click1.Net/1Tennessee) | | jwarmath@click1.net |
| Inter Mountain Cable Inc (Gearheart Communications) | | scarlettj@gearheart.com |
| Johnson City Energy Authority dba BrightRidge | Attn: CEO - Jeffrey Dykes/ CFO - Brian Bolling | sevans@brightridge.com |
| Lafayette Cityparish Consolidate Gov Dba Lus Fiber | | cgovernale@lus.org |
| Lincolnville Communications | | sethr@lintelco.net<br>randalm@lintelco.net |
| Lumos Media, Inc | Attn: Mark Taylor | taylorm@lumosnet.com |
| Madison Telephone | Attn: Shana Rains | mtn.shana@gmail.com |
| Mashell Telecom, Inc Dba Rainier Connect | | lorie.hills@rainierconnect.net |
| Massillon Cable TV Inc | Attn: Pam Grissom | pgrissom@mctvohio.com |
| Mi Connection Communications System Dba Continuum | | ebaker@ourcontinuum.com |
| MLGC, LLC | | tyler.kilde@mlgc.net |
| Mtc Communications | | hfecht@mdtc.net |
| NCTC | Attn: Crystal Robertx | croberts@nctconline.org |
| Newport Utilities | | skyser@newportutilities.com |
| Nex-Tech, LLC | | sroe@nex-tech.com |
| Nortex Communications | Attn: Lacy Neu | lneu@nortex.com |
| North Dakota Telephone Company | Attn: Sandy Nordrum | sandyn@ndtel.com |
| North State Communications, LLC | | scott.watts@nscom.com |
| Northwest Communications Cooperative | | angelas@nccray.com |
| Oklahoma Fiber, LLC | | brady@oecfiber.com |
| Pioneer Telephone Cooperative, Inc. | | daparks@ptci.com |
| Plateau | Attn: Jack Nuttall & Accounts Payable | accountspayable@plateautel.com |
| Polar Cablevision | | sdub@polartel.com<br>accountspayable@polartel.com |
| Shenandoah Cable Television LLC (Dba Shentel) | Attn: Judy Baker | judyann@shentel.net<br>Judy.Baker@emp.shentel.com |
| Southern Plains Cable Tv (Hilliary Communications) | | jamie.mcclure@hillcom.net |
| SRT Communications, Inc. | | shawngg@srttel.com |
| Stowe Cable Holdings, LLC | | rickr@stowecable.com |
| Trailwave Fiber Inc. | Attn: HEMC AP | hemcap@hemc.coop |
| Uintah Basin Electronic Telecom Dba Strata Network | | bhancock@stratanetworks.com<br>dtackett@arkwest.com |
| United Communications Associations | Attn: GM/CEO | kimt@unitedtelcom.net |
| United Services, Inc. | Attn: David Girvan | dgirvan@ueci.coop |
| Wabash Independent Networks Inc | | tanyaw@wabash.net |
| Waitsfield Cable | | sprovost@wcvt.com |
| Wheat State Telephone, Inc. | Attn: Randy Hoffman | bmillsap@wheatstate.com |
| Wilkes Communications, Inc. | Attn: Crystal Brinegar | crystalbrinegar@myriverstreet.net<br>brittanycasey@myriverstreet.net |
| Windstream Communications | Attn: CORP Vendor Invoices | CORP.Vendor.Invoices@windstream.com |
| Wyandotte Cable | Attn: Amber Haggerty | ahaggerty@wyandottemi.gov |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 2