## *3IN* THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-10457 (LSS)<br>Jointly Administered |
| Debtors. | **Related to D.I. 361** |

### CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Second Monthly Fee Application of PricewaterhouseCoopers LLP ("PwC") for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period May 1, 2021 through May 31, 2021 (the "Application") [D.I. 361], filed on June 28, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than July 19, 2021 at 4:00 p.m. ET.

Pursuant to this Court's Order (I) Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief, entered

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

123928373.1

April 26, 2021 (the "Interim Compensation Order")[2] [D.I. 207], the Debtors are authorized and directed to pay PwC $69,952.80 (which represents 80% of the fees for the period of May 1, 2021 through May 31, 2021) (no expense reimbursement requested) upon the filing of this certification and without the need of a court order.

| | |
|---|---|
| Dated:  July 20, 2021 | **FOX ROTHSCHILD LLP**<br><br>*/s/ Seth A. Niederman*<br>Seth A. Niederman (DE No. 4588)<br>919 North Market Street, Suite 300<br>Wilmington, DE  19899-2323<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>           -and-<br>Michael A. Sweet<br>345 California Street, Suite 2200<br>San Francisco, California 94104<br>Telephone:     (415) 364-5540<br>Facsimile:      (415) 391-4436<br>           -and-<br>Gordon E. Gouveia<br>321 North Clark Street, Suite 1600<br>Chicago, IL 60654<br>Telephone:  (312) 980-3816<br>Facsimile:  (312) 517-9201<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

---

[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

123928373.1