# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*, [1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Joint Administration Requested<br><br>**Re: Docket No. 374** |

## CERTIFICATION OF COUNSEL

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On May 28, 2021, the Debtors and the Official Committee of Unsecured Creditors (the "Committee", and together with the Debtors, the "Plan Proponents") filed the *Plan Proponents' Motion for Entry of an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Combined Plan and Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling the Combined Hearing and Approving Form and Manner of Related Notice and Objection Procedures (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving, and Tabulating Votes to Accept or Reject the Plan, and (V) Approving Form of Ballot* [Docket No. 374] (the "Motion").

2. The Plan Proponents received informal comments to the Motion from the Office of the United States Trustee ("UST"). No formal objections to the Motion were filed on the Court's docket.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

3. Attached hereto as **Exhibit A** is a proposed form of order which incorporates the UST's comments (the "Proposed Order").

4. A comparison of the Proposed Order to the form of order filed with the Motion is attached hereto as **Exhibit B**.

5. The UST has no objection to the entry of the Proposed Order.

6. The Plan Proponents respectfully request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: July 21, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*

Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:    302-652-4100
Facsimile:    302-652-4400
Email:    dgrassgreen@pszjlaw.com
jrosell@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*