B2100A (Form 210A) (12/15)



## UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re **MobiTV, Inc., et al.**                                                                 Case No. **21-10457**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Secure Talent, Inc.** | **Bradford Capital Holdings, LP** |
| Address of Transferor: | Address of Transferee: |
| 2385 Northside Drive, Suite 250<br>San Diego, CA 92108<br>Catherine Ingargiola<br>cingargiola@eastridge.com | P.O. Box 4353<br>Clifton, NJ  07012<br>Brian L. Brager<br>bbrager@bradfordcapitalmgmt.com |

| Schedule/Claim No. | Creditor Name | Date Claim Filed | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Sch. No. 2294299 | Secure Talent, Inc. | N/A | $19,853.45 | MobiTV, Inc. | 21-10457 |
| POC 15 | Secure Talent, Inc. | 03/25/2021 | $25,991.92 | MobiTV, Inc. | 21-10457 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Catherine Ingargiola*                                             By: *Brian Brager*
Transferor / Transferor's Agent                                         Transferee / Transferee's Agent
07/27/2021                                                                              07/27/2021
Date                                                                                           Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____
**CLERK OF THE COURT**

Annex A

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the District of Delaware

Secure Talent, Inc., with offices at 2385 Northside Drive, Suite 250, San Diego, CA 92108 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to Bradford Capital Holdings, LP, its successors and assigns, with offices at P.O. Box 4353, Clifton, NJ 07012 ("Buyer"), all rights, title and interest in and to the following claims of Seller against the Debtors listed below (the "**Claims**") in the United States Bankruptcy Court District of Delaware (jointly administered under Case No. 21-10457):

| Schedule/Claim No. | Creditor Name | Date Claim Filed | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Sch. No. 2294299 | Secure Talent, Inc. | N/A | $19,853.45 | MobiTV, Inc. | 21-10457 |
| POC 15 | Secure Talent, Inc. | 03/25/2021 | $25,991.92 | MobiTV, Inc. | 21-10457 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claims to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the Effective Date.

BUYER: Bradford Capital Holdings, LP

*DocuSigned by: Brian Brager*
858F5F65980341E...

By: Brian L. Brager
Date: 07/27/2021 _____

Email: bbrager@bradfordcapitalmgmt.com

SELLER: Secure Talent, Inc.

*DocuSigned by: Catherine Ingargiola*
768D677FDD1F472...

By: Catherine Ingargiola
Date: 07/27/2021 _____

Email: cingargiola@eastridge.com