### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

### **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 2, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- Notice of (I) Approval of Solicitation Procedures, (II) Establishment of Voting Record Date, (III) Combined Hearing on Confirmation of Plan and Final Approval of Disclosures, (IV) Deadline for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan (attached hereto as **Exhibit B**)

Dated: September 10, 2021

_____
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of September, 2021, by Sabrina G. Tu proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Address |
| --- | --- |
| Edward Legarda | Address Redacted |
| Sunilkumar Vishwakarma | Address Redacted |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 1

# **<u>Exhibit B</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

**NOTICE OF (I) APPROVAL OF SOLICITATION PROCEDURES, (II) ESTABLISHMENT OF VOTING RECORD DATE, (III) COMBINED HEARING ON CONFIRMATION OF PLAN AND FINAL APPROVAL OF DISCLOSURES, (IV) DEADLINE FOR OBJECTING TO CONFIRMATION OF PLAN, AND
(IV) PROCEDURES AND DEADLINE FOR VOTING ON PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1. *Approval of Solicitation Procedures*. By order dated August 10, 2021 (the "Solicitation Procedures Order"), the United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), approved on an interim basis the adequacy of the Disclosures in the *First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* (as it may be amended, supplemented, or modified from time to time, the "Plan") within the meaning of section 1125 of Title 11 of the United States Code (the "Bankruptcy Code"), and authorized the Debtors to solicit votes to accept or reject the Plan.[2]

2. *Deadline for Voting on the Plan*. By the Solicitation Procedures Order, the Court established **September 13, 2021 at 5:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which Ballots accepting or rejecting the Plan must be received. Only holders of Claims in Class 3 under the Plan are entitled to vote on the Plan and will receive Ballots for casting such votes. To be counted, original Ballots must **actually be received** by the Debtors' Voting Agent on or before the Voting Deadline either (a) via E-Balloting Portal (as set forth in the instructions on the Ballot), or (b) via mail, personal delivery, or overnight courier to MobiTV Balloting, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Ballots cast by e-mail, facsimile, or any other electronic format (other than E-Ballot) will not be counted. Holders of unimpaired Claims under the Plan and Classes that are deemed to reject the Plan are not entitled to vote on the Plan and, therefore, will receive a Notice of Non-Voting Status rather than a Ballot.

3. *Combined Hearing*. A hearing (the "Combined Hearing") will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, on **September 22, 2021 at 2:00 p.m. (Eastern Time),** in Courtroom 2 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, to consider confirmation of the Plan, final approval of the Disclosures in the Plan, and for such other and further relief as may be just or proper. The Combined Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Combined Hearing or any continued hearing or on the applicable hearing agenda. The Plan may be modified in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Plan, and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning provided to them in the Plan.

DOCS_SF:105818.5

other applicable law, without further notice, prior to or as a result of the Combined Hearing. If the Court enters an order confirming the Plan, Bankruptcy Code section 1141 shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by the Bankruptcy Code.

4. ***Deadline for Objections to Confirmation of Plan***. Objections, if any, to confirmation of the Plan, must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the claim or interest of such party; (iii) state with particularity the legal and factual basis and nature of any objection or response; and (iv) be filed with the Court and served on the following parties so as to be actually received **before September 13, 2021 at 4:00 p.m. (Eastern Time)**: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Debra I. Grassgreen (dgrassgreen@pszjlaw.com), Jason H. Rosell (jrosell@pszjlaw.com), and Mary F. Caloway (mcaloway@pszjlaw.com); (ii) the Office of the United States Trustee, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); and (iii) counsel to the Official Committee of Unsecured Creditors, Fox Rothschild LLP, 321 N. Clark St., Suite 1600, Chicago, IL 60654, Attn: Seth Niederman (sniederman@foxrothschild.com), Michael A. Sweet (msweet@foxrothschild.com) and Gordon E. Gouveia (ggouveia@foxrothschild.com).

5. ***Releases, Injunction, and Exculpation Provisions Contained in Plan***. Article X of the Plan contains certain release, injunction, and exculpation provisions more fully set forth in <u>Exhibit A</u> hereto. You should carefully review the Plan, including these provisions, as your rights may be affected.

6. ***Copies of the Plan and Related Documents***. Copies of the Plan, the Solicitation Procedures Order, and related documents are available for review at https://cases.stretto.com/MobiTV, or upon request to the Voting Agent by email to teammobitv@stretto.com or by telephone at (949) 617-1902 or (855) 294-0902.

7. ***Deadline for Filing Motions to Have Claim Temporarily Allowed for Voting Purposes.*** Any alleged Creditor seeking to have a Claim temporarily allowed for purposes of voting to accept or reject the Plan pursuant to Bankruptcy Rule 3018(a), whether because such alleged Creditor is not entitled to vote such Claim under the tabulation rules set forth herein, or because the alleged Creditor wishes to have their Claim allowed for purpose of voting in a manner that is inconsistent with the Ballot they received, or because the Debtors have filed an objection to such Claim, or for any other reason, such alleged Creditor must file, and serve on the Plan Proponents' undersigned attorneys, a motion for relief and notice of hearing on such a motion for such relief no later than **September 8, 2021 at 4:00 p.m. (Eastern Time)**. Any such motion shall be heard at the Combined Hearing.

Dated: August 10, 2021

| | |
|---|---|
| /s/ Jason H. Rosell | /s/ Gordon Gouveia |
| PACHULSKI STANG ZIEHL & JONES LLP | FOX ROTHSCHILD LLP |
| 919 North Market Street, 17th Floor | 919 North Market Street, Suite 300 |
| Wilmington, DE 19899-8705 | Wilmington, DE 19899-2323 |
| Telephone:    302-652-4100 | Telephone: (302) 654-7444 |
| Facsimile:    302-652-4400 | Facsimile: (302) 656-8920 |
| | |
| *Counsel to the Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors* |