IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Related to D.I. 414** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 18, 2021 THROUGH MAY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Interim Application of Fox Rothschild LLP for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 through May 31, 2021 (the "Application") [D.I. 414], filed on August 5, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than August 26, 2021, at 4:00 p.m. ET.

It is hereby respectfully requested that the Order submitted with the Application be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

126274974.1

| | |
|---|---|
| Dated: September 14, 2021 | **FOX ROTHSCHILD LLP**<br><br>*/s/ Seth A. Niederman*<br>Seth A. Niederman (DE No. 4588)<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>sniederman@foxrothschild.com<br><br>-and-<br><br>Michael A. Sweet<br>345 California Street, Suite 2200<br>San Francisco, California 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>msweet@foxrothschild.com<br><br>-and-<br><br>Gordon E. Gouveia<br>321 North Clark Street, Suite 1600<br>Chicago, IL 60654<br>Telephone: (312) 980-3816<br>Facsimile: (312) 517-9201<br>ggouveia@foxrothschild.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |