IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 465** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIFTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM JULY 1, 2021 THROUGH JULY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the relief requested in the *Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Debtors and Debtors In Possession for the Period From July 1, 2021 Through July 31, 2021* [Docket No. 465] (the "Application"), filed on August 25, 2021. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than September 15, 2021, at 4:00 p.m., prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* entered by this Court on April 26, 2021 [Docket No. 207], the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP the amount of $71,779.98, which represents the sum of (x) $67,833.60

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

2

(80% of the fees) and (y) $3,945.98, (100% of the expenses) requested in the Application for the period July 1, 2021 through July 31, 2021 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: September 16, 2021
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*

Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email:  dgrassgreen@pszjlaw.com
       jrosell@pszjlaw.com
       mcaloway@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*