**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered<br><br>**Related to D.I. 469** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**FOURTH MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Monthly Fee Application of Fox Rothschild LLP ("Fox Rothschild") for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2021 through July 31, 2021 (the "Application") [D.I. 469], filed on August 27, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were required to be filed and served no later than September 16, 2021 at 4:00 p.m. ET.

Pursuant to this Court's Order (I) Establishing Procedures for Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief, entered April 26, 2021 (the "Interim Compensation Order")[2] [D.I. 207], the Debtors are authorized

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.
[2] Capitalized terms used herein but not capitalized shall have the meaning(s) ascribed to them in the Interim Compensation Order.

126367030.1

and directed to pay Fox Rothschild $9,751.20 (which represents 80% of the fees for the period of July 1, 2021 through July 31, 2021) (no expense reimbursement requested), upon the filing of this certification and without the need of a court order.

Dated: September 17, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
     -and-
Michael A. Sweet
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436
     -and-
Gordon E. Gouveia
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone:  (312) 980-3816
Facsimile:  (312) 517-9201

*Counsel to the Official Committee of Unsecured Creditors*