## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**RE: Docket No. 463** |

**ORDER (I) AUTHORIZING DEBTORS TO**
**REJECT EXECUTORY CONTRACT WITH NAVEX GLOBAL, INC.**
**EFFECTIVE AS OF MAY 31, 2021; AND (II) FIXING A BAR DATE FOR**
**NAVEX GLOBAL, INC. TO FILE A REJECTION DAMAGE CLAIM**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for the entry of an order, pursuant to section 365 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the Rejected Contract effective as of the Rejection Date; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Rejected Contract is deemed rejected, pursuant to section 365 of the Bankruptcy Code, effective as of May 31, 2021.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

3. The Rejection Damages Bar Date for Navex Global, Inc. to file a Rejection Damage Claim, if any, shall be thirty (30) days following the entry of this Order.

4. The Debtors reserve all rights to contest any such claim and to contest the characterization of the Rejected Contract as executory or not.

5. The Debtors do not waive any claims that the Debtors may have against any counterparty to the Rejected Contract, whether or not such claims are related to the Rejected Contract.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Dated: September 21st, 2021**
**Wilmington, Delaware**

*[Signature]*