# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

MOBITV, INC., *et al.*,

Debtors.

Chapter 11

Case No. 21-10457 (LSS)

Jointly Administered

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
| --- | --- |
| October 27, 2021 | 2:00 p.m. (ET) (Omnibus Hearing) |
| December 1, 2021 | 10:00 a.m. (ET) (Omnibus Hearing) |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein.

**Dated: September 22nd, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE