

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**Debtor(s):**

_MobiTV, Inc_____

_____

_____

_____

**Case No.** ___21-10457_____

## Claim Withdrawal Form

I, _Cellco Partnership d/b/a Verizon Wireless_____, Claimant, hereby withdraw claim number(s) ____101____, for the following reason: _We have received the payment_____ _____.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: _09/23/2021_____          _Ruiqiao Wen_____

                                        Claimant's Signature