

## Claims Register as of 10/05/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bay Area Ergonomics | Susan Macdonald | 8 Altamira Avenue | | Kentfield | CA | 94904 | | 03/04/2021 | $1,650.00 | $0.00 | | $1,650.00 | |
| 2 | Rochester Network Supply Inc | Attn: Rhonda Kusher | 1319 Research Forest | | Macedon | NY | 14502 | | 03/05/2021 | $16,844.35 | $16,844.35 | | | |
| 3 | Datadog, Inc. | | 620 Eighth Avenue | 45th Floor | New York | NY | 10018 | | 03/11/2021 | $3,337.62 | $3,337.62 | | | |
| 4 | CDW Direct, LLC | Vida Krug | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | | 03/04/2021 | $36,065.77 | $36,065.77 | | | |
| 5 | Globecast America, Inc. | c/o Globecast North America, Inc. | Attn: Michael Andrew Hockett | 10525 Washington Blvd. | Culver City | CA | 90232 | | 03/08/2021 | $161,100.00 | $161,100.00 | | | |
| 6 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/12/2021 | $82,735.12 | $82,735.12 | | | |
| 7 | Corovan Moving & Storage Co. | Anthony Rusnak | 12302 Kerran St. | | Poway | CA | 92064 | | 03/12/2021 | $6,567.78 | $6,567.78 | | | |
| 8 | Countly Ltd | OHS SECRETARIES | 9th Floor 107 Cheapside | | London | | EC2V 6DN | UK | 03/15/2021 | $63,750.00 | $63,750.00 | | | |
| 9 | Excelerate Systems LLC | David Bennett | 2205 152nd Avenue NE | | Redmond | WA | 98052 | | 03/15/2021 | $19,500.00 | $19,500.00 | | | |
| 10 | PacGenesis, Inc. | | 2028 E Ben White Blvd | #240-3775 | Austin | TX | 78741 | | 03/16/2021 | $21,420.00 | $21,420.00 | | | |
| 12 | Ally Bank | Daniel Maresca | c/o McGuireWoods LLP | 1251 Avenue of the Americas, 20th Floor | New York | NY | 10020 | | 03/23/2021 | $11,300,922.00 | $11,300,922.00 | | | Undetermined |
| 14 | Aha! Labs, Inc. | | 20 Gloria Circle | | Menlo Park | CA | 94025 | | 03/24/2021 | $420.71 | $420.71 | | | |
| 15 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/25/2021 | $25,991.92 | $25,991.92 | | | |
| 16 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/25/2021 | $1,446.16 | $1,446.16 | | | |
| 17 | AQUILINE CAPITAL PARTNERS LLC | Geoffrey Kalish | 535 Madison Avenue | | New York | NY | 10022 | | 03/26/2021 | $264,708.21 | $264,708.21 | | | |
| 18 | Fun Little Media, LLC | Attn: Frank Chindamo | 6400 Primrose Ave. #15 | | Los Angeles | CA | 90068-2879 | | 03/26/2021 | $3,773.42 | | | $3,773.42 | |
| 19 | CIT Bank NA | Bankruptcy Processing Solutions, Inc | PO Box 593007 | | San Antonio | TX | 78259 | | 03/29/2021 | $36,525.67 | $36,525.67 | | | |
| 20 | Agile Learning Labs | | 255 South B Street Suite #200 | | San Mateo | CA | 94401 | | 03/29/2021 | $14,625.00 | $14,625.00 | | | |
| 21 | Level 3 Communications, LLC a CenturyLink Company | c/o Bankruptcy | Attn: Legal-BKY | 1025 El Dorado Blvd | Broomfield | CO | 80021 | | 03/29/2021 | $45,867.64 | $45,867.64 | | | |
| 22 | Localytics - Newco | c/o RMC | PO Box 729 | | Bolton | MA | 01740 | | 03/25/2021 | $187,292.21 | $187,292.21 | | | |
| 24 | Bankruptcy Section MS A340 | Franchise Tax Board | PO Box 2952 | | Sacramento | CA | 95812-2952 | | 04/01/2021 | $800.00 | | | $800.00 | |
| 25 | WMBE Payrolling Inc | Erica Ostberg | 9475 Chesapeake Drive | | San Diego | CA | 92123 | | 03/23/2021 | $23,741.87 | $23,741.87 | | | |
| 26 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 04/05/2021 | $542,569.06 | | | $542,569.06 | |
| 28 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | P.O. Box 609 | | Cedar Rapids | IA | 52406 | | 04/05/2021 | $41,993.10 | $41,993.10 | | | |
| 29 | Rino Bartolo | | Address on File | | | | | | 04/08/2021 | $1,800.00 | $1,800.00 | | | |
| 30 | Hsiao-Li Wu | | Address on File | | | | | | 04/08/2021 | $45,412.08 | | | $22,706.04 | $22,706.04 |
| 31 | ADP Inc | | 1851 N Resler | | El Paso | TX | 79912 | | 04/05/2021 | $200.00 | $200.00 | | | |
| 32 | KC Telco LLC | | Two Liberty Place | 50 South 16th Street Suite 3500 | Philadelphia | PA | 19102 | | 04/13/2021 | $1,965.82 | $1,965.82 | | | |
| 33 | Tekstar Communications, Inc. | c/o Thompson Coburn LLP | Attn: Francis X. Buckley, Jr. | 55 E. Monroe Street, 37th Floor | Chicago | IL | 60603 | | 04/16/2021 | $529,799.04 | $529,799.04 | | | |
| 34 | Kovarus, Inc. | Mark McGourty | 2000 Crow Canyon Place, Suite 250 | | San Ramon | CA | 94583 | | 04/19/2021 | $343,980.00 | $343,980.00 | | | |
| 35 | BEAR Cloud Technologies, Inc. | Attn: Donald James | PO Box 37 | Finance | Bakersfield | CA | 93302 | | 04/26/2021 | $1,137,750.25 | $1,137,750.25 | | | |
| 36 | Corovan Moving & Storage Co. | Anthony Rusnak | 12302 Kerran St. | | Poway | CA | 92064 | | 04/28/2021 | $6,567.78 | Unknown | | $6,567.78 | |
| 37 | Rino Bartolo | | Address on File | | | | | | 05/02/2021 | $1,800.00 | $1,800.00 | | | |
| 38 | Gracenote Media Services, LLC | Margaret Casey | 40 Media Drive | | Queensbury | NY | 12804 | | 05/03/2021 | $70,810.27 | $70,810.27 | | | |
