In re: MobiTV, Inc. and MobiTV Service Corporation, et al.

Case Numbers: 21-10457
21-10458

Reporting Period: 9/1/2021 – 9/23/2021

Federal Tax IDs:  94-3352422

46-1168357

## Bank Reconciliation Attestation

The above-captioned debtors (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtor's bank accounts is reconciled to bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 31 days after the month end.

_____
Signature of Authorized Individual

_____10/21/2021_____
Date

E. LYNN SCHOENMANN
Printed Name of Authorized Individual

TRUSTEE
Title of Authorized Individual

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re MobiTV, Inc., *et al.*
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458
Jointly Administered

**MONTHLY OPERATING REPORT**

Reporting Period Ended: 9/23/2021
Months Pending: 0
Reporting Method: Accrual Basis
Debtor's Full-Time Employees: 0

Petition Date: March 1, 2021
Industry Classification: 4899

| | Supporting Documentation        (check all that are attached): |
|---|---|
| X | Schedule of Cash Receipts and Disbursements |
| X | Balance Sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit |
| X | Statement of Operations (profit or loss statement) |
| X | Accounts Receivable Aging |
| X | Postpetition Liabilities Aging |
| X | Statement of Capital Assets |
| X | Schedule of Payments to Professionals |
| n/a | Schedule of Payments to Insiders |
| X | All Bank Statements and Bank Reconciliations for the Reporting Period |
| n/a | Description of the assets sold or transferred and the terms of the sale or transfer |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting
documentation are true and correct and that I have been authorized to sign this report on behalf of the
estate.

Signature of Responsible Party

E. LYNN SCHOENMANN
Printed Name of Responsible Party

10/21/2021
Date

35 MILLER AVE #298
Address
MILL VALLEY CA 94941

In re MobiTV, Inc., et al.                                                                                          Case No. 21-10457 and 21-10458
    Debtors MobiTV, Inc. and MobiTV Service Corporation
        <u>Notes Regarding The Debtors' Monthly Operating Reports</u>

**Basis of Presentation.** The financial statements and information contained herein are unaudited and preliminary. The information furnished in this MOR uses the company's normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that were available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. The reporting period is September 1, 2021 through September 23, 2021 to accurately reflect quarterly disbursement information.

**Limitations.** The Debtors are filing their consolidated Monthly Operating Report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors Chapter 11 cases. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

**Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors rights or an admission with respect to their Chapter 11 cases.

**Intercompany Activity.** As set forth more fully in the Debtors Cash Management Motion, in the ordinary course of business, the Debtors maintain business relationships among each other, which results in intercompany receivables and payables (the "Intercompany Claims") arising from intercompany transactions (the "Intercompany Transactions"). The Debtors have attempted to identify all Intercompany Claims related to postpetition Intercompany Transactions, however many of the transactions do not involve any transfer of cash and may be difficult to identify. As such, certain errors may exist and adjustments in future reporting may be necessary.

**Liabilities Subject to Compromise.** Any amount classified as liabilities subject to compromise are estimates and are subject to future changes and adjustments.

In re MobiTV, Inc., et al.                                                          Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

| Part 1: CASH RECEIPTS AND DISBURSEMENTS | CURRENT MONTH | Cumulative |
|---|---|---|
| CASH BEGINNING OF MONTH (1) | $ 5,226,152 | |
| TOTAL RECEIPTS | 4,347 | $ 19,666,664 |
| TOTAL DISBURSEMENTS | 27,827 | 19,164,112 |
| CASH - END OF MONTH | 5,202,673 | 5,202,673 |
| DISBURSEMENTS MADE BY OUTSIDE SOURCES (2) | 331,291 | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 359,117 | |

**Footnotes:**

(1) Includes restricted cash of $15,000 and excludes cash received by Estate resulting from A/R collections purchased
by Xperi as part of asset purchase agreement

(2) Disbursements by outside sources include disbursements from the Debtor's escrow account for professional fees

In re MobiTV, Inc., et al.                                               Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

| Part 2: Asset and Liability Status | | CURRENT MONTH |
|---|---|---:|
| Accounts Receivable (Net) (1) | $ | 112,184 |
| Inventory | | - |
| Total Current Assets | | 5,329,857 |
| Total Assets (2) | | 5,329,857 |
| Postpetition Payables (excluding taxes) (3) | | 1,366,158 |
| Postpetition Payables Past Due (excluding taxes) | | - |
| Postpetition Taxes Payable (4) | | 35,000 |
| Postpetition Taxes Payables Past Due | | - |
| Total Postpetition Debt | | 1,401,158 |
| Prepetition Secured Debt | | - |
| Prepetition Priority Debt | | 608,274 |
| Prepetition Unsecured Debt (5) | | 29,090,006 |
| Total Liabilities | | 30,491,165 |
| Ending Equity/Net Worth | $ | (25,161,308) |

**Footnotes:**

(1) Accounts Receivable includes values for post-June services that are not assets of the Debtors

(2) Substantially all assets sold effective June 1, 2021

(3) Includes unpaid professional fees subject to court approval and order

(4) Accrual of estimated business tax and franchise tax not yet invoiced

(5) Includes a $7 million deficiency claim resulting from the settlement of secured debt

