

November 2, 2021
46940 Aloe Ct.
Fremont CA 94539

Dear Sir,

After the hearing on October 27, 2021, I would still like to reject the claim classification status change to my claim. The common stocks were part of my husband's death benefit. My husband passed away on September 4, 2011, and staff from MobiTV Human Resources reached out and provided me with this death benefit. I inherited the benefit on March 3, 2021, but I never received any information from the company on how to handle these benefits, instructions on when I could sell them, or updates about the company status prior to receiving the bankruptcy letter. I would like to request that MobiTV, Inc. set this claim to a priority of claim classification status.

**Name of Debtors**: MOBITV, INC

**Name of Court**: United States Bankruptcy Court for the District of Delaware

**Title of Objection:** DEBTORS FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILE PROOF OF CLAIM PURSUANT TO 11 U.S.C.

**Case Number**: 21-10457 (LSS)

**Name of Claimant**: Hsiao-Li Wu

**Claim Number**: 30

**Amount of Claim**: $22706.04

**Correct Classification**: Secure/Priority

Please contact me if you have any question. Thank you.

Sincerely,

*[signature]*

Hsiao-Li Wu
sally.w.wu@gmail.com
(510) 676-8386

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered |

Hearing Date: October 27, 2021 at 2:00 p.m. (ET)
Objection Deadline: October 20, 2021 at 4:00 p.m. (ET)

**DEBTORS' FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO THE CLASSIFICATION OF FILED PROOFS OF CLAIM PURSUANT TO 11 U.S.C. § 502(b), FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 9014, AND LOCAL BANKRUPTCY RULE 3007-1**

**PARTIES RECEIVING THIS OMNIBUS OBJECTION TO CLAIMS SHOULD LOCATE THEIR NAMES AND CLAIM(S) ON SCHEDULE 1 TO EXHIBIT A, ATTACHED TO THIS OMNIBUS OBJECTION.**

**YOUR RIGHTS MAY BE AFFECTED BY THIS OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED AGAINST YOUR CLAIM(S).**

The above-captioned debtors in these chapter 11 cases (the "Debtors") hereby file this First Omnibus Objection (the "First Omnibus Objection") to the Classification of Filed Proofs of Claim (the "Misclassified Claims") pursuant to 11 U.S.C. § 502(b), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1 (the "Local Rules"), as to the proofs of claim of the claimants identified on **Schedule 1** to the proposed form of order attached hereto as **Exhibit A**. In support of this Objection, the Debtors

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

DOCS_LA:339241.8 57391/003