# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 1, 2021 AT 10:00 A.M. (EASTERN TIME)

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 1, 2021 at 8:00 a.m.**
**Please use the following link to register for this hearing:**
https://debuscourts.zoomgov.com/meeting/register/vJIsdO6uqj0sHIS5nIw1afW6PFwyMOkqHhY
**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

MATTERS UNDER CERTIFICATION OF COUNSEL/CNO

1.   First and Final Application of Fenwick & West, LLP as Corporate Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 1, 2021 to Present {Filed October 7, 2021; Docket No. 514]

     Objection Deadline:   November 4, 2021 at 4:00 P.M.

     Responses Received:   None

     Related Documents:

     a.   Certification of Counsel Regarding First and Final Application of Fenwick & West, LLP as Corporate Counsel for the Debtors and Debtors in

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

128330530.2

      Possession for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 1, 2021 to Present {Filed November 11, 2021; Docket No. 539]

      Status:     A Certification of Counsel has been filed.

2. Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession for the Period March 1, 2021 to September 23, 2021 (Filed October 8, 2021; Docket No. 515]

    Objection Deadline:   November 4, 2021 at 4:00 P.M.

    Responses Received:  None

    Related Documents:

      a.   Certification of Counsel Regarding Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession for the Period March 1, 2021 to September 23, 2021 (Filed November 12, 2021; Docket No. 540]

    Status:     A Certification of Counsel has been filed.

3. Second Monthly and Final Application of Stretto as Administrative Advisor to the Debtors for the Period from April 1, 2021 through September 23, 2021 for the Second Monthly Period and From March 1, 2021 to September 23, 2021 for the Final Fee Period [Filed October 20, 2021; Docket No. 523]

    Objection Deadline:   November 11, 2021 at 4:00 P.M.

    Responses Received:  None

    Related Documents:

      a.   Certification of Counsel Regarding Final Application for Compensation and Reimbursement of Expenses Second Monthly and Final Application of Stretto as Administrative Advisor to the Debtors for the Period from April 1, 2021 through September 23, 2021 for the Second Monthly Period and From March 1, 2021 to September 23, 2021 for the Final Fee Period [TO BE FILED]

    Status:     A Certification of No Objection will be filed prior to the hearing.

4. Final Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 to September 23, 2021 [Filed October 22, 2021; Docket No. 526]

Objection Deadline: November 12, 2021 at 4:00 P.M.

Responses Received: None

Related Documents:

a. Certification of No Objection Regarding Final Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 to September 23, 2021 [Filed November 29, 2021; Docket No. 542]

Status:    A Certification of No Objection has been filed.

5. Final Application of PricewaterhouseCoopers LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period March 19, 2021 to September 23, 2021 [Filed October 22, 2021; Docket No. 527]

Objection Deadline: November 12, 2021 at 4:00 P.M.

Responses Received: None

Related Documents:

a. Certification of No Objection Regarding Final Application of PricewaterhouseCoopers LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period March 19, 2021 to September 23, 2021 [Filed November 29, 2021; Docket No. 543]

Status:    A Certification of No Objection has been filed.

Dated: November 29, 2021

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
    -and-
Michael A. Sweet
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
    -and-

128330530.2

Gordon E. Gouveia
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201

*Counsel to E. Lynn Schoenmann,
Liquidating Trustee*