

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**Debtor(s):**

_ MobiTV, Inc _____

_____

_____

_____

**Case No.** ___21-10457_____

## Claim Withdrawal Form

I, _BELINDA ANCION_, Claimant, hereby withdraw claim number(s) __103_____, for the following reason: _____MOBITV, INC. ACTUAL CORPORATE EXCISE TAX FILE & PAID FOR 2020 TAX PERIOD._____.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: ___11/29/2021_____

___*BELINDA ANCION*___
Claimant's Signature

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**Chapter 11**

**In re: MOBITV, INC**

**Case Number: 21-10457 LSS**

**Claim Number: 103 for $456.00**

**DEBTOR**

**WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS**
**DEPARTMENT OF REVENUE PROOF OF CLAIM**

Please take notice that based upon further information provided by the debtor,

Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of

Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact,

hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts*

*Department of Revenue.*

**GEOFFREY E. SNYDER**
**COMMISSIONER**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

**By his duly authorized agent,**

**/s/ Belinda Ancion**
**MASSACHUSETTS DEPARTMENT OF REVENUE**
**BANKRUPTCY UNIT - COLLECTIONS BUREAU**
**200 ARLINGTON ST, CHELSEA, MA 02150**
**PO BOX 7090 BOSTON, MA 02204-7090**
**(617) 626-3875**



**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

**200 ARLINGTON ST, CHELSEA, MA 02150**
**PO BOX 7090, BOSTON, MA 02204-7090**
**Phone: (617) 626-3875      Fax: (617) 626-3796**

Geoffrey E. Snyder
Commissioner

**In re: MOBITV, INC**                                    **Chapter 11**
                                                          **Case Number: 21-10457**
                                                          **LSS**

### CERTIFICATE OF SERVICE

I, Belinda Ancion, hereby certify that I have served the attached Commissioner of the

Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of

Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons

appearing on the accompanying SERVICE LIST attached hereto who were not listed as being

served electronically upon.

MARY F CALOWAY
919 North Market Street, Ste 1700
Wilmington, DE 19801-0000

Chapter 11 Trustee
844 KING ST LB 35, Ste 2207
WILMINGTON, DE 19801

/s/ Belinda Ancion
MASSACHUSETTS DEPARTMENT OF REVENUE
11/29/2021