# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 515** |

## ORDER APPROVING FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES, LLP, COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

Upon consideration of the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl and Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from March 1, 2021 through and Including September 23, 2021* [Docket No. 515] (the "Fee Application")[2]; and the Court having reviewed the Fee Application pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, and the Court having jurisdiction to consider the Fee Application, the relief requested therein; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Fee Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fee Application having been given; and it appearing that the fees and expenses approved in the Fee Application are reasonable; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Fee Application is granted on a final basis in the amounts set forth below:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Fee Application.

- Fees in the amount of $1,289,983.50;

- Expenses in the amount of $44,004.71;

- **Total fees and expenses in the amount of $1,333,988.21**.

2. The Liquidating Trustee is authorized and directed to make payment to PSZJ on account of any outstanding balances on the fees and expenses approved herein.

3. The Liquidating Trustee is further authorized and directed to pay up to an additional $13,000.00 of fees and expenses incurred by PSZJ post-confirmation for services related to the preparation of estate professionals' fee applications.

4. Notwithstanding the possible applicability of Bankruptcy Rule 6004, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

**Dated: November 30th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:236888.2 57391/003                2