# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOBITV, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10457 (LSS)<br>Jointly Administered |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 1, 2021 AT 10:00 A.M. (EASTERN TIME)

## HEARING CANCELLED WITH THE COURT'S PERMISSION

MATTERS UNDER CERTIFICATION OF COUNSEL/CNO

1. First and Final Application of Fenwick & West, LLP as Corporate Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 1, 2021 to Present {Filed October 7, 2021; Docket No. 514]

    Objection Deadline:   November 4, 2021 at 4:00 P.M.

    Responses Received:  None

    Related Documents:

    a. Certification of Counsel Regarding First and Final Application of Fenwick & West, LLP as Corporate Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 1, 2021 to Present {Filed November 11, 2021; Docket No. 539]

    b. **Order Approving First and Final Application of Fenwick & West, LLP as Corporate Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 1, 2021 to Present {Filed November 30, 2021; Docket No. 548]**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357).  The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

128387640.1

|   |   |
|---|---|
| | **Status:** Order has been entered. |

2. Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession for the Period March 1, 2021 to September 23, 2021 (Filed October 8, 2021; Docket No. 515]

    Objection Deadline:   November 4, 2021 at 4:00 P.M.

    Responses Received:  None

    Related Documents:

    a.  Certification of Counsel Regarding Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession for the Period March 1, 2021 to September 23, 2021 (Filed November 12, 2021; Docket No. 540]

    b.  **Order Approving Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession for the Period March 1, 2021 to September 23, 2021 (Filed November 30, 2021; Docket No. 549]**

    **Status:**   Order has been entered.

3. Second Monthly and Final Application of Stretto as Administrative Advisor to the Debtors for the Period from April 1, 2021 through September 23, 2021 for the Second Monthly Period and From March 1, 2021 to September 23, 2021 for the Final Fee Period [Filed October 20, 2021; Docket No. 523]

    Objection Deadline:   November 11, 2021 at 4:00 P.M.

    Responses Received:  None

    Related Documents:

    a.  **Order Approving Second Monthly and Final Application of Stretto as Administrative Advisor to the Debtors for the Period from April 1, 2021 through September 23, 2021 for the Second Monthly Period and From March 1, 2021 to September 23, 2021 for the Final Fee Period [Filed November 30, 2021; Docket No. 547]**

    **Status:**   Order has been entered.

4. Final Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 to September 23, 2021 [Filed October 22, 2021; Docket No. 526]

   Objection Deadline:   November 12, 2021 at 4:00 P.M.

   Responses Received:  None

   Related Documents:

   a. Certification of No Objection Regarding Final Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 to September 23, 2021 [Filed November 29, 2021; Docket No. 542]

   b. **Certification of Counsel Regarding Final Application of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Period March 18, 2021 to September 23, 2021 [Filed December 1, 2021; Docket No. 551]**

   **Status:    A Certification of Counsel has been filed.  No hearing is necessary.**

5. Final Application of PricewaterhouseCoopers LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period March 19, 2021 to September 23, 2021 [Filed October 22, 2021; Docket No. 527]

   Objection Deadline:   November 12, 2021 at 4:00 P.M.

   Responses Received:  None

   Related Documents:

   a. Certification of No Objection Regarding Final Application of PricewaterhouseCoopers LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period March 19, 2021 to September 23, 2021 [Filed November 29, 2021; Docket No. 543]

   b. **Certification of Counsel Regarding Final Application of PricewaterhouseCoopers LLP as Financial Advisor to the Official Committee of Unsecured Creditors for the Period March 19, 2021 to September 23, 2021 [Filed December 1, 2021; Docket No. 552]**

   **Status:    A Certification of Counsel has been filed.  No hearing is necessary.**

**Dated:  December 1, 2021**                                FOX ROTHSCHILD LLP

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
             -and-
Michael A. Sweet
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
             -and-
Gordon E. Gouveia
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201

*Counsel to E. Lynn Schoenmann, Liquidating Trustee*