## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOBITV, INC., *et al.*,[1] | Case No. 21-10457 (LSS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Parker Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Liquidating Trustee's Second Notice of Claims Satisfied in Full** (Docket No. 574)

In addition to the method of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 7, 2022

_____
Parker Popky

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 7th day of February 2022 by Parker Popky.

_____
(Notary's official signature)

```
ANDREW BALDWIN
Notary Public
State of Colorado
Notary ID # 20194026880
My Commission Expires 07-18-2023
```

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: MobiTV, Inc. (2422) and MobiTV Service Corporation (8357). The Debtors' mailing address is 1900 Powell Street, 9th Floor, Emeryville, CA 94608.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| A&E Television Networks, LLC | Attn: Nicole Muzzio | 235 East 45th Street | | New York | NY | 10017 | |
| ABC Cable Networks Group | Attn: Robert Skinnon | PO Box 732550 | | Dallas | TX | 75373-2550 | |
| Alameda County Tax Collector | Attn: Henry C. Levy, Treasurer and Tax Collector | 1221 Oak Street, Room 131 | | Oakland | CA | 94612-4287 | |
| Amino Technologies (US) LLC | Attn: Jonny McKee | 3625 Brookside Pkwy Ste 150 | | Alpharetta | GA | 30022 | |
| ATEME, INC. | Attn: Alexis Phienboupha & Ray Fitzgerald | 750 W. Hampden Avenue, Suite 290 | | Englewood | CO | 80110 | |
| BEAR Cloud Technologies Inc. | Attn: Donald James | PO Box 37 | Finance | Bakersfield | CA | 93302 | |
| Cogent Communications, Inc. | | PO Box 791087 | | Baltimore | MD | 21279-1087 | |
| Comcast Cable Communications, LLC | | PO Box 37601 | | Philadelphia | PA | 19101-0601 | |
| Corovan Moving & Storage Co. | Anthony Rusnak | 12302 Kerran St. | | Poway | CA | 92064 | |
| Countly Ltd | OHS SECRETARIES | 9th Floor 107 Cheapside | | London | | EC2V 6DN | United Kingdom |
| Cybage Software Private Limited | Attn: Sai Balaji Varma | Survey no: 13A/1+2+3/1 | Vadgaon Sheri | Pune | Maharashtra | 411014 | India |
| Delaware Office of the Attorney General | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 | |
| Delaware State Treasury | | 820 Silver Lake Blvd. | Suite 110 | Dover | DE | 19904 | |
| Digital Realty Trust, LP dba Telx Atlanta 2, LLC | Attn: Jeff Goode | PO Box 419729 | | Boston | MA | 02241-9729 | |
| Discovery Communications, Inc. | Attn: Ryan Hammonds | 850 3rd Ave | | New York | NY | 10022 | |
| Electric Power Board of Chattanooga | David DiBiase | P.O. Box 182255 | | Chattanooga | TN | 37422 | |
| Elemental Technologies LLC | Attn: Charles Brau | 1320 SW Broadway, Suite 400 | | Portland | OR | 97201 | |
| EPB Fiber Optics | Attn: Katie Espeseth | 10 West M L King Blvd. | | Chattanooga | TN | 37402 | |
| Fox News Network, LLC | Attn: Indira Kunhegyesi | 1211 Avenue of the Americas 2nd Floor | | New York | NY | 10036 | |
| GlobeCast America, Inc | Attn: Kathryn Chittenden | 10525 West Washington Blvd. | | Culver City | CA | 90232 | |
| Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | 1650 Market Street, Suite 1800 | Philadelphia | PA | 19103 | |
| Gracenote Media Services, LLC | Margaret Casey | 40 Media Drive | | Queensbury | NY | 12804 | |
| GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | P.O. Box 609 | | Cedar Rapids | IA | 52406 | |
| GuidePoint Security LLC | Attn: Bryan Orme | PO Box 742788 | | Atlanta | GA | 30374-2788 | |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Kovarus, Inc. | Attn: Michelle Gomez | PO Box 396039 | | San Francisco | CA | 94139-6039 | |
| KPMG, LLP | Attn: Sarah North | PO Box 120922 | Dept. 0922 | Dallas | TX | 75312-0922 | |
| Kwan Intellectual Property Law | Attn: Audrey Kwan | 2000 Hearst Ave., Ste 305 | | Berkeley | CA | 94709 | |
| Level 3 Communications, LLC | | PO Box 910182 | | Denver | CO | 80291-0182 | |
| Level 3 Communications, LLC a CenturyLink Company | c/o Bankruptcy | Attn: Legal-BKY | 1025 El Dorado Blvd | Broomfield | CO | 80021 | |
| Loma Alta Holdings, Inc. | Attn: Mark McGourty | 2000 Crow Canyon Place Suite 250 | | San Ramon | CA | 94583 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 3



