**STRETTO**

# Claims Register
as of November 27, 2023

| Schedule Number | Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Current Amount | Unliquidated Portion? | Current Admin Priority Claim Amount | Current Secured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2294196 | 1 | 03/04/2021 | MobiTV, Inc. | 21-10457 | Bay Area Ergonomics | $1,650.00 | FALSE | | | $0.00 | $1,650.00 |
| 2294295 | 2 | 03/05/2021 | MobiTV, Inc. | 21-10457 | Rochester Network Supply Inc | $16,844.35 | FALSE | | | | $16,844.35 |
| 2294218 | 3 | 03/11/2021 | MobiTV, Inc. | 21-10457 | Datadog, Inc. | $3,337.62 | FALSE | | | | $3,337.62 |
| 2294204 | 4 | 03/04/2021 | MobiTV, Inc. | 21-10457 | CDW Direct, LLC | $36,065.77 | FALSE | | | | $36,065.77 |
| 2294237 | 5 | 03/08/2021 | MobiTV, Inc. | 21-10457 | Globecast America, Inc. | $161,100.00 | FALSE | | | | $161,100.00 |
| 2294222 | 6 | 03/12/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $82,735.12 | FALSE | | | | $82,735.12 |
| | 7 | 03/12/2021 | MobiTV, Inc. | 21-10457 | Corovan Moving & Storage Co. | $6,567.78 | FALSE | | | | $6,567.78 |
| 2294213 | 8 | 03/15/2021 | MobiTV, Inc. | 21-10457 | Countly Ltd | $63,750.00 | FALSE | | | | $63,750.00 |
| 2294231 | 9 | 03/15/2021 | MobiTV, Inc. | 21-10457 | Excelerate Systems LLC | $19,500.00 | FALSE | | | | $19,500.00 |
| 2294282 | 10 | 03/16/2021 | MobiTV, Inc. | 21-10457 | PacGenesis, Inc. | $21,420.00 | FALSE | | | | $21,420.00 |
| | 11 | 03/17/2021 | MobiTV Service Corporation | 21-10458 | Department of Treasury - Internal Revenue Service | $34,492.01 | FALSE | | | $34,492.01 | |
| 2294168 | 12 | 03/23/2021 | MobiTV, Inc. | 21-10457 | Ally Bank | $11,300,922.00 | TRUE | Undetermined | | | $11,300,922.00 |
| 2294166 | 13 | 03/23/2021 | MobiTV Service Corporation | 21-10458 | Ally Bank | $11,300,922.00 | TRUE | Undetermined | | | $11,300,922.00 |
| 2294189 | 14 | 03/24/2021 | MobiTV, Inc. | 21-10457 | Aha! Labs, Inc. | $420.71 | FALSE | | | | $420.71 |
| 2294299 | 15 | 03/25/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $25,991.92 | FALSE | | | | $25,991.92 |
| 2294209 | 16 | 03/25/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $1,446.16 | FALSE | | | | $1,446.16 |
| | 17 | 03/26/2021 | MobiTV, Inc. | 21-10457 | AQUILINE CAPITAL PARTNERS LLC | $264,708.21 | FALSE | | | | $264,708.21 |
| | 18 | 03/26/2021 | MobiTV, Inc. | 21-10457 | Fun Little Media, LLC | $3,773.42 | FALSE | | | $3,773.42 | |
| 2294206 | 19 | 03/29/2021 | MobiTV, Inc. | 21-10457 | CIT Bank NA | $36,525.67 | FALSE | | | | $36,525.67 |
| 2294188 | 20 | 03/29/2021 | MobiTV, Inc. | 21-10457 | Agile Learning Labs | $14,625.00 | FALSE | | | | $14,625.00 |
| 2294257 | 21 | 03/29/2021 | MobiTV, Inc. | 21-10457 | Level 3 Communications, LLC a CenturyLink Company | $45,867.64 | FALSE | | | | $45,867.64 |