| 39 | Electric Power Board of Chattanooga | David DiBiase | P.O. Box 182255 | | Chattanooga | TN | 37422 | | 05/03/2021 | $150,206.45 | $150,206.45 | | | |
| 40 | Jae Ryoung Jung | | Address on File | | | | | | 05/03/2021 | $0.00 | $0.00 | | | |
| 41 | Do Hyun Chung | | Address on File | | | | | | 05/03/2021 | $28,442.31 | $28,442.31 | | $0.00 | |
| 42 | Do Hyun Chung | | Address on File | | | | | | 05/03/2021 | $0.00 | $0.00 | | | |
| 43 | Randall Lamb Associates | | 3131 Camino Del Rio N | Ste 800 | San Diego | CA | 92108-5709 | | 05/03/2021 | $3,300.00 | $3,300.00 | | | |
| 44 | Jeffrey Linam | | Address on File | | | | | | 05/03/2021 | $7,801.92 | $7,801.92 | | | |
| 45 | Christopher K Firestone | | Address on File | | | | | | 05/04/2021 | $0.50 | $0.50 | | $0.00 | |
| 46 | Betty Kerpen | | Address on File | | | | | | 05/04/2021 | $25,000.00 | $25,000.00 | | | |
| 47 | Fred Winkel | | Address on File | | | | | | 05/04/2021 | $25,000.00 | $25,000.00 | | | |
| 48 | Parastoo Emami | | Address on File | | | | | | 05/05/2021 | Withdrawn | Withdrawn | | | |
| 49 | Parastoo Emami | | Address on File | | | | | | 05/05/2021 | $15,120.00 | $15,120.00 | | | |
| 50 | Rovi Corporation | Melissa Mefford - Credit Manager | 7140 South Lewis | | Tulsa | OK | 74136 | | 05/06/2021 | $634,803.42 | $634,803.42 | | | |
| 51 | Eatel Video LLC | Attn: Calynne Millien | 913 S Burnside Ave | | Gonzales | LA | 70737 | | 05/06/2021 | $20,000.00 | $20,000.00 | | | |
| 52 | CuriosityStream Inc | Attn: Victoria Rumley | 8484 Georgia Avenue, Suite 700 | | Silver Spring | MD | 20910 | | 05/06/2021 | $9,515.75 | $9,515.75 | | | |
| 53 | Daniel Paul Medeiros | | Address on File | | | | | | 05/06/2021 | $18,547.21 | $18,547.21 | | | |
| 54 | Ankur Sharma | | Address on File | | | | | | 05/06/2021 | $0.00 | $0.00 | | | |
| 55 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 05/06/2021 | $11,715.00 | $11,715.00 | | | |
| 56 | Daniel Paul Medeiros | | Address on File | | | | | | 05/06/2021 | $18,547.21 | | | $18,547.21 | |
| 57 | Andrea Vinson | | Address on File | | | | | | 05/07/2021 | $42,420.02 | $42,420.02 | | | |
| 58 | David Maekawa | | Address on File | | | | | | 05/07/2021 | $23,184.00 | $23,184.00 | | | |
| 59 | Curtis Calhoun | | Address on File | | | | | | 05/07/2021 | $19,226.02 | $19,226.02 | | | |
| 60 | Michael Pampinella | | Address on File | | | | | | 05/07/2021 | $25,763.22 | $18,322.00 | | $7,441.22 | |
| 61 | Michael Pampinella | | Address on File | | | | | | 05/07/2021 | $18,635.40 | $18,635.40 | | | |
| 62 | Amol Brahmankar - Red Elephant Solutions LLP | | Address on File | | | | | | 05/08/2021 | $5,136.35 | $5,136.35 | | | |
| 63 | Braindriven Consulting LLP | | 6, Devdoot Apartments, Gulmohar Path | Off Law College Rd | Pune | Maharashtra | 411004 | India | 05/08/2021 | $9,521.24 | $9,521.24 | | | |
| 64 | Thomas M. Casey, D.D.S. | | Address on File | | | | | | 05/08/2021 | $15,000.00 | $15,000.00 | | | |
| 65 | Shilpi Mittal | | Address on File | | | | | | 05/09/2021 | $80,000.00 | $0.00 | | $80,000.00 | |
| 66 | HC2 Network, Inc. | Joseph Ferraro | 295 Madison Ave, 12th Floor | | New York | NY | 10017 | | 05/10/2021 | $12,993.00 | $12,993.00 | | | |
| 67 | Andrea Vinson | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 68 | Ren Long | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 69 | Timothy Chan | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 70 | T Mobile/T-Mobile USA Inc by American InfoSource as agent | | 4515 N Santa Fe Ave | | Oklahoma | OK | 73118 | | 05/10/2021 | $389.17 | $389.17 | | | |
| 71 | The Simon and Briony Bax Trust | | Address on File | | | | | | 05/12/2021 | $150,000.00 | $150,000.00 | | | |
| 72 | Heet Singala | | Address on File | | | | | | 05/12/2021 | $8,008.00 | $8,008.00 | | | |



**Claims Register as of 10/05/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Mark Berner | | Address on File | | | | | | 05/13/2021 | $10,290.00 | $10,290.00 | | | |
| 74 | Isaac Camacho | | Address on File | | | | | | 05/13/2021 | $0.00 | $0.00 | | | |
| 75 | Manish Pesswani | | Address on File | | | | | | 05/13/2021 | $55,800.00 | $55,800.00 | | | |
| 76 | Witbe Inc. | | 76 Grand Avenue | | Massapequa | NY | 11758 | | 05/14/2021 | $25,146.20 | $21,960.00 | | $3,186.20 | |
| 77 | Kerry Travilla | | Address on File | | | | | | 05/15/2021 | $69,000.00 | $69,000.00 | | | |
| 78 | Budi Sulayman | | Address on File | | | | | | 05/15/2021 | $0.00 | $0.00 | | | |
| 79 | Fidel Zawde | | Address on File | | | | | | 05/16/2021 | $3,949.98 | $3,949.98 | | | |
| 80 | Tuan Pham | | Address on File | | | | | | 05/17/2021 | $0.00 | $0.00 | | | |
| 81 | Heather Dawe | | Address on File | | | | | | 05/17/2021 | $7,500.00 | $7,500.00 | | | |
| 82 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 05/17/2021 | $1,783.04 | $1,783.04 | | | |