In re MobiTV, Inc., et al.                                                                    Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

| Part 3: Assets Sold or Transferred | CURRENT MONTH | Cumulative |
|---|---|---|
| Total cash sales prices for assets sold/transferred outside the ordinary course of business (1) | $ - | $ 17,400,000 |
| Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | - | 1,213,855 |
| Net cash proceeds from assets sold/transferred outside the ordinary course of business | - | 16,186,145 |

**Footnotes:**
(1) Substantially all assets sold effective June 1, 2021

In re MobiTV, Inc., et al.                                                          Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

| Part 4: Income Statement (Statement of Operations) | CURRENT MONTH | Cumulative |
|---|---|---|
| Gross Income/Sales (net) | $                                      - | |
| Cost of Goods Sold | 8,082 | |
| Gross Profit | (8,082) | |
| Selling Expenses | - | |
| General and Administrative Expenses | 4,596 | |
| Other Expenses (1) | - | |
| Depreciation/Depletion/Amortization | - | |
| Interest Expense | - | |
| Taxes | - | |
| Reorganization items | 15,149 | |
| Net Profit (Loss) | (27,827) | (2,813,854) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**
(1) Includes non-critical expenses relating to bank accounts

Service Corporation

nses

| Name | Role | Approved Current Month | | Approved Cumulative | | Paid Current Month | | Paid Cumulative | |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor Counsel | $ | 71,780 | $ | 1,114,113 | $ | 71,780 | $ | 1,114,113 |
| | UCC FA | $ | 39,269 | $ | 252,262 | $ | 39,269 | $ | 252,262 |
| | Debtor FA | $ | 98,332 | $ | 1,147,972 | $ | 98,332 | $ | 1,147,972 |
| nc. d/b/a Stretto | Claims Agent | $ | 12,459 | $ | 111,459 | $ | 12,459 | $ | 111,459 |
| | UCC Counsel | $ | 109,451 | $ | 302,568 | $ | 109,451 | $ | 302,568 |
| | | | | | | | | | |

In re MobiTV, Inc., et al.                                                    Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

| Part 6: Postpetition Taxes | CURRENT MONTH | Cumulative |
|---|---|---|
| Postpetition Income Taxes Accrued (local, state, and federal) | $ - | $ - |
| Postpetition Income Taxes Paid (local, state, and federal) | - | - |
| Postpetition Employer Payroll Taxes Accrued | - | - |
| Postpetition Employer Payroll Taxes Paid | - | - |
| Postpetition Property Taxes Paid | - | - |
| Postpetition Other Taxes Accrued (local, state, and federal) | 5,000 | 35,000 |
| Postpetition Other Taxes Paid (local, state, and federal) | - | - |

In re MobiTV, Inc., et al.
Debtors MobiTV, Inc. and MobiTV Service Corporation

Case No. 21-10457 and 21-10458

| Part 7: Questionnaire - during this reporting period | Yes | No |
|---|---|---|
| Were any payments made on prepetition debt? (if yes, see Instructions) |  | x |
| Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) |  | x |
| Were any payments made to or on behalf of insiders? |  | x |
| Are you current on postpetition tax return filings? | x |  |
| Are you current on postpetition estimated tax payments? | x |  |
| Were all trust fund taxes remitted on a current basis? | x |  |
| Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) |  | x |
| Were all payments made to or on behalf of professionals approved by the court? | x |  |
| Do you have:   Worker's compensation insurance? | x |  |
| If yes, are your premiums current? | x |  |
| Casualty/property insurance? | x |  |
| If yes, are your premiums current? | x |  |
| General liability insurance? | x |  |
| If yes, are your premiums current? | x |  |
| Has a plan of reorganization been filed with the court? | x |  |
| Has a disclosure statement been filed with the court? | x |  |
| Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | x |  |

In re MobiTV, Inc., et al.                                                                                           Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

## SUMMARY OF UNPAID POSTPETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | **Number of Days Past Due** | | | | |
| Accounts Payable | $ 11,861 | $ - | $ - | $ - | $ - | $ 11,861 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable(1) | 35,000 | - | - | - | - | 35,000 |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Notes Payable (DIP Loan) | - | - | - | - | - | - |
| Professional Fees | 746,512 | - | - | - | - | 746,512 |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other: Accruals | 4,275 | - | - | - | - | 4,275 |
| Other: Accruals Interests (2) | 603,510 | - | - | - | - | 603,510 |
| **Total Postpetition Debts** | $ 1,401,158 | $ - | $ - | $ - | $ - | $ 1,401,158 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Footnotes:**
(1) Accrual of estimated business tax and franchise tax not yet invoiced
(2) Interest Accrual includes postpetition accrual of interest on prepetition loans

In re MobiTV, Inc., et al.                                                    Case No. 21-10457 and 21-10458
Debtors MobiTV, Inc. and MobiTV Service Corporation

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 131,612 |
| + Amounts billed during the period (1) | | (15,081) |
| - Amounts collected during the period | | 4,347 |
| **Total Accounts Receivable at the end of the reporting period (1)** | $ | **112,184** |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old (2) | $ | (20,886) |
| 31 - 60 days old | | 86 |
| 61 - 90 days old | | 34,261 |
| 91+ days old | | 98,724 |
| Total Accounts Receivable | | 112,184 |
| Amount considered uncollectible (Bad Debt) | | - |
| **Accounts Receivable (Net)** | $ | **112,184** |

**Footnotes:**

(1) Accounts Receivable includes values for post-June services that are not assets of the Debtors

(2) Negative amounts relate to a credit for a customer overpayment