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| MPEGLA | | 8101 E. Prentice Avenue, Suite 900 | | Greenwood Village | CO | 80111 | |
| MTV Networks | Matthew Borkowsky | 1515 Broadway | | New York | NY | 10036 | |
| Netrality Property Sub Trust dba KC Telco, LLC | | 50 S. 16th Street, Suite 3500 | | Philadelphia | PA | 19102 | |
| Neustar, Inc. | | Bank of America | PO Box 277833 | Atlanta | GA | 30384-7833 | |
| NTT Global Data Centers Americas dba RagingWire | Attn: Isabel Ebner | PO Box 348060 | | Sacramento | CA | 95834 | |
| NTT Global Data Centers Americas, Inc. fka RagingWire Data Centers | c/o Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo | 55 Second Street, 17th Floor | San Francisco | CA | 94105-3493 | |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | Hercules Building | 1313 N. Market Street | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Oracle America, Inc. | | 500 Oracle Parkway | | Redwood City | CA | 94065 | |
| Persistent Systems, Inc. | Attn: Ninad Sarwate | 2055 Laurel Wood Rd Suite 210 | | Santa Clara | CA | 95054 | |
| Rackspace | Attn: Jeff Conrad | PO Box 730759 | | Dallas | TX | 75373-0759 | |
| Ring Central | | Dept. CH 19585 | | Palatine | IL | 60055-9585 | |
| Rovi Guides, Inc. | Attn: Karen Bullock | PO Box 202624 | | Dallas | TX | 75320-2624 | |
| RPX Corporation | Attn: Anne Abramowitz | Four Embarcadero Center Suite 4000 | | San Francisco | CA | 94111 | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | 200 Vesey Street Suite 400 | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | |
| Silicon Valley Bank | Attn: Jayne Tang | 3003 Tasman Drive | | Santa Clara | CA | 95054 | |
| State of Arizona | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 | |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of California | Franchise Tax Board | PO Box 942857 | | Sacramento | CA | 94257-0531 | |
| State of California | Office of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of California | State Board of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| State of California | State Board of Equalization | California Department of Tax and Fee Administration | PO Box 942879 | Sacramento | CA | 94279-6001 | |
| State of Colorado | Colorado Department of Revenue | Taxation Division | 1881 Pierce St Rm 72 | Lakewood | CO | 80214-3503 | |
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State of Connecticut | Departmnet of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| State of Georgia | Georgia Department of Revenue | PO Box 740321 | | Atlanta | GA | 30374-0321 | |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Kansas | Kansas Department of Revenue | Scott State Office Building | 120 Se 10Th Ave. | Topeka | KS | 66612-1588 | |
| State of Kansas | Office of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State of Louisiana | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 | |
| State of Louisiana | Office of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Massachusetts | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 02114 | |
| State of Massachusetts | Office of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of New Hampshire | Department of Revenue Admin. | Governor Hugh Gallen State Office Park | 109 Pleasant Street | Concord | NH | 03301 | |
| State of New Hampshire | Office of The Attorney General | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State of New Jersey | New Jersey Division of Taxation | Revenue Processing Center | PO Box 281 | Trenton | NJ | 08695-0281 | |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State of New York | Dept. of Taxation And Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State of Oregon | Oregon Dept of Revenue | 955 Center St NE | | Salem | OR | 97301-2555 | |
| State of Oregon | Oregon Dept of Revenue | PO Box 14730 | | Salem | OR | 97309-0464 | |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Texas | Texas Comptroller of Pub. Accounts | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State of Utah | Office of The Attorney General, Sean D. Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State of Utah | Utah State Tax Commission | Utah State Tax Commission | 210 North 1950 West | Salt Lake City | UT | 84134-0700 | |
| Telia Carrier U.S. Inc. | Attn: Michelle Pritchett | Lock Box #4966 | 4966 Paysphere Circle | Chicago | IL | 60674 | |
| Tringapps Inc | Attn: Karthik Kumaraswamy | 551 5th Ave., Suite 1425 | | New York | NY | 10176 | |
| TVN Ventures, LLC | c/o Alston & Bird | Attn: Will Sugden and Jacob Johnson | One Atlantic Center 1201 West Peachtree St., Suite 4900 | Atlanta | GA | 30309 | |
| ValueLabs, Inc. | Attn Ramchandran Manjeri | 3235, Satellite Blvd, Building 400 | Suite 300 | Duluth | GA | 30096 | |
| Vidora Corporation | | PO Box 77090 | | San Francisco | CA | 94107-0090 | |
| Vubiquity, Inc | | 3900 W Alameda Avenue, Suite 1700 | | Burbank | CA | 91505 | |
| Zayo Group LLC | Brittany McNamara | 1821 30th Street, Unit A | | Boulder | CO | 80301 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 3 of 3