| 2294260 | 22 | 03/25/2021 | MobiTV, Inc. | 21-10457 | Localytics - Newco | $187,292.21 | FALSE | | | | $187,292.21 |
| | 23 | 04/01/2021 | MobiTV Service Corporation | 21-10458 | Bankruptcy Section MS A340 | $1,623.34 | FALSE | | | $1,623.34 | |
| | 24 | 04/01/2021 | MobiTV, Inc. | 21-10457 | Bankruptcy Section MS A340 | $800.00 | FALSE | | | $800.00 | |
| 2294332 | 25 | 03/23/2021 | MobiTV, Inc. | 21-10457 | WMBE Payrolling Inc | $23,741.87 | FALSE | | | | $23,741.87 |
| 2294178 | 26 | 04/05/2021 | MobiTV, Inc. | 21-10457 | Department of Treasury - Internal Revenue Service | $542,569.06 | FALSE | | | $542,569.06 | |
| 2294172 | 27 | 04/05/2021 | MobiTV Service Corporation | 21-10458 | Department of Treasury - Internal Revenue Service | $67,138.61 | FALSE | | | $67,138.61 | |
| | 28 | 04/05/2021 | MobiTV, Inc. | 21-10457 | GreatAmerica Financial Services Corporation | $41,993.10 | FALSE | | | | $41,993.10 |
| | 29 | 04/08/2021 | MobiTV, Inc. | 21-10457 | Rino Bartolo | $1,800.00 | FALSE | | | | $1,800.00 |
| | 30 | 04/08/2021 | MobiTV, Inc. | 21-10457 | Hsiao-Li Wu | $45,412.08 | FALSE | | $22,706.04 | $22,706.04 | |
| | 31 | 04/05/2021 | MobiTV, Inc. | 21-10457 | ADP Inc | $200.00 | FALSE | | | | $200.00 |
| | 32 | 04/13/2021 | MobiTV, Inc. | 21-10457 | KC Telco LLC | $1,965.82 | FALSE | | | | $1,965.82 |
| | 33 | 04/16/2021 | MobiTV, Inc. | 21-10457 | Tekstar Communications, Inc. | $529,799.04 | FALSE | | | | $529,799.04 |
| 2294252 | 34 | 04/19/2021 | MobiTV, Inc. | 21-10457 | Kovarus, Inc. | $343,980.00 | FALSE | | | | $343,980.00 |
| 2294197 | 35 | 04/26/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $1,137,750.25 | FALSE | | | | $1,137,750.25 |
| 2294212 | 36 | 04/28/2021 | MobiTV, Inc. | 21-10457 | Corovan Moving & Storage Co. | $6,567.78 | TRUE | | $6,567.78 | | Unknown |
| | 37 | 05/02/2021 | MobiTV, Inc. | 21-10457 | Rino Bartolo | $1,800.00 | FALSE | | | | $1,800.00 |
| 2294239 | 38 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Gracenote Media Services, LLC | $70,810.27 | FALSE | | | | $70,810.27 |
| 2294228 | 39 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Electric Power Board of Chattanooga | $150,206.45 | FALSE | | | | $150,206.45 |
| 2294437 | 40 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Jae Ryoung Jung | $0.00 | FALSE | | | | $0.00 |
| 2294343 | 41 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Do Hyun Chung | $28,442.31 | FALSE | | | $0.00 | $28,442.31 |
| 2294416 | 42 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Do Hyun Chung | $0.00 | FALSE | | | | $0.00 |
| 2294290 | 43 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Randall Lamb Associates | $3,300.00 | FALSE | | | | $3,300.00 |
| 2294446 | 44 | 05/03/2021 | MobiTV, Inc. | 21-10457 | Jeffrey Linam | $7,801.92 | FALSE | | | | $7,801.92 |