| 83 | NYC Dept of Finance | Catherine Leung | 375 Pearl St | | New York | NY | 10038 | | 05/18/2021 | $892.80 | | | $892.80 | |
| 84 | Connecticut Department of Revenue Services | Collections Unit / Bankruptcy | 450 Columbus Blvd. Ste. 1 | | Hartford | CT | 06103 | | 05/18/2021 | $1,250.00 | | | $1,250.00 | |
| 85 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548 MC-008 | Austin | TX | 78711 | | 05/19/2021 | $1,000.00 | | | $1,000.00 | |
| 87 | Scott G Siegfried | | Address on File | | | | | | 05/19/2021 | $7,360.00 | | | $7,360.00 | |
| 88 | IneoQuest Technologies, Inc | | Dept CH 19065 | | Palatine | IL | 60055-9065 | | 05/20/2021 | $13,812.50 | $13,812.50 | | | |
| 89 | Sangeetha Venga Saravanan | | Address on File | | | | | | 05/20/2021 | $7,902.73 | $7,902.73 | | | |
| 90 | Homathko River Partners, LLC | Attn: Scott Anderson | 1100 Bellevue Way NE Ste 8A | PMB #3 | Bellevue | WA | 98004 | | 05/21/2021 | $500,000.00 | $500,000.00 | | | |
| 91 | Mahesh Kumar Shivanandappa | | Address on File | | | | | | 05/21/2021 | $18,900.00 | $18,900.00 | | | |
| 92 | Don Lee | | Address on File | | | | | | 05/22/2021 | $34,545.01 | $31,954.13 | | $2,590.88 | |
| 94 | Win Corporate Advisors Private Limited | | 407, 4th Floor, Sanjar Enclaves | Opposite PVR cinema, S V Road | Kandivali West, Mumbai | Maharashtra | 400067 | India | 05/24/2021 | $1,555.10 | $1,555.10 | | | |
| 95 | Americable International, Inc. | Attn: Dino Caponi | 14221 SW 120th Street, Ste 211 | | Miami | FL | 33186 | | 05/24/2021 | $20,000.00 | $20,000.00 | | | |
| 96 | William Routt | | Address on File | | | | | | 05/24/2021 | Withdrawn | Withdrawn | | | |
| 97 | William Routt | | Address on File | | | | | | 05/24/2021 | Withdrawn | Withdrawn | | | |
| 98 | Ana Recio | | Address on File | | | | | | 05/24/2021 | $1,494.00 | | | $1,494.00 | |
| 99 | Federal Insurance Company | c/o CHUBB | 436 Walnut Street - WA04K | | Philadelphia | PA | 19106 | | 05/26/2021 | $0.00 | Unknown | | | |
| 100 | James Au | | Address on File | | | | | | 05/28/2021 | $31,785.00 | $31,785.00 | | | |
| 101 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County PKWY | | Ashburn | VA | 20147 | | 06/01/2021 | Withdrawn | Withdrawn | | | |
| 102 | Persistent Systems Inc. | | 2055 Laurelwood Rd Ste 210 | | Santa Clara | CA | 95054 | | 06/01/2021 | $367,128.00 | $367,128.00 | | | |
| 103 | MASSACHUSETTS DEPARTMENT OF REVENUE | | PO BOX 9564 | | BOSTON | MA | 02114-9564 | | 06/03/2021 | $456.00 | | | $456.00 | |
| 104 | Fox News Network, LLC | Attn: Indira Kunhegyesi | 1211 Avenue of the Americas 2nd Floor | | New York | NY | 10036 | | 06/03/2021 | $612,150.00 | $612,150.00 | | | |
| 105 | Fun Little Media, LLC | Attn: Frank Chindamo | 6400 Primrose Ave. #15 | | Los Angeles | CA | 90068-2879 | | 06/03/2021 | $3,773.42 | | | $3,773.42 | |
| 106 | Lindquist LLP | Robert Bellerose | 5000 Executive Parkway Suite 400 | | San Ramon | CA | 94583 | | 06/04/2021 | $13,600.00 | $13,600.00 | | | |
| 107 | Jordan Misiura | | Address on File | | | | | | 06/06/2021 | $25,867.25 | $25,867.25 | | | |
| 108 | Ann Mayo | | Address on File | | | | | | 06/07/2021 | $6,552.00 | $6,552.00 | | | |
| 109 | Charles Nooney | | Address on File | | | | | | 06/07/2021 | $145,725.00 | $145,725.00 | | | |
| 110 | Charles Nooney | | Address on File | | | | | | 06/07/2021 | $326,835.00 | $326,835.00 | | | |
| 111 | Sorrento Associates, Inc. | Robert Jaffe | 1802 E Barefoot Pl | | Vero Beach | FL | 32963 | | 06/08/2021 | $50,899.62 | $50,899.62 | | | |
| 112 | Terri Stevens | | Address on File | | | | | | 06/08/2021 | $105,310.00 | $105,310.00 | | | |
| 113 | Terri Stevens | | Address on File | | | | | | 06/08/2021 | $172,901.04 | $172,901.04 | | | |
| 114 | William Routt | | Address on File | | | | | | 06/08/2021 | $242,895.00 | $242,895.00 | | | |
| 115 | Dusty Corro | | Address on File | | | | | | 06/09/2021 | $19,538.00 | $19,538.00 | | | |
| 116 | Link Level Consulting LLC | | 5924 Chabolyn Terrace | | Oakland | CA | 94618 | | 06/09/2021 | $200.00 | $200.00 | | | |
| 117 | Zayo Group LLC | Brittany McNamara | 1821 30th Street, Unit A | | Boulder | CO | 80301 | | 06/09/2021 | $33,924.02 | $33,924.02 | | | |
| 118 | ATEME, Inc. | Steven G. Polard, Esq. of Ropers Majeski PC | 445 S. Figueroa St., Suite 3000 | | Los Angeles | CA | 90071 | | 06/10/2021 | $598,794.75 | $598,794.75 | | | |
| 119 | Tran Pham Hill | | Address on File | | | | | | 06/10/2021 | $5,660.65 | $5,660.65 | | | |
| 120 | Michael McMahon | | Address on File | | | | | | 06/10/2021 | $23,309.99 | $23,309.99 | | | |
| 121 | Andersen Tax LLC | Attn: Michelle B. Ventress | 71 S Wacker Dr | Ste 2600 | Chicago | IL | 60606 | | 06/11/2021 | $0.00 | Not less than 11600.00; see attached rider. | | | |
| 122 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/11/2021 | $89,750.00 | $89,750.00 | | | |