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABC Cable Networks Group | Attn: Robert Skinnon | | Robert.T.Skinnon@disney.espn.com |
| Alameda County Tax Collector | Attn: Henry C. Levy, Treasurer and Tax Collector | | jack.wong@acgov.org |
| Ally Bank | c/o McGuire Woods LLP | Attn: Kenneth E Noble, Kristin C Wigness, & Ha Young Chung | knoble@mcguirewoods.com<br>hchung@mcguirewoods.com<br>kwigness@mcguirewoods.com |
| Ally Bank | c/o Richards, Layton & Finger, PA | Attn: John H Knight & David T Queroli | knight@rlf.com<br>queroli@rlf.com |
| Amino Technologies (US) LLC | Attn: Jonny McKee | | jonathan.mckee@amino.tv |
| Ateme | c/o Morris James LLP | Attn: Carl N. Kunz, III | ckunz@morrisjames.com |
| Ateme | c/o Ropers Majeski PC | Attn: Steven G. Polard | steven.polard@ropers.com |
| ATEME, INC. | Attn: Alexis Phienboupha & Ray Fitzgerald | | a.phienboupha@ateme.com<br>r.fitzgerald@ateme.com |
| BEAR Cloud Technologies Inc. | Attn: Donald James | | bbrager@bradfordcapitalmgmt.com |
| Comcast Cable Communications Management, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| Corovan Moving & Storage Co. | Anthony Rusnak | | arusnak@corovan.com |
| Countly Ltd | OHS SECRETARIES | | kostas.avramiotis@count.ly |
| Cybage Software Private Limited | Attn: Sai Balaji Varma | | saiv@cybage.com |
| Delaware Office of the Attorney General | Department of Justice | | Attorney.General@state.DE.US |
| Delaware Secretary of State | Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Digital Realty Trust, LP dba Telx Atlanta 2, LLC | Attn: Jeff Goode | | jgoode@digitalrealty.com |
| Discovery Communications, Inc. | Attn: Ryan Hammonds | | ryan_hammonds@discovery.com |
| Electric Power Board of Chattanooga | David DiBiase | | dibiaseld@epb.net |
| Elemental Technologies LLC | Attn: Charles Brau | | charbrau@elemental.com |
| EPB Fiber Optics | Attn: Katie Espeseth | | espesethkg@epb.net |
| Fox News Network, LLC | Attn: Indira Kunhegyesi | | indira.kunhegyesi@foxnews.com<br>indira.kunhegyesi@fox.com<br>christine.williams@fox.com<br>fnldepartment@fox.com<br>reynard.erney@fox.com |
| GlobeCast America, Inc | Attn: Kathryn Chittenden | | kathryn.chittenden@globecastna.com |
| Google LLC | c/o White and Williams LLP | Attn: Amy Vulpio | arthura@whiteandwilliams.com |
| Gracenote Media Services, LLC | Margaret Casey | | margaret.casey@nielsen.com |
| GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | | dpetersen@greatamerica.com |
| GuidePoint Security LLC | Attn: Bryan Orme | | bryan.orme@guidepointsecurity.com |
| Kovarus, Inc. | Attn: Michelle Gomez | | mgomez@kovarus.com |
| KPMG, LLP | Attn: Sarah North | | snorth@kpmg.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 3