| 2294426 | 45 | 05/04/2021 | MobiTV, Inc. | 21-10457 | Christopher K Firestone | $0.50 | FALSE | | | $0.00 | $0.50 |
| | 46 | 05/04/2021 | MobiTV, Inc. | 21-10457 | Betty Kerpen | $25,000.00 | FALSE | | | | $25,000.00 |
| | 47 | 05/04/2021 | MobiTV, Inc. | 21-10457 | Fred Winkel | $25,000.00 | FALSE | | | | $25,000.00 |
| 2294347 | 48 | 05/05/2021 | MobiTV, Inc. | 21-10457 | Parastoo Emami | $0.00 | FALSE | | | | Withdrawn |
| 2294423 | 49 | 05/05/2021 | MobiTV, Inc. | 21-10457 | Parastoo Emami | $15,120.00 | FALSE | | | | $15,120.00 |
| 2294296 | 50 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Rovi Corporation | $634,803.42 | FALSE | | | | $634,803.42 |
| | 51 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Eatel Video LLC | $20,000.00 | FALSE | | | | $20,000.00 |
| 2294216 | 52 | 05/06/2021 | MobiTV, Inc. | 21-10457 | CuriosityStream Inc | $9,515.75 | FALSE | | | | $9,515.75 |
| 2294454 | 53 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Daniel Paul Medeiros | $18,547.21 | FALSE | | | | $18,547.21 |
| 2294478 | 54 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Ankur Sharma | $0.00 | FALSE | | | | $0.00 |
| 2294223 | 55 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $11,715.00 | FALSE | | | | $11,715.00 |
| 2294376 | 56 | 05/06/2021 | MobiTV, Inc. | 21-10457 | Daniel Paul Medeiros | $18,547.21 | FALSE | | | $18,547.21 | |
| 2294398 | 57 | 05/07/2021 | MobiTV, Inc. | 21-10457 | Andrea Vinson | $42,420.02 | FALSE | | | | $42,420.02 |
| 2294449 | 58 | 05/07/2021 | MobiTV, Inc. | 21-10457 | David Maekawa | $23,184.00 | FALSE | | | | $23,184.00 |
| 2294411 | 59 | 05/07/2021 | MobiTV, Inc. | 21-10457 | Curtis Calhoun | $19,226.02 | FALSE | | | | $19,226.02 |
| 2294381 | 60 | 05/07/2021 | MobiTV, Inc. | 21-10457 | Michael Pampinella | $25,763.22 | FALSE | | | $7,441.22 | $18,322.00 |
| 2294463 | 61 | 05/07/2021 | MobiTV, Inc. | 21-10457 | Michael Pampinella | $18,635.40 | FALSE | | | | $18,635.40 |
| 2294405 | 62 | 05/08/2021 | MobiTV, Inc. | 21-10457 | Amol Brahmankar - Red Elephant Solutions LLP | $5,136.35 | FALSE | | | | $5,136.35 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 1 of 3

| Schedule Number | Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Current Amount | Unliquidated Portion? | Current Admin Priority Claim Amount | Current Secured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2294202 | 63 | 05/08/2021 | MobiTV, Inc. | 21-10457 | Braindriven Consulting LLP | $9,521.24 | FALSE | | | | $9,521.24 |
| | 64 | 05/08/2021 | MobiTV, Inc. | 21-10457 | Thomas M. Casey, D.D.S. | $15,000.00 | FALSE | | | | $15,000.00 |
| 2294455 | 65 | 05/09/2021 | MobiTV, Inc. | 21-10457 | Shilpi Mittal | $80,000.00 | FALSE | | $80,000.00 | | $0.00 |
| 2294243 | 66 | 05/10/2021 | MobiTV, Inc. | 21-10457 | HC2 Network, Inc. | $12,993.00 | FALSE | | | | $12,993.00 |