| 123 | AT&T Corp. on behalf of itself and its affiliates | Karen Cavagnaro, AT&T Legal Department | One AT&T Way | Suite 3A104 | Bedminster | NJ | 07921 | | 06/11/2021 | $300,272.26 | $300,272.26 | | | |
| 124 | Constance Riedinger | | Address on File | | | | | | 06/11/2021 | $25,000.00 | $25,000.00 | | | |
| 125 | Prudhvi Raju Mutluri | | Address on File | | | | | | 06/13/2021 | $12,041.33 | $10,321.14 | | $1,720.19 | |
| 126 | Prudhvi Raju Mutluri | | Address on File | | | | | | 06/13/2021 | $8,557.47 | $8,557.47 | | | |
| 127 | James R Collette | | Address on File | | | | | | 06/13/2021 | $0.00 | | | $0.00 | |
| 128 | James R Collette | | Address on File | | | | | | 06/13/2021 | $16,632.00 | $16,632.00 | | | |
| 129 | Oracle America, Inc. | c/o Buchalter PC | Attn: Shawn M. Christianson, Esq. | 55 2nd St., 17th Fl. | San Francisco | Ca | 94105 | | 06/14/2021 | $71,719.74 | $71,719.74 | | | |
| 130 | Kwan & Olynick LLP | Attn: Erin E. Daly, Esq. | 4 Embarcadero Center, Suite 1400 | | San Francisco | CA | 94111 | | 06/14/2021 | $252,462.29 | $252,462.29 | | | |
| 131 | Kemal Erden | | Address on File | | | | | | 06/14/2021 | $13,994.00 | $13,994.00 | | | |
| 132 | Datastax, Inc. | c/o Bialson Bergen and Schwab | Attn: Lawrence M. Schwab & Kenneth T. Law | 830 Menlo Ave Suite 201 | Menlo Park | CA | 94025 | | 06/14/2021 | $63,958.42 | | | | $63,958.42 |
| 133 | Prime US - Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC) | Cox, Castle & Nicholson, LLP, Attn. J. James | 2029 Century Park East | Suite 2100 | Los Angeles | CA | 90067 | | 06/14/2021 | $2,208,194.77 | $2,208,194.77 | | | |
| 134 | Chris Toyooka | | Address on File | | | | | | 06/14/2021 | $43,360.00 | $29,710.00 | | $13,650.00 | |
| 135 | Takaharu Nakano | | Address on File | | | | | | 06/14/2021 | $46,625.00 | $46,625.00 | | | |
| 136 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/15/2021 | $406,323.00 | $406,323.00 | | | |
| 137 | Silicon Valley Bank | Attn: Megan Manassero | 901 Fifth Avenue | Suite 3900 | Seattle | WA | 98164 | | 06/15/2021 | $3,091,843.04 | | $3,091,843.04 | | |
| 138 | Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | 1650 Market Street, Suite 1800 | Philadelphia | PA | 19103 | | 06/15/2021 | $79,420.73 | $79,420.73 | | | |
| 139 | Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | 1650 Market Street, Suite 1800 | Philadelphia | PA | 19103 | | 06/15/2021 | Withdrawn | Withdrawn | | | |
| 140 | Sudharsana Reddy Divam | | Address on File | | | | | | 06/15/2021 | $14,201.89 | $14,201.89 | | | |



**Claims Register as of 10/05/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | Sudharsana Reddy Divam | | Address on File | | | | | | 06/15/2021 | $11,153.85 | $11,153.85 | | | |
| 142 | Rambabu Thota | | Address on File | | | | | | 06/15/2021 | $3,000.00 | $3,000.00 | | | |
| 143 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/24/2021 | $23,649.00 | $23,649.00 | | | |
| 144 | Linda Wei | | Address on File | | | | | | 06/27/2021 | $28,183.74 | $28,183.74 | | | |
| 145 | Google LLC | c/o White and Williams LLP | Attn: Marc S Casarino | 600 N King Street Suite 800 | Wilmington | DE | 19801 | | 06/29/2021 | Withdrawn | | | | Withdrawn |
| 146 | State of New York | Dept. of Taxation And Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | | 06/29/2021 | $2,305.54 | $250.00 | | $2,055.54 | |
| 147 | Louisiana Department of Revenue | | Bankruptcy Section | PO Box 66658 | Baton Rouge | LA | 70896 | | 06/30/2021 | $1,035.52 | $38.50 | | $997.02 | |
| 148 | State of New Jersey - Division of Taxation | | PO Box 245 | | Trenton | NJ | 08695 | | 07/06/2021 | $8,000.00 | | | $8,000.00 | |
| 149 | Alameda County Tax Collector | Attn: Henry C. Levy, Treasurer and Tax Collector | 1221 Oak Street, Room 131 | | Oakland | CA | 94612-4287 | | 07/20/2021 | $13,450.61 | | | $13,450.61 | |
| 150 | Stroz Friedberg LLC | Stephen Reuther | 4 Overlook Point | | Lincolnshire | IL | 60069 | | 07/29/2021 | $254,000.00 | $254,000.00 | | | |
| 151 | Prime US Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC | c/o Cox, Castle & Nicholson LLP | Attn: Jacqueline L. James | 2029 Century Park East Suite 2100 | Los Angeles | CA | 90067 | | 08/05/2021 | $1,155,678.60 | $1,155,678.60 | | | |
| 152 | Spectrum | | 1600 Dublin Rd | | Columbus | OH | 43215 | | 08/06/2021 | $18,426.59 | $18,426.59 | | | |
| 153 | Phunware, Inc. | | 7800 Shoal Creek Blvd | Suite 230-S | Austin | TX | 78757 | | 08/30/2021 | $8,581.71 | $8,581.71 | | | |
| 154 | Sorrento Associates, Inc. | Robert Jaffe | 1802 E Barefoot Pl | | Vero Beach | FL | 32963 | | 09/13/2021 | $59,036.04 | $59,036.04 | | | |
| 155 | Silicon Valley Bank | Attn: Megan Manassero | 901 Fifth Avenue | Suite 3900 | Seattle | WA | 98164 | | 09/20/2021 | $3,091,843.04 | $3,091,843.04 | | | |