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Kwan Intellectual Property Law | Attn: Audrey Kwan | | akwan@kwanip.com |
| Level 3 Communications, LLC | | | billing@centurylink.com |
| Level 3 Communications, LLC a CenturyLink Company | c/o Bankruptcy | Attn: Legal-BKY | bankruptcylegal@centurylink.com |
| Liquidation Trustee, E. Lynn Schoenmann | c/o Fox Rothschild LLP | Attn: Gordon E Gouveia | ggouveia@foxrothschild.com |
| Liquidation Trustee, E. Lynn Schoenmann | c/o Fox Rothschild LLP | Attn: Michael A Sweet | msweet@foxrothschild.com |
| Liquidation Trustee, E. Lynn Schoenmann | c/o Fox Rothschild LLP | Attn: Seth A Niederman | sniederman@foxrothschild.com |
| Loma Alta Holdings, Inc. | Attn: Mark McGourty | | mmcgourty@kovarus.com |
| MPEGLA | | | licensing-web@mpegla.com |
| MTV Networks | Matthew Borkowsky | | Matthew.Borkowsky@viacom.com |
| NTT Global Data Centers Americas dba RagingWire | Attn: Isabel Ebner | | iebner@ragingwire.com<br>legal@ragingwire.com |
| NTT Global Data Centers Americas, Inc. fka RagingWire Data Centers | c/o Buchalter, a Professional Corporation | Attn: Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Gordon E Gouveia | ggouveia@foxrothschild.com |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Michael A Sweet | msweet@foxrothschild.com |
| Official Committee of Unsecured Creditors | c/o Fox Rothschild LLP | Attn: Seth A Niederman | sniederman@foxrothschild.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pachulski Stang Ziehl & Jones LLP | D. Grassgreen, M. Litvak, N.Hong, J. Rosell | | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>nhong@pszjlaw.com<br>jrosell@pszjlaw.com<br>mcaloway@pszjlaw.com<br>bdassa@pszjlaw.com |
| Persistent Systems, Inc. | Attn: Ninad Sarwate | | ninad_sarwate@persistent.com |
| Rackspace | Attn: Jeff Conrad | | jconrad@rackspace.com |
| Rovi Guides, Inc. | Attn: Karen Bullock | | melissa.mefford@xperi.com |
| RPX Corporation | Attn: Anne Abramowitz | | aabramowitz@rpxcorp.com<br>legal@rpxcorp.com |
| Silicon Valley Bank | Attn: Jayne Tang | | jtang@svb.com<br>mmanassero@svb.com |
| Silicon Valley Bank | Attn: Megan Manassero | | mmanassero@svb.com |
| Silicon Valley Bank | c/o Ashby & Geddes, PA | Attn: Gregory A Taylor & Katharina Earle | gtaylor@ashbygeddes.com<br>kearle@ashbygeddes.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin Butterfield and Miranda Russell | bbutterfield@mofo.com<br>mrussell@mofo.com |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Colorado | Colorado Department of Revenue | | DOR_TaxpayerService@state.co.us |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Kansas | Kansas Department of Revenue | | KDOR_tac@ks.gov |
| State of Kansas | Office of The Attorney General | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Office of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Massachusetts | Office of The Attorney General | | ago@state.ma.us |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| Telia Carrier U.S. Inc. | Attn: Michelle Pritchett | | michelle.pritchett@teliacompany.com<br>brian.mchugh@teliacompany.com |
| TiVo Corporation | c/o Morgan Lewis & Bockius LLP | Attn: Craig A. Wolfe & Jason Alderson | craig.wolfe@morganlewis.com<br>jason.alderson@morganlewis.com |
| TiVo Corporation | c/o Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare & Kelsey A. Bomar | jody.barillare@morganlewis.com<br>kelsey.bomar@morganlewis.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Alston & Bird LLP | Attn: William S Sugden & Jacob Johnson | will.sugden@alston.com<br>jacob.johnson@alston.com |
| T-Mobile USA, Inc. and TVN Ventures, LLC | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton & Kenneth J Enos | bankfilings@ycst.com<br>emorton@ycst.com<br>kenos@ycst.com |
| Tringapps Inc | Attn: Karthik Kumaraswamy | | karthik.kumaraswamy@tringapps.com |
| TVN Ventures, LLC | c/o Alston & Bird | Attn: Will Sugden and Jacob Johnson | will.sugden@alston.com<br>Jacob.johnson@alston.com |
| Zayo Group LLC | Brittany McNamara | | brittany.mcnamara@zayo.com |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 3 of 3