| 2294494 | 67 | 05/10/2021 | MobiTV, Inc. | 21-10457 | Andrea Vinson | $0.00 | FALSE | | | | $0.00 |
| 2294448 | 68 | 05/10/2021 | MobiTV, Inc. | 21-10457 | Ren Long | $0.00 | FALSE | | | | $0.00 |
| 2294415 | 69 | 05/10/2021 | MobiTV, Inc. | 21-10457 | Timothy Chan | $0.00 | FALSE | | | | $0.00 |
| | 70 | 05/10/2021 | MobiTV, Inc. | 21-10457 | T Mobile/T-Mobile USA Inc by American InfoSource as agent | $389.17 | FALSE | | | | $389.17 |
| | 71 | 05/12/2021 | MobiTV, Inc. | 21-10457 | The Simon and Briony Bax Trust | $150,000.00 | FALSE | | | | $150,000.00 |
| 2294483 | 72 | 05/12/2021 | MobiTV, Inc. | 21-10457 | Heet Singala | $8,008.00 | FALSE | | | | $8,008.00 |
| 2294408 | 73 | 05/13/2021 | MobiTV, Inc. | 21-10457 | Mark Berner | $10,290.00 | FALSE | | | | $10,290.00 |
| 2294412 | 74 | 05/13/2021 | MobiTV, Inc. | 21-10457 | Isaac Camacho | $0.00 | FALSE | | | | $0.00 |
| 2294464 | 75 | 05/13/2021 | MobiTV, Inc. | 21-10457 | Manish Pesswani | $55,800.00 | FALSE | | | | $55,800.00 |
| 2294331 | 76 | 05/14/2021 | MobiTV, Inc. | 21-10457 | Witbe Inc. | $25,146.20 | FALSE | | | $3,186.20 | $21,960.00 |
| 2294492 | 77 | 05/15/2021 | MobiTV, Inc. | 21-10457 | Kerry Travilla | $69,000.00 | FALSE | | | | $69,000.00 |
| 2294489 | 78 | 05/15/2021 | MobiTV, Inc. | 21-10457 | Budi Sulayman | $0.00 | FALSE | | | | $0.00 |
| | 79 | 05/16/2021 | MobiTV, Inc. | 21-10457 | Fidel Zawde | $3,949.98 | FALSE | | | | $3,949.98 |
| 2294465 | 80 | 05/17/2021 | MobiTV, Inc. | 21-10457 | Tuan Pham | $0.00 | FALSE | | | | $0.00 |
| | 81 | 05/17/2021 | MobiTV, Inc. | 21-10457 | Heather Dawe | $7,500.00 | FALSE | | | | $7,500.00 |
| 2294263 | 82 | 05/17/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $1,783.04 | FALSE | | | | $1,783.04 |
| | 83 | 05/18/2021 | MobiTV, Inc. | 21-10457 | NYC Dept of Finance | $892.80 | FALSE | | | $892.80 | |
| | 84 | 05/18/2021 | MobiTV, Inc. | 21-10457 | Connecticut Department of Revenue Services | $1,250.00 | FALSE | | | $1,250.00 | |
| | 85 | 05/19/2021 | MobiTV, Inc. | 21-10457 | Texas Comptroller of Public Accounts | $1,000.00 | FALSE | | | $1,000.00 | |
| | 86 | 05/19/2021 | MobiTV Service Corporation | 21-10458 | Texas Comptroller of Public Accounts | $1,000.00 | FALSE | | | $1,000.00 | |
| | 87 | 05/19/2021 | MobiTV, Inc. | 21-10457 | Scott G Siegfried | $7,360.00 | FALSE | | | $7,360.00 | |
| 2294245 | 88 | 05/20/2021 | MobiTV, Inc. | 21-10457 | IneoQuest Technologies, Inc | $13,812.50 | FALSE | | | | $13,812.50 |
| 2294493 | 89 | 05/20/2021 | MobiTV, Inc. | 21-10457 | Sangeetha Venga Saravanan | $7,902.73 | FALSE | | | | $7,902.73 |
| | 90 | 05/21/2021 | MobiTV, Inc. | 21-10457 | Homathko River Partners, LLC | $500,000.00 | FALSE | | | | $500,000.00 |
| | 91 | 05/21/2021 | MobiTV, Inc. | 21-10457 | Mahesh Kumar Shivanandappa | $18,900.00 | FALSE | | | | $18,900.00 |