## Claims Register as of 10/05/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ADP Inc | | 1851 N Resler | | El Paso | TX | 79912 | | 04/05/2021 | $200.00 | $200.00 | | | |
| 20 | Agile Learning Labs | | 255 South B Street Suite #200 | | San Mateo | CA | 94401 | | 03/29/2021 | $14,625.00 | $14,625.00 | | | |
| 14 | Aha! Labs, Inc. | | 20 Gloria Circle | | Menlo Park | CA | 94025 | | 03/24/2021 | $420.71 | $420.71 | | | |
| 149 | Alameda County Tax Collector | Attn: Henry C. Levy, Treasurer and Tax Collector | 1221 Oak Street, Room 131 | | Oakland | CA | 94612-4287 | | 07/20/2021 | $13,450.61 | | | $13,450.61 | |
| 12 | Ally Bank | Daniel Maresca | c/o McGuireWoods LLP | 1251 Avenue of the Americas, 20th Floor | New York | NY | 10020 | | 03/23/2021 | $11,300,922.00 | $11,300,922.00 | | | Undetermined |
| 95 | Americable International, Inc. | Attn: Dino Caponi | 14221 SW 120th Street, Ste 211 | | Miami | FL | 33186 | | 05/24/2021 | $20,000.00 | $20,000.00 | | | |
| 62 | Amol Brahmankar - Red Elephant Solutions LLP | | Address on File | | | | | | 05/08/2021 | $5,136.35 | $5,136.35 | | | |
| 98 | Ana Recio | | Address on File | | | | | | 05/24/2021 | $1,494.00 | | | $1,494.00 | |
| 121 | Andersen Tax LLC | Attn: Michelle B. Ventress | 71 S Wacker Dr | Ste 2600 | Chicago | IL | 60606 | | 06/11/2021 | $0.00 | Not less than 11600.00; see attached rider. | | | |
| 57 | Andrea Vinson | | Address on File | | | | | | 05/07/2021 | $42,420.02 | $42,420.02 | | | |
| 67 | Andrea Vinson | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 54 | Ankur Sharma | | Address on File | | | | | | 05/06/2021 | $0.00 | $0.00 | | | |
| 108 | Ann Mayo | | Address on File | | | | | | 06/07/2021 | $6,552.00 | $6,552.00 | | | |
| 17 | AQUILINE CAPITAL PARTNERS LLC | Geoffrey Kalish | 535 Madison Avenue | | New York | NY | 10022 | | 03/26/2021 | $264,708.21 | $264,708.21 | | | |
| 123 | AT&T Corp. on behalf of itself and its affiliates | Karen Cavagnaro, AT&T Legal Department | One AT&T Way | Suite 3A104 | Bedminster | NJ | 07921 | | 06/11/2021 | $300,272.26 | $300,272.26 | | | |
| 118 | ATEME, Inc. | Steven G. Polard, Esq. of Ropers Majeski PC | 445 S. Figueroa St., Suite 3000 | | Los Angeles | CA | 90071 | | 06/10/2021 | $598,794.75 | $598,794.75 | | | |
| 24 | Bankruptcy Section MS A340 | Franchise Tax Board | PO Box 2952 | | Sacramento | CA | 95812-2952 | | 04/01/2021 | $800.00 | | | $800.00 | |
| 1 | Bay Area Ergonomics | Susan Macdonald | 8 Altamira Avenue | | Kentfield | CA | 94904 | | 03/04/2021 | $1,650.00 | $0.00 | | $1,650.00 | |
| 35 | BEAR Cloud Technologies, Inc. | Attn: Donald James | PO Box 37 | Finance | Bakersfield | CA | 93302 | | 04/26/2021 | $1,137,750.25 | $1,137,750.25 | | | |
| 46 | Betty Kerpen | | Address on File | | | | | | 05/04/2021 | $25,000.00 | $25,000.00 | | | |
| 6 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/12/2021 | $82,735.12 | $82,735.12 | | | |
| 15 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/25/2021 | $25,991.92 | $25,991.92 | | | |
| 16 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 03/25/2021 | $1,446.16 | $1,446.16 | | | |
| 55 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 05/06/2021 | $11,715.00 | $11,715.00 | | | |
| 82 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 05/17/2021 | $1,783.04 | $1,783.04 | | | |
| 122 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/11/2021 | $89,750.00 | $89,750.00 | | | |
| 136 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/15/2021 | $406,323.00 | $406,323.00 | | | |
| 143 | Bradford Capital Holdings, LP | Attn: Brian L. Brager | PO Box 4353 | | Clifton | NJ | 07012 | | 06/24/2021 | $23,649.00 | $23,649.00 | | | |
| 63 | Braindriven Consulting LLP | | 6, Devdoot Apartments, Gulmohar Path | Off Law College Rd | Pune | Maharashtra | 411004 | India | 05/08/2021 | $9,521.24 | $9,521.24 | | | |
| 78 | Budi Sulayman | | Address on File | | | | | | 05/15/2021 | $0.00 | | | | |
| 4 | CDW Direct, LLC | Vida Krug | 200 N. Milwaukee Ave | | Vernon Hills | IL | 60061 | | 03/04/2021 | $36,065.77 | $36,065.77 | | | |
| 101 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County PKWY | | Ashburn | VA | 20147 | | 06/01/2021 | Withdrawn | Withdrawn | | | |
| 109 | Charles Nooney | | Address on File | | | | | | 06/07/2021 | $145,725.00 | $145,725.00 | | | |
| 110 | Charles Nooney | | Address on File | | | | | | 06/07/2021 | $326,835.00 | $326,835.00 | | | |
| 134 | Chris Toyooka | | Address on File | | | | | | 06/14/2021 | $43,360.00 | $29,710.00 | | $13,650.00 | |
| 45 | Christopher K Firestone | | Address on File | | | | | | 05/04/2021 | $0.50 | $0.50 | | $0.00 | |
| 19 | CIT Bank NA | Bankruptcy Processing Solutions, Inc | PO Box 593007 | | San Antonio | TX | 78259 | | 03/29/2021 | $36,525.67 | $36,525.67 | | | |
| 84 | Connecticut Department of Revenue Services | Collections Unit / Bankruptcy | 450 Columbus Blvd. Ste. 1 | | Hartford | CT | 06103 | | 05/18/2021 | $1,250.00 | | | $1,250.00 | |