| 2294443 | 92 | 05/22/2021 | MobiTV, Inc. | 21-10457 | Don Lee | $34,545.01 | FALSE | | | $2,590.88 | $31,954.13 |
| 2294179 | 93 | 05/24/2021 | MobiTV Service Corporation | 21-10458 | Win Corporate Advisors Private Limited | $3,925.78 | FALSE | | | | $3,925.78 |
| 2294330 | 94 | 05/24/2021 | MobiTV, Inc. | 21-10457 | Win Corporate Advisors Private Limited | $1,555.10 | FALSE | | | | $1,555.10 |
| | 95 | 05/24/2021 | MobiTV, Inc. | 21-10457 | Americable International, Inc. | $20,000.00 | FALSE | | | | $20,000.00 |
| | 96 | 05/24/2021 | MobiTV, Inc. | 21-10457 | William Routt | $0.00 | FALSE | | | | Withdrawn |
| | 97 | 05/24/2021 | MobiTV, Inc. | 21-10457 | William Routt | $0.00 | FALSE | | | | Withdrawn |
| | 98 | 05/24/2021 | MobiTV, Inc. | 21-10457 | Ana Recio | $1,494.00 | FALSE | | | $1,494.00 | |
| | 99 | 05/26/2021 | MobiTV, Inc. | 21-10457 | Federal Insurance Company | $0.00 | TRUE | | | | Unknown |
| 2294407 | 100 | 05/28/2021 | MobiTV, Inc. | 21-10457 | James Au | $31,785.00 | FALSE | | | | $31,785.00 |
| | 101 | 06/01/2021 | MobiTV, Inc. | 21-10457 | Cellco Partnership d/b/a Verizon Wireless | $0.00 | FALSE | | | | Withdrawn |
| 2294284 | 102 | 06/01/2021 | MobiTV, Inc. | 21-10457 | Persistent Systems Inc. | $367,128.00 | FALSE | | | | $367,128.00 |
| | 103 | 06/03/2021 | MobiTV, Inc. | 21-10457 | MASSACHUSETTS DEPARTMENT OF REVENUE | $0.00 | FALSE | | | Withdrawn | |
| 2294234 | 104 | 06/03/2021 | MobiTV, Inc. | 21-10457 | Fox News Network, LLC | $612,150.00 | FALSE | | | | $612,150.00 |
| 2294236 | 105 | 06/03/2021 | MobiTV, Inc. | 21-10457 | Fun Little Media, LLC | $3,773.42 | FALSE | | | $0.00 | $3,773.42 |
| 2294258 | 106 | 06/04/2021 | MobiTV, Inc. | 21-10457 | Lindquist LLP | $13,600.00 | FALSE | | | | $13,600.00 |
| | 107 | 06/06/2021 | MobiTV, Inc. | 21-10457 | Jordan Misiura | $25,867.25 | FALSE | | | | $25,867.25 |
| 2294451 | 108 | 06/07/2021 | MobiTV, Inc. | 21-10457 | Ann Mayo | $6,552.00 | FALSE | | | | $6,552.00 |
| 2294460 | 109 | 06/07/2021 | MobiTV, Inc. | 21-10457 | Charles Nooney | $145,725.00 | FALSE | | | | $145,725.00 |
| 2294459 | 110 | 06/07/2021 | MobiTV, Inc. | 21-10457 | Charles Nooney | $326,835.00 | FALSE | | | | $326,835.00 |
| | 111 | 06/08/2021 | MobiTV, Inc. | 21-10457 | Sorrento Associates, Inc. | $50,899.62 | FALSE | | | | $50,899.62 |
| 2294487 | 112 | 06/08/2021 | MobiTV, Inc. | 21-10457 | Terri Stevens | $105,310.00 | FALSE | | | | $105,310.00 |
| | 113 | 06/08/2021 | MobiTV, Inc. | 21-10457 | Terri Stevens | $172,901.04 | FALSE | | | | $172,901.04 |
| | 114 | 06/08/2021 | MobiTV, Inc. | 21-10457 | William Routt | $242,895.00 | FALSE | | | | $242,895.00 |
| | 115 | 06/09/2021 | MobiTV, Inc. | 21-10457 | Dusty Corro | $19,538.00 | FALSE | | | | $19,538.00 |