| 124 | Constance Riedinger | | Address on File | | | | | | 06/11/2021 | $25,000.00 | $25,000.00 | | | |
| 7 | Corovan Moving & Storage Co. | Anthony Rusnak | 12302 Kerran St. | | Poway | CA | 92064 | | 03/12/2021 | $6,567.78 | $6,567.78 | | | |
| 36 | Corovan Moving & Storage Co. | Anthony Rusnak | 12302 Kerran St. | | Poway | CA | 92064 | | 04/28/2021 | $6,567.78 | Unknown | | $6,567.78 | |
| 8 | Countly Ltd | OHS SECRETARIES | 9th Floor 107 Cheapside | | London | | EC2V 6DN | UK | 03/15/2021 | $63,750.00 | $63,750.00 | | | |
| 52 | CuriosityStream Inc | Attn: Victoria Rumley | 8484 Georgia Avenue, Suite 700 | | Silver Spring | MD | 20910 | | 05/06/2021 | $9,515.75 | $9,515.75 | | | |
| 59 | Curtis Calhoun | | Address on File | | | | | | 05/07/2021 | $19,226.02 | $19,226.02 | | | |
| 53 | Daniel Paul Medeiros | | Address on File | | | | | | 05/06/2021 | $18,547.21 | $18,547.21 | | | |
| 56 | Daniel Paul Medeiros | | Address on File | | | | | | 05/06/2021 | $18,547.21 | | | $18,547.21 | |
| 3 | Datadog, Inc. | | 620 Eighth Avenue | 45th Floor | New York | NY | 10018 | | 03/11/2021 | $3,337.62 | $3,337.62 | | | |
| 132 | Datastax, Inc. | c/o Bialson Bergen and Schwab | Attn: Lawrence M. Schwab & Kenneth T. Law | 830 Menlo Ave Suite 201 | Menlo Park | CA | 94025 | | 06/14/2021 | $63,958.42 | | | $63,958.42 | |
| 58 | David Maekawa | | Address on File | | | | | | 05/07/2021 | $23,184.00 | $23,184.00 | | | |
| 26 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 04/05/2021 | $542,569.06 | | | $542,569.06 | |
| 41 | Do Hyun Chung | | Address on File | | | | | | 05/03/2021 | $28,442.31 | $28,442.31 | | $0.00 | |
| 42 | Do Hyun Chung | | Address on File | | | | | | 05/03/2021 | $0.00 | $0.00 | | | |
| 92 | Don Lee | | Address on File | | | | | | 05/22/2021 | $34,545.01 | $31,954.13 | | $2,590.88 | |
| 115 | Dusty Corro | | Address on File | | | | | | 06/09/2021 | $19,538.00 | $19,538.00 | | | |
| 51 | Eatel Video LLC | Attn: Calynne Millien | 913 S Burnside Ave | | Gonzales | LA | 70737 | | 05/06/2021 | $20,000.00 | $20,000.00 | | | |
| 39 | Electric Power Board of Chattanooga | David DiBiase | P.O. Box 182255 | | Chattanooga | TN | 37422 | | 05/03/2021 | $150,206.45 | $150,206.45 | | | |
| 9 | Excelerate Systems LLC | David Bennett | 2205 152nd Avenue NE | | Redmond | WA | 98052 | | 03/15/2021 | $19,500.00 | $19,500.00 | | | |
| 99 | Federal Insurance Company | c/o CHUBB | 436 Walnut Street - WA04K | | Philadelphia | PA | 19106 | | 05/26/2021 | $0.00 | Unknown | | | |
| 79 | Fidel Zawde | | Address on File | | | | | | 05/16/2021 | $3,949.98 | $3,949.98 | | | |
| 104 | Fox News Network, LLC | Attn: Indira Kunhegyesi | 1211 Avenue of the Americas 2nd Floor | | New York | NY | 10036 | | 06/03/2021 | $612,150.00 | $612,150.00 | | | |
| 47 | Fred Winkel | | Address on File | | | | | | 05/04/2021 | $25,000.00 | $25,000.00 | | | |
| 18 | Fun Little Media, LLC | Attn: Frank Chindamo | 6400 Primrose Ave. #15 | | Los Angeles | CA | 90068-2879 | | 03/26/2021 | $3,773.42 | | | $3,773.42 | |
| 105 | Fun Little Media, LLC | Attn: Frank Chindamo | 6400 Primrose Ave. #15 | | Los Angeles | CA | 90068-2879 | | 06/03/2021 | $3,773.42 | | | $3,773.42 | |
| 5 | Globecast America, Inc. | c/o Globecast North America, Inc. | Attn: Michael Andrew Hockett | 10525 Washington Blvd. | Culver City | CA | 90232 | | 03/08/2021 | $161,100.00 | $161,100.00 | | | |
| 138 | Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | 1650 Market Street, Suite 1800 | Philadelphia | PA | 19103 | | 06/15/2021 | $79,420.73 | $79,420.73 | | | |



## Claims Register as of 10/05/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 139 | Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | 1650 Market Street, Suite 1800 | Philadelphia | PA | 19103 | | 06/15/2021 | Withdrawn | Withdrawn | | | |
| 145 | Google LLC | c/o White and Williams LLP | Attn: Marc S Casarino | 600 N King Street Suite 800 | Wilmington | DE | 19801 | | 06/29/2021 | Withdrawn | | | | Withdrawn |
| 38 | Gracenote Media Services, LLC | Margaret Casey | 40 Media Drive | | Queensbury | NY | 12804 | | 05/03/2021 | $70,810.27 | $70,810.27 | | | |
| 28 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | P.O. Box 609 | | Cedar Rapids | IA | 52406 | | 04/05/2021 | $41,993.10 | $41,993.10 | | | |
| 66 | HC2 Network, Inc. | Joseph Ferraro | 295 Madison Ave, 12th Floor | | New York | NY | 10017 | | 05/10/2021 | $12,993.00 | $12,993.00 | | | |
| 81 | Heather Dawe | | Address on File | | | | | | 05/17/2021 | $7,500.00 | $7,500.00 | | | |
| 72 | Heet Singala | | Address on File | | | | | | 05/12/2021 | $8,008.00 | $8,008.00 | | | |
| 90 | Homathko River Partners, LLC | Attn: Scott Anderson | 1100 Bellevue Way NE Ste 8A | PMB #3 | Bellevue | WA | 98004 | | 05/21/2021 | $500,000.00 | $500,000.00 | | | |
| 30 | Hsiao-Li Wu | | Address on File | | | | | | 04/08/2021 | $45,412.08 | | | $22,706.04 | $22,706.04 |