| | 116 | 06/09/2021 | MobiTV, Inc. | 21-10457 | Link Level Consulting LLC | $200.00 | FALSE | | | | $200.00 |
| 2294333 | 117 | 06/09/2021 | MobiTV, Inc. | 21-10457 | Zayo Group LLC | $33,924.02 | FALSE | | | | $33,924.02 |
| 2294194 | 118 | 06/10/2021 | MobiTV, Inc. | 21-10457 | ATEME, Inc. | $598,794.75 | FALSE | | | | $598,794.75 |
| | 119 | 06/10/2021 | MobiTV, Inc. | 21-10457 | Tran Pham Hill | $5,660.65 | FALSE | | | | $5,660.65 |
| 2294453 | 120 | 06/10/2021 | MobiTV, Inc. | 21-10457 | Michael McMahon | $23,309.99 | FALSE | | | | $23,309.99 |
| 2294191 | 121 | 06/11/2021 | MobiTV, Inc. | 21-10457 | Andersen Tax LLC | $11,600.00 | TRUE | | | | Not less than 11600.00; see attached rider. |
| 2294241 | 122 | 06/11/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $89,750.00 | FALSE | | | | $89,750.00 |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 2 of 3

| Schedule Number | Claim Number | Claim Date Filed | Debtor | Case No. | Creditor Name | Total Current Amount | Unliquidated Portion? | Current Admin Priority Claim Amount | Current Secured Claim Amount | Current Priority Claim Amount | Current General Unsecured Claim Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 123 | 06/11/2021 | MobiTV, Inc. | 21-10457 | AT&T Corp. on behalf of itself and its affiliates | $300,272.26 | FALSE | | | | $300,272.26 |
| | 124 | 06/11/2021 | MobiTV, Inc. | 21-10457 | Constance Riedinger | $25,000.00 | FALSE | | | | $25,000.00 |
| | 125 | 06/13/2021 | MobiTV, Inc. | 21-10457 | Prudhvi Raju Mutluri | $12,041.33 | FALSE | | | $1,720.19 | $10,321.14 |
| 2294456 | 126 | 06/13/2021 | MobiTV, Inc. | 21-10457 | Prudhvi Raju Mutluri | $8,557.47 | FALSE | | | | $8,557.47 |
| 2294344 | 127 | 06/13/2021 | MobiTV, Inc. | 21-10457 | James R Collette | $0.00 | FALSE | | | $0.00 | |
| 2294418 | 128 | 06/13/2021 | MobiTV, Inc. | 21-10457 | James R Collette | $16,632.00 | FALSE | | | | $16,632.00 |
| 2294280 | 129 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Oracle America, Inc. | $71,719.74 | FALSE | | | | $71,719.74 |
| 2294254 | 130 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Kwan & Olynick LLP | $252,462.29 | FALSE | | | | $252,462.29 |
| | 131 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Kemal Erden | $13,994.00 | FALSE | | | | $13,994.00 |
| | 132 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Datastax, Inc. | $63,958.42 | FALSE | $0.00 | | | $63,958.42 |
| 2294286 | 133 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Prime US - Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC) | $2,208,194.77 | FALSE | | | | $2,208,194.77 |
| 2294491 | 134 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Chris Toyooka | $43,360.00 | FALSE | | | $13,650.00 | $29,710.00 |
| | 135 | 06/14/2021 | MobiTV, Inc. | 21-10457 | Takaharu Nakano | $46,625.00 | FALSE | | | | $46,625.00 |