| 88 | IneoQuest Technologies, Inc | | Dept CH 19065 | | Palatine | IL | 60055-9065 | | 05/20/2021 | $13,812.50 | $13,812.50 | | | |
| 74 | Isaac Camacho | | Address on File | | | | | | 05/13/2021 | $0.00 | $0.00 | | | |
| 40 | Jae Ryoung Jung | | Address on File | | | | | | 05/03/2021 | $0.00 | $0.00 | | | |
| 100 | James Au | | Address on File | | | | | | 05/28/2021 | $31,785.00 | $31,785.00 | | | |
| 127 | James R Collette | | Address on File | | | | | | 06/13/2021 | $0.00 | | | $0.00 | |
| 128 | James R Collette | | Address on File | | | | | | 06/13/2021 | $16,632.00 | $16,632.00 | | | |
| 44 | Jeffrey Linam | | Address on File | | | | | | 05/03/2021 | $7,801.92 | $7,801.92 | | | |
| 107 | Jordan Misiura | | Address on File | | | | | | 06/06/2021 | $25,867.25 | $25,867.25 | | | |
| 32 | KC Telco LLC | | Two Liberty Place | 50 South 16th Street Suite 3500 | Philadelphia | PA | 19102 | | 04/13/2021 | $1,965.82 | $1,965.82 | | | |
| 131 | Kemal Erden | | Address on File | | | | | | 06/14/2021 | $13,994.00 | $13,994.00 | | | |
| 77 | Kerry Travilla | | Address on File | | | | | | 05/15/2021 | $69,000.00 | $69,000.00 | | | |
| 34 | Kovarus, Inc. | Mark McGourty | 2000 Crow Canyon Place, Suite 250 | | San Ramon | CA | 94583 | | 04/19/2021 | $343,980.00 | $343,980.00 | | | |
| 130 | Kwan & Olynick LLP | Attn: Erin E. Daly, Esq. | 4 Embarcadero Center, Suite 1400 | | San Francisco | CA | 94111 | | 06/14/2021 | $252,462.29 | $252,462.29 | | | |
| 21 | Level 3 Communications, LLC a CenturyLink Company | c/o Bankruptcy | Attn: Legal-BKY | 1025 El Dorado Blvd | Broomfield | CO | 80021 | | 03/29/2021 | $45,867.64 | $45,867.64 | | | |
| 144 | Linda Wei | | Address on File | | | | | | 06/27/2021 | $28,183.74 | $28,183.74 | | | |
| 106 | Lindquist LLP | Robert Bellerose | 5000 Executive Parkway Suite 400 | | San Ramon | CA | 94583 | | 06/04/2021 | $13,600.00 | $13,600.00 | | | |
| 116 | Link Level Consulting LLC | | 5924 Chabolyn Terrace | | Oakland | CA | 94618 | | 06/09/2021 | $200.00 | $200.00 | | | |
| 22 | Localytics - Newco | c/o RMC | PO Box 729 | | Bolton | MA | 01740 | | 03/25/2021 | $187,292.21 | $187,292.21 | | | |
| 147 | Louisiana Department of Revenue | | Bankruptcy Section | PO Box 66658 | Baton Rouge | LA | 70896 | | 06/30/2021 | $1,035.52 | $38.50 | | $997.02 | |
| 91 | Mahesh Kumar Shivanandappa | | Address on File | | | | | | 05/21/2021 | $18,900.00 | $18,900.00 | | | |
| 75 | Manish Pesswani | | Address on File | | | | | | 05/13/2021 | $55,800.00 | $55,800.00 | | | |
| 73 | Mark Berner | | Address on File | | | | | | 05/13/2021 | $10,290.00 | $10,290.00 | | | |
| 103 | MASSACHUSETTS DEPARTMENT OF REVENUE | | PO BOX 9564 | | BOSTON | MA | 02114-9564 | | 06/03/2021 | $456.00 | | | $456.00 | |
| 120 | Michael McMahon | | Address on File | | | | | | 06/10/2021 | $23,309.99 | $23,309.99 | | | |
| 60 | Michael Pampinella | | Address on File | | | | | | 05/07/2021 | $25,763.22 | $18,322.00 | | $7,441.22 | |
| 61 | Michael Pampinella | | Address on File | | | | | | 05/07/2021 | $18,635.40 | $18,635.40 | | | |
| 83 | NYC Dept of Finance | Catherine Leung | 375 Pearl St | | New York | NY | 10038 | | 05/18/2021 | $892.80 | | | $892.80 | |
| 129 | Oracle America, Inc. | c/o Buchalter PC | Attn: Shawn M. Christianson, Esq. | 55 2nd St., 17th Fl. | San Francisco | Ca | 94105 | | 06/14/2021 | $71,719.74 | $71,719.74 | | | |
| 10 | PacGenesis, Inc. | | 2028 E Ben White Blvd | #240-3775 | Austin | TX | 78741 | | 03/16/2021 | $21,420.00 | $21,420.00 | | | |
| 48 | Parastoo Emami | | Address on File | | | | | | 05/05/2021 | Withdrawn | Withdrawn | | | |
| 49 | Parastoo Emami | | Address on File | | | | | | 05/05/2021 | $15,120.00 | $15,120.00 | | | |
| 102 | Persistent Systems Inc. | | 2055 Laurelwood Rd Ste 210 | | Santa Clara | CA | 95054 | | 06/01/2021 | $367,128.00 | $367,128.00 | | | |
| 153 | Phunware, Inc. | | 7800 Shoal Creek Blvd | Suite 230-S | Austin | TX | 78757 | | 08/30/2021 | $8,581.71 | $8,581.71 | | | |
| 133 | Prime US - Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC) | Cox, Castle & Nicholson, LLP, Attn. J. James | 2029 Century Park East | Suite 2100 | Los Angeles | CA | 90067 | | 06/14/2021 | $2,208,194.77 | $2,208,194.77 | | | |
| 151 | Prime US Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC | c/o Cox, Castle & Nicholson LLP | Attn: Jacqueline L. James | 2029 Century Park East Suite 2100 | Los Angeles | CA | 90067 | | 08/05/2021 | $1,155,678.60 | $1,155,678.60 | | | |
| 125 | Prudhvi Raju Mutluri | | Address on File | | | | | | 06/13/2021 | $12,041.33 | $10,321.14 | | $1,720.19 | |
| 126 | Prudhvi Raju Mutluri | | Address on File | | | | | | 06/13/2021 | $8,557.47 | $8,557.47 | | | |
| 142 | Rambabu Thota | | Address on File | | | | | | 06/15/2021 | $3,000.00 | $3,000.00 | | | |