| 2294217 | 136 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $406,323.00 | FALSE | | | | $406,323.00 |
| | 137 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Silicon Valley Bank | $3,091,843.04 | FALSE | | $3,091,843.04 | | |
| 2294238 | 138 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Google LLC | $79,420.73 | FALSE | | | | $79,420.73 |
| | 139 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Google LLC | $0.00 | FALSE | | | | Withdrawn |
| 2294422 | 140 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Sudharsana Reddy Divam | $14,201.89 | FALSE | | | | $14,201.89 |
| 2294346 | 141 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Sudharsana Reddy Divam | $11,153.85 | FALSE | | | | $11,153.85 |
| | 142 | 06/15/2021 | MobiTV, Inc. | 21-10457 | Rambabu Thota | $3,000.00 | FALSE | | | | $3,000.00 |
| | 143 | 06/24/2021 | MobiTV, Inc. | 21-10457 | Bradford Capital Holdings, LP | $23,649.00 | FALSE | | | | $23,649.00 |
| | 144 | 06/27/2021 | MobiTV, Inc. | 21-10457 | Linda Wei | $28,183.74 | FALSE | | | | $28,183.74 |
| | 145 | 06/29/2021 | MobiTV, Inc. | 21-10457 | Google LLC | $0.00 | FALSE | Withdrawn | | | |
| | 146 | 06/29/2021 | MobiTV, Inc. | 21-10457 | State of New York | $2,305.54 | FALSE | | | $2,055.54 | $250.00 |
| | 147 | 06/30/2021 | MobiTV, Inc. | 21-10457 | Louisiana Department of Revenue | $1,035.52 | FALSE | | | $997.02 | $38.50 |
| | 148 | 07/06/2021 | MobiTV, Inc. | 21-10457 | State of New Jersey - Division of Taxation | $8,000.00 | FALSE | | | $8,000.00 | |
| | 149 | 07/20/2021 | MobiTV, Inc. | 21-10457 | Alameda County Tax Collector | $13,450.61 | FALSE | | | $13,450.61 | |
| | 150 | 07/29/2021 | MobiTV, Inc. | 21-10457 | Stroz Friedberg LLC | $254,000.00 | FALSE | | | | $254,000.00 |
| | 151 | 08/05/2021 | MobiTV, Inc. | 21-10457 | Prime US Tower at Emeryville, LLC (successor-in-interest to KBSIII Towers at Emeryville, LLC | $1,155,678.60 | FALSE | | | | $1,155,678.60 |
| | 152 | 08/06/2021 | MobiTV, Inc. | 21-10457 | Spectrum | $18,426.59 | FALSE | | | | $18,426.59 |
| | 153 | 08/30/2021 | MobiTV, Inc. | 21-10457 | Phunware, Inc. | $8,581.71 | FALSE | | | | $8,581.71 |
| | 154 | 09/13/2021 | MobiTV, Inc. | 21-10457 | Sorrento Associates, Inc. | $59,036.04 | FALSE | | | | $59,036.04 |
| | 155 | 09/20/2021 | MobiTV, Inc. | 21-10457 | Silicon Valley Bank | $3,091,843.04 | FALSE | | | | $3,091,843.04 |
| | 156 | 10/12/2021 | MobiTV, Inc. | 21-10457 | Connecticut Department of Revenue Services | $1,380.00 | FALSE | $1,380.00 | | | |
| | 157 | 12/16/2021 | MobiTV, Inc. | 21-10457 | Bloomberg LP | $4,221.04 | FALSE | | | | $4,221.04 |
| | 158 | 01/18/2022 | MobiTV, Inc. | 21-10457 | State of New Jersey - Division of Taxation | $4,084.59 | FALSE | | | $4,084.59 | |

In re: MobiTV, Inc., et al.
Case No. 21-10457 (LSS)

Page 3 of 3