| 43 | Randall Lamb Associates | | 3131 Camino Del Rio N | Ste 800 | San Diego | CA | 92108-5709 | | 05/03/2021 | $3,300.00 | $3,300.00 | | | |
| 68 | Ren Long | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 29 | Rino Bartolo | | Address on File | | | | | | 04/08/2021 | $1,800.00 | $1,800.00 | | | |
| 37 | Rino Bartolo | | Address on File | | | | | | 05/02/2021 | $1,800.00 | $1,800.00 | | | |
| 2 | Rochester Network Supply Inc | Attn: Rhonda Kusher | 1319 Research Forest | | Macedon | NY | 14502 | | 03/05/2021 | $16,844.35 | $16,844.35 | | | |
| 50 | Rovi Corporation | Melissa Mefford - Credit Manager | 7140 South Lewis | | Tulsa | OK | 74136 | | 05/06/2021 | $634,803.42 | $634,803.42 | | | |
| 89 | Sangeetha Venga Saravanan | | Address on File | | | | | | 05/20/2021 | $7,902.73 | $7,902.73 | | | |
| 87 | Scott G Siegfried | | Address on File | | | | | | 05/19/2021 | $7,360.00 | | | $7,360.00 | |
| 65 | Shilpi Mittal | | Address on File | | | | | | 05/09/2021 | $80,000.00 | $0.00 | | $80,000.00 | |
| 137 | Silicon Valley Bank | Attn: Megan Manassero | 901 Fifth Avenue | Suite 3900 | Seattle | WA | 98164 | | 06/15/2021 | $3,091,843.04 | | $3,091,843.04 | | |
| 155 | Silicon Valley Bank | Attn: Megan Manassero | 901 Fifth Avenue | Suite 3900 | Seattle | WA | 98164 | | 09/20/2021 | $3,091,843.04 | $3,091,843.04 | | | |
| 111 | Sorrento Associates, Inc. | Robert Jaffe | 1802 E Barefoot Pl | | Vero Beach | FL | 32963 | | 06/08/2021 | $50,899.62 | $50,899.62 | | | |
| 154 | Sorrento Associates, Inc. | Robert Jaffe | 1802 E Barefoot Pl | | Vero Beach | FL | 32963 | | 09/13/2021 | $59,036.04 | $59,036.04 | | | |
| 152 | Spectrum | | 1600 Dublin Rd | | Columbus | OH | 43215 | | 08/06/2021 | $18,426.59 | $18,426.59 | | | |
| 148 | State of New Jersey - Division of Taxation | | PO Box 245 | | Trenton | NJ | 08695 | | 07/06/2021 | $8,000.00 | | | $8,000.00 | |
| 146 | State of New York | Dept. of Taxation And Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | | 06/29/2021 | $2,305.54 | $250.00 | | $2,055.54 | |
| 150 | Stroz Friedberg LLC | Stephen Reuther | 4 Overlook Point | | Lincolnshire | IL | 60069 | | 07/29/2021 | $254,000.00 | $254,000.00 | | | |
| 140 | Sudharsana Reddy Divam | | Address on File | | | | | | 06/15/2021 | $14,201.89 | $14,201.89 | | | |
| 141 | Sudharsana Reddy Divam | | Address on File | | | | | | 06/15/2021 | $11,153.85 | $11,153.85 | | | |
| 70 | T Mobile/T-Mobile USA Inc by American InfoSource as agent | | 4515 N Santa Fe Ave | | Oklahoma | OK | 73118 | | 05/10/2021 | $389.17 | $389.17 | | | |
| 135 | Takaharu Nakano | | Address on File | | | | | | 06/14/2021 | $46,625.00 | $46,625.00 | | | |

Case 21-10457-LSS    Doc 511    Filed 10/05/21    Page 6 of 6



**Claims Register as of 10/05/2021**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Secured | Priority | Unsecured | Admin Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Tekstar Communications, Inc. | c/o Thompson Coburn LLP | Attn: Francis X. Buckley, Jr. | 55 E. Monroe Street, 37th Floor | Chicago | IL | 60603 | | 04/16/2021 | $529,799.04 | $529,799.04 | | | |
| 112 | Terri Stevens | | Address on File | | | | | | 06/08/2021 | $105,310.00 | $105,310.00 | | | |
| 113 | Terri Stevens | | Address on File | | | | | | 06/08/2021 | $172,901.04 | $172,901.04 | | | |
| 85 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548 MC-008 | Austin | TX | 78711 | | 05/19/2021 | $1,000.00 | | | $1,000.00 | |
| 71 | The Simon and Briony Bax Trust | | Address on File | | | | | | 05/12/2021 | $150,000.00 | $150,000.00 | | | |
| 64 | Thomas M. Casey, D.D.S. | | Address on File | | | | | | 05/08/2021 | $15,000.00 | $15,000.00 | | | |
| 69 | Timothy Chan | | Address on File | | | | | | 05/10/2021 | $0.00 | $0.00 | | | |
| 119 | Tran Pham Hill | | Address on File | | | | | | 06/10/2021 | $5,660.65 | $5,660.65 | | | |
| 80 | Tuan Pham | | Address on File | | | | | | 05/17/2021 | $0.00 | $0.00 | | | |
| 96 | William Routt | | Address on File | | | | | | 05/24/2021 | Withdrawn | Withdrawn | | | |
| 97 | William Routt | | Address on File | | | | | | 05/24/2021 | Withdrawn | Withdrawn | | | |
| 114 | William Routt | | Address on File | | | | | | 06/08/2021 | $242,895.00 | $242,895.00 | | | |
| 94 | Win Corporate Advisors Private Limited | | 407, 4th Floor, Sanjar Enclaves | Opposite PVR cinema, S V Road | Kandivali West, Mumbai | Maharashtra | 400067 | India | 05/24/2021 | $1,555.10 | $1,555.10 | | | |
| 76 | Witbe Inc. | | 76 Grand Avenue | | Massapequa | NY | 11758 | | 05/14/2021 | $25,146.20 | $21,960.00 | | $3,186.20 | |
| 25 | WMBE Payrolling Inc | Erica Ostberg | 9475 Chesapeake Drive | | San Diego | CA | 92123 | | 03/23/2021 | $23,741.87 | $23,741.87 | | | |
| 117 | Zayo Group LLC | Brittany McNamara | 1821 30th Street, Unit A | | Boulder | CO | 80301 | | 06/09/2021 | $33,924.02 | $33,924.02 | | | |

In re: MobiTV, Inc.
Case No. 21-10457 (LSS)

Page 3 of 3